**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Grand View Financial LLC** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-1663492** | |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6601 Center Drive West** **Suite 500-8354** **Los Angeles, CA 90045** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Grand View Financial LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**    A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

| Debtor | **Grand View Financial LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Grand View Financial LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 17, 2017**
MM / DD / YYYY

X  **/s/ Steve Rogers**                    **Steve Rogers**
Signature of authorized representative of debtor        Printed name

Title   **Managing Member**

**18. Signature of attorney**

X  **/s/ Todd M. Arnold**                  Date **August 17, 2017**
Signature of attorney for debtor                  MM / DD / YYYY

**Todd M. Arnold**
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**   Email address

**221868**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Grand View Financial LLC** | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration    **Related documents filed on the Petition Date.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 17, 2017**         X **/s/ Steve Rogers**

Signature of individual signing on behalf of debtor

**Steve Rogers**
Printed name

**Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Grand View Financial LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

☐ Check if this is an

Case number (if known): _____

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Robert & Pamela Gabriel<br>21 Richmond Hill Road<br>Greenwich, CT 06831-2525 | | **Promissory Note** | **Contingent** | | | $2,132,650.00 |
| Lorraine Moller<br>2525 Arapahoe, Suite 500<br>Boulder, CO 80302-6720 | | **Promissory Note** | **Contingent** | | | $1,258,519.00 |
| Heather Hartig<br>324 Manor Drive<br>Pacifica, CA 94044 | | **Promissory Note** | **Contingent** | | | $759,984.00 |
| Lehman Brothers<br>400 Professional Drive<br>Gaithersburg, MD 20879 | | 21 Richmond Hill Greenwich, CT 06832 | **Disputed** | $4,000,000.00 | $3,281,000.00 | $719,000.00 |
| Stella Tan<br>4525-4527 Lincoln Way<br>San Francisco, CA 94122-1128 | | **Promissory Note** | **Contingent** | | | $654,800.00 |
| Robert & Pamela Gabriel<br>3 Sayles Street<br>Greenwich, CT 06807-2142 | | **Promissory Note** | **Contingent** | | | $629,146.70 |
| E. Greg Somerville<br>4916 Saint Andrews Drive<br>Stockton, CA 95219-1917 | | **Promissory Note** | **Contingent** | | | $482,923.80 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Grand View Financial LLC**
_____    Case number _(if known)_ _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **James Yocum** 3417 Danner Circle Birmingham, AL 35243 | | **Promissory Note** | **Contingent** | | | $447,687.00 |
| **Robert & Pamela Gabriel** 18 Sherman Avenue Greenwich, CT 06830-6046 | | **Promissory Note** | **Contingent** | | | $444,339.35 |
| **Daniel Golden** 21360 Crestwind Drive San Marcos, CA 92078-5000 | | **Promissory Note** | **Contingent** | | | $438,455.50 |
| **Frankie Cheung** 1765 Valdez Way Fremont, CA 94539-3662 | | **Promissory Note** | **Contingent** | | | $428,777.80 |
| **Ellen & Clyde Davenport** 5555 Thayer Lane San Ramon, CA 94582-3067 | | **Promissory Note** | **Contingent** | | | $402,000.00 |
| **Marc & Michelle Griffith** 6020 Heatherton Drive Somis, CA 93066-9611 | | **Promissory Note** | **Contingent** | | | $396,397.20 |
| **Robert Burns** 690 Heather Court Pacifica, CA 94044-2141 | | **Promissory Note** | **Contingent** | | | $371,213.50 |
| **David & Leah Manaoat** 102 Sonora Court Oakley, CA 94561-3953 | | **Promissory Note** | **Contingent** | | | $348,923.50 |
| **John & Sonja Tombarelli** 4129 South Conklin Road Greenacres, WA 99016-9789 | | **Promissory Note** | **Contingent** | | | $313,890.60 |
| **Angela Leung** 3217 Acalanes Avenue Lafayette, CA 94549-3206 | | **Promissory Note** | **Contingent** | | | $288,222.60 |
| **Leslie Edwards** 17287 W. Summerfield Road Post Falls, ID 83854 | | **Promissory Note** | **Contingent** | | | $274,764.80 |

Debtor **Grand View Financial LLC**

Case number *(if known)*

    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sunil & L. Lori Wadhwa 747 Sturbridge Drive Folsom, CA 95630-6166 | | **Promissory Note** | **Contingent** | | | $273,000.00 |
| Gary & Johanna Lohse 7394 N Meridian Road Vacaville, CA 95688-9607 | | **Promissory Note** | **Contingent** | | | $262,489.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California - Los Angeles Division

In re  **Grand View Financial LLC**

Debtor(s)

Case No.

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**None - LLC**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 17, 2017**

Signature  **/s/ Steve Rogers**
**Steve Rogers**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**See Attachment to Statement of Related Cases**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**See Attachment to Statement of Related Cases**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Los Angeles**                              , California.        **/s/ Steve Rogers**

                                                                                **Steve Rogers**
Date:        **August 17, 2017**                                              Signature of Debtor


                                                                                Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 1              **F 1015-2.1.STMT.RELATED.CASES**

Attachment to Statement of Related Cases

| Debtor | Case No. | Chapter | Judge | Court | Date Filed | Date Dismissed |
|---|---|---|---|---|---|---|
| Upscale Financial LLC | 2:16-bk-16472-RK | 11 | Kwan | USBC C.D. Cal. Los Angeles Division | 5/17/2016 | 6/15/2016 |
| Beneficial Financial Services LLC | 9:16-bk-11136-DS | 11 | Saltzman | USBC C.D. Cal. Northern Division | 6/17/2016 | 8/2/2016 |
| Sharp Financial LLC | 2:16-bk-20496-RK | 11 | Kwan | USBC C.D. Cal. Los Angeles Division | 8/8/2016 | 9/16/2016 |
| Premium Capital LLC | 9:16-bk-11730-PC | 7 | P. Carroll | USBC C.D. Cal. Northern Division | 9/19/2016 | 9/28/2016 |
| Premium Capital LLC | 9:16-bk-11795-PC | 11 | P. Carroll | USBC C.D. Cal. Northern Division | 9/28/2016 | 10/17/2016 |
| Premium Capital LLC | 9:16-bk-11939-PC | 11 | P. Carroll | USBC C.D. Cal. Northern Division | 10/19/2016 | 12/22/2016 |
| North Park Investments LLC | 9:16-bk-12371-PC | 11 | P. Carroll | USBC C.D. Cal. Northern Division | 12/20/2016 | 5/30/2017 |
| Upscale Financial LLC | 2:17-bk-15656-RK | 11 | Kwan | USBC C.D. Cal. Los Angeles Division | 5/8/2017 | 6/22/2017 |
| Refreshing Resources LLC | 9:17-bk-11075-PC | 11 | P. Carroll | USBC C.D. Cal. Northern Division | 6/14/2017 | 6/29/2017 |
| Sharp Financial LLC | 2:17-bk-17738-RK | 11 | Kwan | USBC C.D. Cal. Los Angeles Division | 6/26/2017 | 7/28/2017 |

**Fill in this information to identify the case:**

Debtor name    **Grand View Financial LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................    $    29,838,164.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................................    $    51,436.29

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................    $    29,889,600.29

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    25,067,997.60

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................    $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    14,647,718.05

4.    **Total liabilities** ...............................................................................................................................................
   Lines 2 + 3a + 3b    $    39,715,715.65

| Fill in this information to identify the case: |
|---|

Debtor name  **Grand View Financial LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*
   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

   3.1. **SEE EXHIBIT SCHEDULE B.3**          $20,228.29

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.          $20,228.29
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   7.1. **SEE EXHIBIT SCHEDULE B.7**          $23,608.00

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

9. Total of Part 2.          $23,608.00
   Add lines 7 through 8. Copy the total to line 81.

## BANK ACCOUNTS

| Name of Bank | Last 4 Digits of Acct# | Tupe of Account | Balance as of 7-31-17 |
|---|---|---|---|
| US Bank | 9662 | Checking | 5,690.91 |
| US Bank | 9761 | Checking | 1,967.91 |
| US Bank | 9894 | Checking | 10.00 |
| US Bank | 173 | Checking | 10.00 |
| US Bank | 181 | Checking | 10.00 |
| US Bank | 207 | Checking | 10.00 |
| US Bank | 215 | Checking | 10.00 |
| US Bank | 223 | Checking | 10.00 |
| US Bank | 231 | Checking | 10.00 |
| US Bank | 256 | Checking | 10.00 |
| US Bank | 264 | Checking | 10.00 |
| US Bank | 272 | Checking | 90.00 |
| US Bank | 413 | Checking | 10.00 |
| US Bank | 421 | Checking | 10.00 |
| US Bank | 439 | Checking | 835.00 |
| US Bank | 447 | Checking | 45.00 |
| US Bank | 454 | Checking | 10.00 |
| US Bank | 462 | Checking | 10.00 |
| US Bank | 470 | Checking | 10.00 |
| US Bank | 488 | Checking | 1,110.00 |
| US Bank | 579 | Checking | 10.00 |
| US Bank | 587 | Checking | 10.00 |
| US Bank | 595 | Checking | 10.00 |
| US Bank | 603 | Checking | 10.00 |
| US Bank | 611 | Checking | 85.00 |
| US Bank | 629 | Checking | 10.00 |
| US Bank | 637 | Checking | 1,058.00 |
| US Bank | 645 | Checking | 1,045.00 |
| US Bank | 652 | Checking | 10.00 |
| US Bank | 660 | Checking | 1,660.00 |
| US Bank | 751 | Checking | 10.00 |
| US Bank | 769 | Checking | 10.00 |
| US Bank | 777 | Checking | 237.20 |
| US Bank | 785 | Checking | 3,826.60 |
| US Bank | 793 | Checking | 885.67 |
| US Bank | 801 | Checking | 90.00 |
| US Bank | 819 | Checking | 10.00 |
| US Bank | 1072 | Checking | 10.00 |
| US Bank | 1080 | Checking | 1,285.00 |
| US Bank | 1098 | Checking | 10.00 |
| US Bank | 1106 | Checking | 10.00 |
| US Bank | 1114 | Checking | 10.00 |
| US Bank | 1130 | Checking | 10.00 |
| US Bank | 1148 | Checking | 10.00 |
| US Bank | 1163 | Checking | 21.00 |
| US Bank | 1171 | Checking | 3.00 |
| US Bank | 1254 | Checking | 3.00 |
| TOAL | | | 20,228.29 |

## EXHIBIT SCHEDULE B.3

LEASE DEPOSITS

| Lessor | | Amount of Deposit | Subject Property Address | | | |
|--------|--|-------------------|--------------------------|--|--|--|
| Belford | Gerald E II, Bardel L | 750 | 5734 Marvon Road | East Jordan | MI | 49727 |
| Borbonus | Robert | 1,200 | 2015 Cedar | Ramona | CA | 92065 |
| Cheung | Frankie | 2,350 | 1765 Valdez Way | Fremont | CA | 94539 |
| Dudley;Harris | Jamael; Traci | 1,000 | 3943 Upton Ct | Stockton | CA | 95206 |
| Edwards | Leslie | 1,100 | 17287 W. Summerfield Rd | Post Falls | ID | 83854 |
| Gabriel | Robert, Pamela | 2,500 | 21 Richmond Hill | Greenwich | CT | 06831 |
| Gabriel | Robert, Pamela | 1,000 | 3 Sayles Street | Greenwich | CT | 06807 |
| Gabriel | Robert, Pamela | 1,000 | 18 Sherman Avenue | Greenwich | CT | 06830 |
| Hanes | Shirley | 1,000 | 1130 N Edison Street | Stockton | CA | 95203 |
| Johnston | Timothy J | 1,050 | 1622 Janele Lane | Santa Maria | CA | 93458 |
| Ladd | | 1,075 | 38303 Kearsarge Mill Road | Alta | CA | 95715 |
| Lam | Monica K. | 1,000 | 124 Illinois Street | Vallejo | CA | 94590 |
| Lenau | Rachel B | 1,000 | 1421 Franklin St. SE | Grand Rapids | MI | 49506 |
| Lohse | Gary, Johanna | 1,035 | 7394 N Meridian Lane | Vacaville | CA | 95688 |
| Manaoat | David T,Leah T | 1,500 | 102 Sonora Court | Oakley | CA | 94561 |
| Tombarelli | Frank, Susan | 1,048 | 24604 E Maxwell Lane | Liberty Lake | WA | 99019 |
| Tombarelli | John P, Sonja | 1,500 | 4129 S. Conklin Road | Greenacres | WA | 99016 |
| Vaughn | Steven r, Debbra L. | 1,100 | 543 Midlake Drive | Draper | UT | 84020 |
| Wadhwa | Rajiv, Gina M | 1,400 | 1102 PennimanDrive | El Dorado Hills | CA | 95762 |
| | | | | | | |
| TOTAL | | 23,608 | | | | |

**EXHIBIT SCHEDULE B.7**

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.    **Accounts receivable**

| | 11b. Over 90 days old: | **288,722.90** | - | **281,122.90** =... | **$7,600.00** |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**                                                                                          **$7,600.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

☐ Yes Fill in the information below.

**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

☐ Yes Fill in the information below.

**Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 5734 Marvon Road East Jordan   MI 49727 | **Grant Deed** | $76,480.60 | Comparable sale | $218,516.00 |
| 55.2. 2015 Cedar Ramona CA 92065 (The property was foreclosed upon pre-petition by the alleged secured creditor (or its agent). The Debtor disputes the validity of the foreclosure, because, among other things, the Debtor disputes the validity of the underlying alleged secured claim and/or trust deed of the foreclosing creditor. The Debtor will seek to obtain an order or judgment deeming the foreclosure invalid, setting aside the foreclosure, to avoid the foreclosure as a fraudulent transfer, for damages related to the improper foreclosure, and/or for other related relief. ) | **Grant Deed** | $350,836.20 | Comparable sale | $584,727.00 |

Debtor      **Grand View Financial LLC**                                        Case number *(If known)*
            Name

55.3.  **690 Heather Court**
       **Pacifica CA 94044**

       **(The property was**
       **foreclosed upon**
       **pre-petition by the**
       **alleged secured**
       **creditor (or its agent).**
       **The Debtor disputes**
       **the validity of the**
       **foreclosure, because,**
       **among other things,**
       **the Debtor disputes**
       **the validity of the**
       **underlying alleged**
       **secured claim and/or**
       **trust deed of the**
       **foreclosing creditor.**
       **The Debtor will seek**
       **to obtain an order or**
       **judgment deeming**
       **the foreclosure**
       **invalid, setting aside**
       **the foreclosure, to**
       **avoid the foreclosure**
       **as a fraudulent**
       **transfer, for damages**
       **related to the**
       **improper foreclosure,**
       **and/or for other**
       **related relief. )**          **Grant Deed**        $371,213.50      **Comparable sale**          $742,427.00

Debtor    **Grand View Financial LLC**                                          Case number *(If known)*
         Name

55.4.    **1765 Valdez Way**
         **Fremont CA 94539**

         **(The property was**
         **foreclosed upon**
         **pre-petition by the**
         **alleged secured**
         **creditor (or its agent).**
         **The Debtor disputes**
         **the validity of the**
         **foreclosure, because,**
         **among other things,**
         **the Debtor disputes**
         **the validity of the**
         **underlying alleged**
         **secured claim and/or**
         **trust deed of the**
         **foreclosing creditor.**
         **The Debtor will seek**
         **to obtain an order or**
         **judgment deeming**
         **the foreclosure**
         **invalid, setting aside**
         **the foreclosure, to**
         **avoid the foreclosure**
         **as a fraudulent**
         **transfer, for damages**
         **related to the**
         **improper foreclosure,**
         **and/or for other**
         **related relief. )**         **Grant Deed**        $643,159.20        **Comparable sale**        $1,071,932.00

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

55.5. **5555 Thayer Lane**
**San Ramon CA 94582**

**(The property was**
**foreclosed upon**
**pre-petition by the**
**alleged secured**
**creditor (or its agent).**
**The Debtor disputes**
**the validity of the**
**foreclosure, because,**
**among other things,**
**the Debtor disputes**
**the validity of the**
**underlying alleged**
**secured claim and/or**
**trust deed of the**
**foreclosing creditor.**
**The Debtor will seek**
**to obtain an order or**
**judgment deeming**
**the foreclosure**
**invalid, setting aside**
**the foreclosure, to**
**avoid the foreclosure**
**as a fraudulent**
**transfer, for damages**
**related to the**
**improper foreclosure,**
**and/or for other**

| | **Grant Deed** | **$938,000.00** | **Comparable sale** | **$1,340,000.00** |
|---|---|---|---|---|
| **related relief. )** | | | | |

Debtor   **Grand View Financial LLC**                                    Case number *(If known)*
         Name

55.6.   **3943 Upton Ct**
        **Stockton CA 95206**

        **(The property was**
        **foreclosed upon**
        **pre-petition by the**
        **alleged secured**
        **creditor (or its agent).**
        **The Debtor disputes**
        **the validity of the**
        **foreclosure, because,**
        **among other things,**
        **the Debtor disputes**
        **the validity of the**
        **underlying alleged**
        **secured claim and/or**
        **trust deed of the**
        **foreclosing creditor.**
        **The Debtor will seek**
        **to obtain an order or**
        **judgment deeming**
        **the foreclosure**
        **invalid, setting aside**
        **the foreclosure, to**
        **avoid the foreclosure**
        **as a fraudulent**
        **transfer, for damages**
        **related to the**
        **improper foreclosure,**
        **and/or for other**
        **related relief. )**         **Grant Deed**        $176,726.50    **Comparable sale**     $353,453.00

55.7.   **17287 W.**
        **Summerfield Rd Post**
        **Falls  ID 83854**          **Warranty Deed**      $412,147.20    **Comparable sale**     $686,912.00

55.8.   **1953 Village Court**
        **Ione CA 95640**           **Grant Deed**          $131,303.40    **Comparable sale**     $218,839.00

55.9.   **21 Richmond Hill**
        **Greenwich CT 06831**      **Warranty Deed**     $1,148,350.00    **Comparable sale**   $3,281,000.00

55.10   **3 Sayles Street**
 .      **Greenwich CT 06807**      **Warranty Deed**       $338,771.30    **Comparable sale**     $967,918.00

55.11   **18 Sherman Avenue**
 .      **Greenwich CT 06830**      **Warranty Deed**       $239,259.65    **Comparable sale**     $683,599.00

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

55.12 **21360 Crestwind
Drive San Marcos CA
92078**

**(The property was
foreclosed upon
pre-petition by the
alleged secured
creditor (or its agent).
The Debtor disputes
the validity of the
foreclosure, because,
among other things,
the Debtor disputes
the validity of the
underlying alleged
secured claim and/or
trust deed of the
foreclosing creditor.
The Debtor will seek
to obtain an order or
judgment deeming
the foreclosure
invalid, setting aside
the foreclosure, to
avoid the foreclosure
as a fraudulent
transfer, for damages
related to the
improper foreclosure,
and/or for other
related relief. )**                **Grant Deed**             **$438,455.50**    **Comparable sale**              **$876,911.00**

Schedule A/B Assets - Real and Personal Property

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
| | Name | | | | |

55.13 **8769 Hillery Drive**
. **San Diego CA 92126**

**(The property was foreclosed upon pre-petition by the alleged secured creditor (or its agent). The Debtor disputes the validity of the foreclosure, because, among other things, the Debtor disputes the validity of the underlying alleged secured claim and/or trust deed of the foreclosing creditor. The Debtor will seek to obtain an order or judgment deeming the foreclosure invalid, setting aside the foreclosure, to avoid the foreclosure as a fraudulent transfer, for damages related to the improper foreclosure, and/or for other related relief. )**

| | **Grant Deed** | **$398,557.60** | **Comparable sale** | **$569,368.00** |

Debtor    **Grand View Financial LLC**                         Case number *(If known)*
       Name

55.14 **6020 Heatherton Drive Somis CA 93066**

**(The property was foreclosed upon pre-petition by the alleged secured creditor (or its agent). The Debtor disputes the validity of the foreclosure, because, among other things, the Debtor disputes the validity of the underlying alleged secured claim and/or trust deed of the foreclosing creditor. The Debtor will seek to obtain an order or judgment deeming the foreclosure invalid, setting aside the foreclosure, to avoid the foreclosure as a fraudulent transfer, for damages related to the improper foreclosure, and/or for other related relief. )**

| | **Grant Deed** | **$594,595.80** | **Comparable sale** | **$990,993.00** |

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

55.15 **733 Beyer Way San Diego CA 92154**

**(The property was foreclosed upon pre-petition by the alleged secured creditor (or its agent). The Debtor disputes the validity of the foreclosure, because, among other things, the Debtor disputes the validity of the underlying alleged secured claim and/or trust deed of the foreclosing creditor. The Debtor will seek to obtain an order or judgment deeming the foreclosure invalid, setting aside the foreclosure, to avoid the foreclosure as a fraudulent transfer, for damages related to the improper foreclosure, and/or for other related relief. )**

|  | **Grant Deed** | **$133,398.50** | **Comparable sale** | **$266,797.00** |
|---|---|---|---|---|

| Debtor | **Grand View Financial LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.16 | **303 Gorrion Avenue**<br>**Ventura CA 93004** | | | | |
| | **(The property was foreclosed upon pre-petition by the alleged secured creditor (or its agent). The Debtor disputes the validity of the foreclosure, because, among other things, the Debtor disputes the validity of the underlying alleged secured claim and/or trust deed of the foreclosing creditor. The Debtor will seek to obtain an order or judgment deeming the foreclosure invalid, setting aside the foreclosure, to avoid the foreclosure as a fraudulent transfer, for damages related to the improper foreclosure, and/or for other related relief. )** | **Grant Deed** | **$383,345.25** | **Comparable sale** | **$511,127.00** |
| 55.17 | **428 Georgetown Avenue Ventura CA 93003** | **Grant Deed** | **$435,000.00** | **Comparable sale** | **$580,000.00** |
| 55.18 | **1130 N Edison Street Stockton CA 95203** | **Grant Deed** | **$160,789.50** | **Comparable sale** | **$321,579.00** |
| 55.19 | **185 Linden Avenue San Bruno CA 94066** | **Grant Deed** | **$552,560.80** | **Comparable sale** | **$690,701.00** |
| 55.20 | **1622 Janele Lane Santa Maria CA 93458** | **Grant Deed** | **$126,483.70** | **Comparable sale** | **$361,382.00** |
| 55.21 | **38303 Kearsarge Mill Road Alta CA 95715** | **Grant Deed** | **$230,680.50** | **Comparable sale** | **$461,361.00** |
| 55.22 | **124 Illinois Street Vallejo CA 94590** | **Grant Deed** | **$159,000.00** | **Comparable sale** | **$318,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
|--------|------------------------------|---|---|---------------------------|---|
| | Name | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| 55.23 | **1421 Franklin St. SE**<br>**Grand Rapids MI**<br>**49506** | **Grant Deed** | **$82,000.00** | **Comparable sale** | **$205,000.00** |

| 55.24 | **3217 Acalanes**<br>**Avenue Lafayette CA**<br>**94549** | | | | |
|---|---|---|---|---|---|
| | **(The property was**<br>**foreclosed upon**<br>**pre-petition by the**<br>**alleged secured**<br>**creditor (or its agent).**<br>**The Debtor disputes**<br>**the validity of the**<br>**foreclosure, because,**<br>**among other things,**<br>**the Debtor disputes**<br>**the validity of the**<br>**underlying alleged**<br>**secured claim and/or**<br>**trust deed of the**<br>**foreclosing creditor.**<br>**The Debtor will seek**<br>**to obtain an order or**<br>**judgment deeming**<br>**the foreclosure**<br>**invalid, setting aside**<br>**the foreclosure, to**<br>**avoid the foreclosure**<br>**as a fraudulent**<br>**transfer, for damages**<br>**related to the**<br>**improper foreclosure,**<br>**and/or for other**<br>**related relief. )** | **Grant Deed** | **$672,519.40** | **Comparable sale** | **$960,742.00** |

| 55.25 | **7394 N Meridian Lane**<br>**Vacaville CA 95688** | **Grant Deed** | **$262,489.00** | **Comparable sale** | **$524,978.00** |
|---|---|---|---|---|---|

| 55.26 | **102 Sonora Court**<br>**Oakley CA 94561** | **Grant Deed** | **$348,923.50** | **Comparable sale** | **$697,487.00** |
|---|---|---|---|---|---|

| Debtor | **Grand View Financial LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

55.27 **716 Spruce Street**
**Boulder CO 80302**

(The property was
foreclosed upon
pre-petition by the
alleged secured
creditor (or its agent).
The Debtor disputes
the validity of the
foreclosure, because,
among other things,
the Debtor disputes
the validity of the
underlying alleged
secured claim and/or
trust deed of the
foreclosing creditor.
The Debtor will seek
to obtain an order or
judgment deeming
the foreclosure
invalid, setting aside
the foreclosure, to
avoid the foreclosure
as a fraudulent
transfer, for damages
related to the
improper foreclosure,
and/or for other
related relief. )     **Quitclaim Deed**     **$200,000.00**     **Comparable sale**     **$1,458,519.00**

Debtor    **Grand View Financial LLC**                                          Case number *(If known)*
     Name

55.28   **9092 Chianti Circle**
     **Stockton CA 95212**

     **(The property was
foreclosed upon
pre-petition by the
alleged secured
creditor (or its agent).
The Debtor disputes
the validity of the
foreclosure, because,
among other things,
the Debtor disputes
the validity of the
underlying alleged
secured claim and/or
trust deed of the
foreclosing creditor.
The Debtor will seek
to obtain an order or
judgment deeming
the foreclosure
invalid, setting aside
the foreclosure, to
avoid the foreclosure
as a fraudulent
transfer, for damages
related to the
improper foreclosure,
and/or for other
related relief. )**

| | **Grant Deed** | **$237,230.40** | **Comparable sale** | **$296,538.00** |

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

55.29 **44300 Lighthouse Road Point Arena CA 95468**

| | | | | |
|---|---|---|---|---|
| **(The property was foreclosed upon pre-petition by the alleged secured creditor (or its agent). The Debtor disputes the validity of the foreclosure, because, among other things, the Debtor disputes the validity of the underlying alleged secured claim and/or trust deed of the foreclosing creditor. The Debtor will seek to obtain an order or judgment deeming the foreclosure invalid, setting aside the foreclosure, to avoid the foreclosure as a fraudulent transfer, for damages related to the improper foreclosure, and/or for other related relief. )** | **Grant Deed** | **$634,805.60** | **Comparable sale** | **$793,507.00** |

Debtor   **Grand View Financial LLC**                                        Case number *(If known)*
         Name

55.30 **485 La Costa Avenue**
      **Encinitas CA 92024**

| | | | | |
|---|---|---|---|---|
| **(The property was foreclosed upon pre-petition by the alleged secured creditor (or its agent). The Debtor disputes the validity of the foreclosure, because, among other things, the Debtor disputes the validity of the underlying alleged secured claim and/or trust deed of the foreclosing creditor. The Debtor will seek to obtain an order or judgment deeming the foreclosure invalid, setting aside the foreclosure, to avoid the foreclosure as a fraudulent transfer, for damages related to the improper foreclosure, and/or for other related relief.)** | **Grant Deed** | **$860,096.00** | **Comparable sale** | **$1,075,120.00** |

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

55.31   **9651 Maccool Lane**
          **Santee CA 92071**

**(The property was
foreclosed upon
pre-petition by the
alleged secured
creditor (or its agent).
The Debtor disputes
the validity of the
foreclosure, because,
among other things,
the Debtor disputes
the validity of the
underlying alleged
secured claim and/or
trust deed of the
foreclosing creditor.
The Debtor will seek
to obtain an order or
judgment deeming
the foreclosure
invalid, setting aside
the foreclosure, to
avoid the foreclosure
as a fraudulent
transfer, for damages
related to the
improper foreclosure,
and/or for other
related relief. )**

| | **Grant Deed** | **Unknown** | **Comparable sale** | **$374,577.00** |
|---|---|---|---|---|

| Debtor | **Grand View Financial LLC** | | | Case number (If known) | |
|---|---|---|---|---|---|
| | Name | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 55.32 | **4916 Saint Andrews Drive Stockton CA 95219** | | | | |
| | (The property was foreclosed upon pre-petition by the alleged secured creditor (or its agent). The Debtor disputes the validity of the foreclosure, because, among other things, the Debtor disputes the validity of the underlying alleged secured claim and/or trust deed of the foreclosing creditor. The Debtor will seek to obtain an order or judgment deeming the foreclosure invalid, setting aside the foreclosure, to avoid the foreclosure as a fraudulent transfer, for damages related to the improper foreclosure, and/or for other related relief. ) | **Grant Deed** | **$321,949.00** | **Comparable sale** | **$804,873.00** |
| 55.33 | **4525-4527 Lincoln Way San Francisco CA 94122** | **Grant Deed** | **$982,200.00** | **Comparable sale** | **$1,637,000.00** |
| 55.34 | **24604 E Maxwell Lane Liberty Lake WA 99019** | **Deed of Trust** | **$154,530.00** | **Comparable sale** | **$386,325.00** |

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

55.35 **4129 S. Conklin Road
Greenacres WA
99016**

**(The property was
foreclosed upon
pre-petition by the
alleged secured
creditor (or its agent).
The Debtor disputes
the validity of the
foreclosure, because,
among other things,
the Debtor disputes
the validity of the
underlying alleged
secured claim and/or
trust deed of the
foreclosing creditor.
The Debtor will seek
to obtain an order or
judgment deeming
the foreclosure
invalid, setting aside
the foreclosure, to
avoid the foreclosure
as a fraudulent
transfer, for damages
related to the
improper foreclosure,
and/or for other
related relief. )**

| | | Deed of Trust | $209,260.40 | Comparable sale | $523,151.00 |

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

55.36 **1422 Hemlock Avenue Imperial Beach CA 91932**

**(The property was foreclosed upon pre-petition by the alleged secured creditor (or its agent). The Debtor disputes the validity of the foreclosure, because, among other things, the Debtor disputes the validity of the underlying alleged secured claim and/or trust deed of the foreclosing creditor. The Debtor will seek to obtain an order or judgment deeming the foreclosure invalid, setting aside the foreclosure, to avoid the foreclosure as a fraudulent transfer, for damages related to the improper foreclosure, and/or for other related relief. )**

| | | | | | |
|---|---|---|---|---|---|
| | | Grant Deed | $378,145.00 | Comparable sale | $472,682.00 |

55.37 **543 Midlake Drive Draper UT 84020**

| | | | | | |
|---|---|---|---|---|---|
| | | Warranty Deed | $162,043.20 | Comparable sale | $405,108.00 |

| Debtor | **Grand View Financial LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

55.38 **306 W Oak Street Ojai
CA 93023**

**(The property was
foreclosed upon
pre-petition by the
alleged secured
creditor (or its agent).
The Debtor disputes
the validity of the
foreclosure, because,
among other things,
the Debtor disputes
the validity of the
underlying alleged
secured claim and/or
trust deed of the
foreclosing creditor.
The Debtor will seek
to obtain an order or
judgment deeming
the foreclosure
invalid, setting aside
the foreclosure, to
avoid the foreclosure
as a fraudulent
transfer, for damages
related to the
improper foreclosure,
and/or for other
related relief. )**

| | **Grant Deed** | | **$303,235.80** | **Comparable sale** | | **$505,393.00** |
|---|---|---|---|---|---|---|

| Debtor | **Grand View Financial LLC** | | Case number *(If known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

55.39 **1102 PennimanDrive**
**El Dorado Hills CA**
**95762**

**(The property was**
**foreclosed upon**
**pre-petition by the**
**alleged secured**
**creditor (or its agent).**
**The Debtor disputes**
**the validity of the**
**foreclosure, because,**
**among other things,**
**the Debtor disputes**
**the validity of the**
**underlying alleged**
**secured claim and/or**
**trust deed of the**
**foreclosing creditor.**
**The Debtor will seek**
**to obtain an order or**
**judgment deeming**
**the foreclosure**
**invalid, setting aside**
**the foreclosure, to**
**avoid the foreclosure**
**as a fraudulent**
**transfer, for damages**
**related to the**
**improper foreclosure,**
**and/or for other**

| | | | | | |
|---|---|---|---|---|---|
| **related relief. )** | **Grant Deed** | **$365,268.15** | **Comparable sale** | | **$561,951.00** |

| Debtor | **Grand View Financial LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.40 | **747 Sturbridge Drive Folsom CA 95630** | | | | |
| | **(The property was foreclosed upon pre-petition by the alleged secured creditor (or its agent). The Debtor disputes the validity of the foreclosure, because, among other things, the Debtor disputes the validity of the underlying alleged secured claim and/or trust deed of the foreclosing creditor. The Debtor will seek to obtain an order or judgment deeming the foreclosure invalid, setting aside the foreclosure, to avoid the foreclosure as a fraudulent transfer, for damages related to the improper foreclosure, and/or for other related relief. )** | **Grant Deed** | **$507,000.00** | **Comparable sale** | **$780,000.00** |
| 55.41 | **324 Manor Drive, Pacifica CA 94044** | **Grant Deed** | **$70,000.00** | **Comparable sale** | **$829,984.00** |
| 55.42 | **3417 Danner Circle, Birmingham AL 35243** | **Warranty Deed** | **Unknown** | **Comparable sale** | **$447,687.00** |

| 56. | **Total of Part 9.** | **$29,838,164.00** |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Debtor | **Grand View Financial LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**
Potential legal malpractice claim against  Law Offices:
Al West, 700 N Pacific Coast Hwy #201, Redondo Beach,
CA 90277                                                                                                   **Unknown**

| Nature of claim | **Legal Malpractice** |
|---|---|
| **Amount requested** | **$0.00** |

Potential claims against alleged secured lenders and
servicers listed in Schedule D for, inter alia, wrongful
foreclosure, avoidance of alleged liens, disallowance of
claims, violation of lender laws, violation of FDCPA.
See Schedule A list of Real Property regarding wrongful
foreclosures on real property.                                                            **Unknown**

| Nature of claim | |
|---|---|
| **Amount requested** | **$0.00** |

Potential claims against title insurers in regard to real
property listed in Schedule A/B                                                      **Unknown**

| Nature of claim | |
|---|---|
| **Amount requested** | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**                                                                            **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Grand View Financial LLC** | Case number *(If known)* | |
|--------|------------------------------|--------------------------|---|
| | Name | | |

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,228.29 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $23,608.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $7,600.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $29,838,164.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.*           + | $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $51,436.29     + 91b. | $29,838,164.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92                    $29,889,600.29

**Fill in this information to identify the case:**

Debtor name    **Grand View Financial LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.1** **Accubbanc Mortgage a Div. of**<br>Creditor's Name<br>**City Bank of Indiana**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**8769 Hillery Drive, San Diego, CA 92126** | **$359,650.00** | **$569,368.00** |
| | Describe the lien<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No | | |
| Creditor's email address, if known | ☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>**2005**<br>**Last 4 digits of account number**<br>**9892** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an<br>interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| **2.2** **Affiliated Funding<br>Corporation**<br>Creditor's Name<br>**5 Hutton Center Drive,<br>Suite 1100**<br>**Santa Ana, CA 92707**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**303 Gorrion Avenue**<br>**Ventura, CA 93003** | **$460,000.00** | **$511,127.00** |
| | Describe the lien<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No | | |
| Creditor's email address, if known | ☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>**2005**<br>**Last 4 digits of account number**<br>**3400** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                page 1 of 31

| Debtor | **Grand View Financial LLC** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

| | | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|---|---|

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.3 Affiliated Funding Corporation**

Creditor's Name

**5 Hutton Center Drive,
Suite 1100
Santa Ana, CA 92707**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**2005**

Last 4 digits of account number

**7600**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien

**428 Georgetown Avenue
Ventura, CA 93003**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**$583,200.00**   **$580,000.00**

---

**2.4 Amador County Tax Collector**

Creditor's Name

**810 Court Street
Jackson, CA 95642-2132**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien

**1953 Village Court, Ione, CA 95640**

Describe the lien

**Tax Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**$419.68**   **$218,839.00**

---

**2.5 America's Wholesale Lender**

Creditor's Name

**4500 Park Granada
Calabasas, CA 91302-1613**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**185 Linden Avenue
San Bruno, CA 94066**

Describe the lien

**$559,920.00**   **$690,701.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Grand View Financial LLC** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

**Deed of Trust**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known
□ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**2006**
Last 4 digits of account number
**5151**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

**2.6 America's Wholesale Lender**
Creditor's Name
**4500 Park Granada**
**Calabasas, CA 91302-1613**

Describe debtor's property that is subject to a lien
**1421 Franklin Street Southeast**
**Grand Rapids, Michigan 49506**

$200,000.00 | $205,000.00

Creditor's mailing address

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known
□ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**2004**
Last 4 digits of account number
**6418**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

**2.7 American Mortgage Network**
Creditor's Name
**POB 85463**
**San Diego, CA 92186**

Describe debtor's property that is subject to a lien
**21360 Crestwood Dr., San Marcos, CA 92078**

$1,000,000.00 | $876,911.00

Creditor's mailing address

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known
□ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**2007**
Last 4 digits of account number
**1451**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 3 of 31

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Grand View Financial LLC** | | Case number (if know) | | |
|---|---|---|---|---|---|
| | Name | | | | |

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Contingent
□ Unliquidated
■ Disputed

---

| 2.8 | **Bank of America** | Describe debtor's property that is subject to a lien | **$138,500.00** | **$829,984.00** |
|---|---|---|---|---|

Creditor's Name
**10850 White Rock Road, 1st Fl.**
**Rancho Cordova, CA 95670**

**324 Manor Drive, Pacifica, CA 94044**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

□ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2007**
**Last 4 digits of account number 7866**

■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

| 2.9 | **Central Pacific Mortgage Co.** | Describe debtor's property that is subject to a lien | **$288,000.00** | **$218,839.00** |
|---|---|---|---|---|

Creditor's Name
**950 Iron Point Road, Ste 200**
**Folsom, CA 95630**

**1953 Village Court**
**Lone, CA 95640**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

□ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2006**
**Last 4 digits of account number 2872**

■ No
□ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

| 2.10 | **City of Grand Rapids** | Describe debtor's property that is subject to a lien | **$0.00** | **$205,000.00** |
|---|---|---|---|---|

Creditor's Name
**Treasurer**
**300 Monroe Ave. NW**
**Grand Rapids, MI 49503-2296**

**1421 Franklin St. SE, Grand Rapids, MI 49506**

Creditor's mailing address

**Describe the lien**
**Notice Purposes Only**

| Debtor | **Grand View Financial LLC** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | Name | | | | |

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Community Lending Incorporated** | **Describe debtor's property that is subject to a lien** | **$725,000.00** | **$1,071,932.00** |
|---|---|---|---|---|
| | Creditor's Name | 1765 Valdez Way | | |
| | **640 Jarvis Drive, Suite 200 Morgan Hill, CA 95037** | Fremont, CA 94539 | | |

|  |  |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2007** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| **4925** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 2 | **Contra Costa Tax Collector** | **Describe debtor's property that is subject to a lien** | **$22,855.96** | **$1,340,000.00** |
|---|---|---|---|---|
| | Creditor's Name | 5555 Thayer Lane San Ramon, CA 94582 | | |
| | **625 Court Street, RM 100 Martinez, CA 94553** | | | |

|  |  |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **Tax Lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 5 of 31

Debtor   **Grand View Financial LLC**                              Case number (if know)
         <sub>Name</sub>

---

| 2.1 3 | **Contra Costa Tax Collector** | Describe debtor's property that is subject to a lien | $14,992.95 | $960,742.00 |
|---|---|---|---|---|

Creditor's Name

**625 Court Street, RM 100
Martinez, CA 94553**

Creditor's mailing address

**3217 Acalanes Avenue, Lafayette, CA 94549**

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

□ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

---

| 2.1 4 | **Countrywide** | Describe debtor's property that is subject to a lien | $650,000.00 | $780,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 10219
Van Nuys, CA 91410-0219**

Creditor's mailing address

**747 Sturbridge Drive
Folsom, CA 95630**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2005**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9170**

**Do multiple creditors have an
interest in the same property?**

■ No

□ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

| 2.1 5 | **Countrywide Bank FSB** | Describe debtor's property that is subject to a lien | $910,000.00 | $990,993.00 |
|---|---|---|---|---|

Creditor's Name

**1199 North Fairfax St., Ste
500
Alexandria, VA 22314**

Creditor's mailing address

**6020 Heatherton Drive
Somis, CA 93066**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Debtor  **Grand View Financial LLC**                          Case number (if know)
        Name

**2008**                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1008**
Do multiple creditors have an          **As of the petition filing date, the claim is:**
interest in the same property?         Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ■ Disputed
priority.

---

| 2.1 6 | **Countrywide Bank FSB** | Describe debtor's property that is subject to a lien | **$417,000.00** | **$405,108.00** |
|---|---|---|---|---|

Creditor's Name                        **543 East Midlake Drive**
**1199 North Fairfax St., Ste**        **Draper, UT 84020**
**500**
**Alexandria, VA 22314**
Creditor's mailing address             **Describe the lien**
                                       **Deed of Trust**
                                       **Is the creditor an insider or related party?**
                                       ■ No
Creditor's email address, if known     ☐ Yes
                                       **Is anyone else liable on this claim?**
**Date debt was incurred**             ■ No
**2007**                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**9419**
Do multiple creditors have an          **As of the petition filing date, the claim is:**
interest in the same property?         Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ■ Disputed
priority.

---

| 2.1 7 | **Countrywide Bank FSB** | Describe debtor's property that is subject to a lien | **$400,000.00** | **$505,393.00** |
|---|---|---|---|---|

Creditor's Name                        **306 West Oak Street**
**1199 North Fairfax St., Ste**        **Ojai, CA 93023**
**500**
**Alexandria, VA 22314**
Creditor's mailing address             **Describe the lien**
                                       **Deed of Trust**
                                       **Is the creditor an insider or related party?**
                                       ■ No
Creditor's email address, if known     ☐ Yes
                                       **Is anyone else liable on this claim?**
**Date debt was incurred**             ■ No
**2006**                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1006**
Do multiple creditors have an          **As of the petition filing date, the claim is:**
interest in the same property?         Check all that apply
■ No                                   ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ■ Disputed
priority.

---

| 2.1 8 | **Countrywide Home Loans, Inc.** | Describe debtor's property that is subject to a lien | **$629,300.00** | **$967,918.00** |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 31

| Debtor | **Grand View Financial LLC** | | Case number (if know) | | |
| | Name | | | | |

| Creditor's Name **4500 Park Granada, MSN#SVB-314 Calabasas, CA 91302** | **3 Sayles Street Greenwich, CT 06807** | | |

| Creditor's mailing address | **Describe the lien** **Deed of Trust** Is the creditor an insider or related party? |

■ No

| Creditor's email address, if known | ☐ Yes Is anyone else liable on this claim? |

**Date debt was incurred**
**2006**
**Last 4 digits of account number**
**9848**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 9 | **Countrywide Home Loans, Inc.** | **Describe debtor's property that is subject to a lien** | **$650,000.00** | **$683,599.00** |

| Creditor's Name **4500 Park Granada, MSN#SVB-314 Calabasas, CA 91302** | **18 Sherman Avenue Greenwich, CT 06830** |

| Creditor's mailing address | **Describe the lien** **Deed of Trust** Is the creditor an insider or related party? |

■ No

| Creditor's email address, if known | ☐ Yes Is anyone else liable on this claim? |

**Date debt was incurred**
**2005**
**Last 4 digits of account number**
**6119**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 0 | **El Dorado County** | **Describe debtor's property that is subject to a lien** | **$235.21** | **$561,951.00** |

| Creditor's Name **Treasurer-Tax Collector 360 Fair Lane Placerville, CA 95667** | **1102 Penniman Drive, El Dorado Hills, CA 95762** |

| Creditor's mailing address | **Describe the lien** **Tax Lien** Is the creditor an insider or related party? |

■ No

| Creditor's email address, if known | ☐ Yes Is anyone else liable on this claim? |

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | **Grand View Financial LLC** | | Case number (if know) | |
| | Name | | | |

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2
1**  **First Magnus Financial Corp.**
Creditor's Name

**603 North Wilmot Road
Tucson, AZ 85711**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2007**
**Last 4 digits of account number**
**7666**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**9651 Maccool Lane
Santee, CA 92071**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

| $320,000.00 | $374,577.00 |

---

**2.2
2**  **First Metropolitan Funding Corp.**
Creditor's Name

**7136 Haskell Avenue
Suite 205
Van Nuys, CA 91406**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2006**
**Last 4 digits of account number**
**0569**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**102 Sonora Court
Oakley, CA 94561**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

| $850,000.00 | $697,847.00 |

---

**2.2
3**  **Green Point Mortgage Funding**
Creditor's Name
**1901 East Voorhees, Suite C
Danville, IL 61834**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1422 Hemlock Avenue
Imperial Beach, CA 91932**

Describe the lien

| $326,250.00 | $472,682.00 |

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 9 of 31

| Debtor | **Grand View Financial LLC** | | Case number (if know) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | **Deed of Trust** | | |
| --- | --- | --- | --- |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | □ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No | | |
| **2004** | □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| **4930** | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| ■ No | □ Contingent | | |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated | | |
| | ■ Disputed | | |

| 2.2 4 | **Homecoming Financial Network, Inc.** | Describe debtor's property that is subject to a lien | $320,000.00 | $266,797.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **733 Beyer Way** | | |
| | **4350 Von Karman Ave, # 100** | **San Diego, CA 92154** | | |
| | **Newport Beach, CA 92660** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | □ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | **2006** | □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **8669** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | □ Contingent | | |
| | □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Unliquidated | | |
| | | ■ Disputed | | |

| 2.2 5 | **Homecoming Financial Network, Inc.** | Describe debtor's property that is subject to a lien | $692,000.00 | $524,798.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **7394 N. Meridian Road** | | |
| | **4350 Von Karman Ave. #100** | **Vacaville, CA 95688** | | |
| | **Newport Beach, CA 92660** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | □ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | **2006** | □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **4663** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |

Debtor    **Grand View Financial LLC**                                    Case number (if know)
     Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2<br>6 | **HSBC Mortgage Corp.** | Describe debtor's property that is subject to a lien | $850,000.00 | $1,637,000.00 |
|---|---|---|---|---|

Creditor's Name

**2929 Walden Avenue**
**Depew, NY 14043**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2005**
**Last 4 digits of account number**
**7140**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**4525-4527 Lincoln Avenue**
**San Francisco, CA 94122**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2<br>7 | **Jefferson County** | Describe debtor's property that is subject to a lien | $173.42 | $447,687.00 |
|---|---|---|---|---|

Creditor's Name
**Treasurer & Tax Collector**
**716 Richard Arrington Jr.**
**Blvd. N**
**Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**3417 Danner Circle, Birmingham, AL 35243**

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2<br>8 | **Kootenai County Treasurer** | Describe debtor's property that is subject to a lien | $0.00 | $686,912.00 |
|---|---|---|---|---|

Creditor's Name

**451 Government Way**
**Coeur D Alene, ID 83814**

Creditor's mailing address

**17287 W. Summerfield Rd Post Falls, ID 83854**

**Describe the lien**
**Notice Purposes Only**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   **Grand View Financial LLC**                                    Case number (if know) _____
         Name

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 9 | **Lehman Brothers** | Describe debtor's property that is subject to a lien | **$4,000,000.00** | **$3,281,000.00** |
|---|---|---|---|---|

Creditor's Name

**400 Professional Drive
Gaithersburg, MD 20879**

**21 Richmond Hill
Greenwich, CT 06832**

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2006** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **8454** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 0 | **Lehman Brothers Bank, FSD** | Describe debtor's property that is subject to a lien | **$345,000.00** | **$686,912.00** |
|---|---|---|---|---|

Creditor's Name

**3400 118th Street SW #285
Lynnwood, WA 98037**

**17287 West Summerfield Road
Post Falls, ID 83854**

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2005** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6129** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 12 of 31

Debtor    **Grand View Financial LLC**                                    Case number (if know)
          Name

| 2.3 1 | **MIT Lending** | | | |
|---|---|---|---|---|

**2.3
1**   **MIT Lending**
Creditor's Name

**33 Maiden Lane
New York, NY 10038**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2006**
**Last 4 digits of account number
1788**
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien     **$424,000.00**     **$584,727.00**
**2015 Cedar Street
Ramona, CA 92065**

**Describe the lien
Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.3
2**   **Nations Direct Mortgage
LLC**
Creditor's Name
**18200 Von Karman, Suite
250
Irvine, CA 92612**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2015**
**Last 4 digits of account number
6290**
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien     **$299,475.00**     **$318,000.00**
**124 Illinois Street
Vallejo, CA 94590**

**Describe the lien
Deed of Trust**
**is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.3
3**   **Placer County Tax
Collector**
Creditor's Name
**2976 Richardson Dr.
Auburn, CA 95603**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien     **$0.00**     **$461,361.00**
**38303 Kearsarge Mill Rd., Alta, CA 95715**

**Describe the lien
Notice Purposes Only**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 13 of 31

Debtor    **Grand View Financial LLC**                              Case number (if know)
          <u>Name</u>

                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.3 4 | **Premium Capital Funding** | | | |
|---|---|---|---|---|
| | **LLC, dba** | Describe debtor's property that is subject to a lien | **$416,000.00** | **$742,427.00** |

<u>Creditor's Name</u>
**Topdot Mortgage**                        **690 Heather Court**
**125 Jericho Turnpike**                   **Pacifica, CA 94044**
**Jericho, NY 11753**
<u>Creditor's mailing address</u>              **Describe the lien**
                                           **Deed of Trust**
                                           **Is the creditor an insider or related party?**

                                           ■ No
<u>Creditor's email address, if known</u>     ☐ Yes
                                           **Is anyone else liable on this claim?**

**Date debt was incurred**                 ■ No
**2007**                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1123**
**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

| 2.3 5 | **Renasant Bank** | Describe debtor's property that is subject to a lien | **$333,500.00** | **$447,687.00** |
|---|---|---|---|---|

<u>Creditor's Name</u>                         **3417 Danner Circle, Birmingham, AL 95243**
**600 Century Park South,**
**Ste 200**
**Birmingham, AL 35226**
<u>Creditor's mailing address</u>              **Describe the lien**
                                           **Deed of Trust**
                                           **Is the creditor an insider or related party?**

                                           ■ No
<u>Creditor's email address, if known</u>     ☐ Yes
                                           **Is anyone else liable on this claim?**

**Date debt was incurred**                 ■ No
**2005**                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**0211**
**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

| 2.3 6 | **Sacramento County Tax** | Describe debtor's property that is subject to a lien | **$20.11** | **$780,000.00** |
|---|---|---|---|---|

Debtor    **Grand View Financial LLC**                          Case number (if know)
_____
Name

| | |
|---|---|
| Creditor's Name | **747 Sturbridge Drive, Folsom, CA 95630** |
| **Collection Division** | |
| **700 H Street #1710** | |
| **Sacramento, CA 95814** | |
| Creditor's mailing address | **Describe the lien** |
| | **Tax Lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 7 | | | | |
|---|---|---|---|---|
| **San Diego** | **Describe debtor's property that is subject to a lien** | | **$1,002.49** | **$1,075,120.00** |
| Creditor's Name | **485 La Costa Avenue, Encinitas, CA 92024** | | | |
| **Treasurer-Tax Collector** | | | | |
| **1600 Pacific Coast Hwy RM 162** | | | | |
| **San Diego, CA 92101** | | | | |
| Creditor's mailing address | **Describe the lien** | | | |
| | **Tax Lien** | | | |
| | **Is the creditor an insider or related party?** | | | |
| | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | **Is anyone else liable on this claim?** | | | |
| **Date debt was incurred** | ■ No | | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | | |
| ■ No | ☐ Contingent | | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |

---

| 2.3 8 | | | | |
|---|---|---|---|---|
| **San Diego** | **Describe debtor's property that is subject to a lien** | | **$59.53** | **$374,577.00** |
| Creditor's Name | **9651 Maccool Lane, Santee, CA 92071** | | | |
| **Treasurer-Tax Collector** | | | | |
| **1600 Pacific Coast Hwy RM 162** | | | | |
| **San Diego, CA 92101** | | | | |
| Creditor's mailing address | **Describe the lien** | | | |
| | **Tax Lien** | | | |
| | **Is the creditor an insider or related party?** | | | |
| | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | **Is anyone else liable on this claim?** | | | |
| **Date debt was incurred** | ■ No | | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 15 of 31

Debtor    **Grand View Financial LLC**                              Case number (if know)
          Name

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3 9**

**San Diego**
Creditor's Name
**Treasurer-Tax Collector**
**1600 Pacific Coast Hwy RM 162**
**San Diego, CA 92101**
Creditor's mailing address

Describe debtor's property that is subject to a lien     **$55.52**     **$472,682.00**
**1422 Hemlock Avenue, Imperial Beach, CA 91932**

Describe the lien
**Tax Lien**
Is the creditor an insider or related party?

■ No
Creditor's email address, if known     ☐ Yes
Is anyone else liable on this claim?

Date debt was incurred     ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**     **As of the petition filing date, the claim is:** Check all that apply
■ No     ☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.     ☐ Unliquidated
☐ Disputed

---

**2.4 0**

**San Diego**
Creditor's Name
**Treasurer-Tax Collector**
**1600 Pacific Coast Hwy RM 162**
**San Diego, CA 92101**
Creditor's mailing address

Describe debtor's property that is subject to a lien     **$0.00**     **$876,911.00**
**21360 Crestwood Drive, San Marcos, CA 92078**

Describe the lien
**Notice Purposes Only**
Is the creditor an insider or related party?

■ No
Creditor's email address, if known     ☐ Yes
Is anyone else liable on this claim?

Date debt was incurred     ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**     **As of the petition filing date, the claim is:** Check all that apply
■ No     ☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.     ☐ Unliquidated
☐ Disputed

---

**2.4 1**

**San Diego**     Describe debtor's property that is subject to a lien     **$0.00**     **$569,368.00**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 16 of 31

Debtor    **Grand View Financial LLC**                                    Case number (if know)
           Name

| Creditor's Name | 8769 Hillery Drive, San Diego, CA 92126 |
|---|---|

**Treasurer-Tax Collector**
**1600 Pacific Coast Hwy RM**
**162**
**San Diego, CA 92101**
Creditor's mailing address                    **Describe the lien**
                                               **Notice Purposes Only**
                                               Is the creditor an insider or related party?

                                               ■ No
Creditor's email address, if known             □ Yes
                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
                                               □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                           □ Contingent
□ Yes. Specify each creditor,                  □ Unliquidated
including this creditor and its relative        □ Disputed
priority.

---

| 2.4 2 | **San Diego** | Describe debtor's property that is subject to a lien | $0.00 | $266,797.00 |
|---|---|---|---|---|

Creditor's Name                               **733 Beyer Way, San Diego, CA 92154**
**Treasurer-Tax Collector**
**1600 Pacific Coast Hwy RM**
**162**
**San Diego, CA 92101**
Creditor's mailing address                    **Describe the lien**
                                               **Notice Purposes Only**
                                               Is the creditor an insider or related party?

                                               ■ No
Creditor's email address, if known             □ Yes
                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
                                               □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                           □ Contingent
□ Yes. Specify each creditor,                  □ Unliquidated
including this creditor and its relative        □ Disputed
priority.

---

| 2.4 3 | **SAN DIEGO COUNTY** | Describe debtor's property that is subject to a lien | $380.85 | $584,727.00 |
|---|---|---|---|---|

Creditor's Name                               **2015 Cedar Street Ramona, CA 92065**
**TREASURER-TAX**
**COLLECTOR**
**1600 Pacific Coast Hwy**
**San Diego, CA 92101**
Creditor's mailing address                    **Describe the lien**
                                               **Tax Lien**
                                               Is the creditor an insider or related party?

                                               ■ No
Creditor's email address, if known             □ Yes
                                               **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No

| Debtor | **Grand View Financial LLC** | Case number (if know) | | |
|---|---|---|---|---|
| | Name | | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 4 | **San Francisco** | Describe debtor's property that is subject to a lien | **$9,553.46** | **$1,637,000.00** |
|---|---|---|---|---|

Creditor's Name
**Treasurer & Tax Collector
1 Dr Carlton B Goodlett Pl
San Francisco, CA 94102**
Creditor's mailing address

**4525-4527 Lincoln Way, San Francisco, CA 94122**

Describe the lien
**Tax Lien**
Is the creditor an insider or related party?
■ No

Creditor's email address, if known
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 5 | **San Joaquin County** | Describe debtor's property that is subject to a lien | **$233.27** | **$807,873.00** |
|---|---|---|---|---|

Creditor's Name
**Treasurer-Tax Collector
44 N. San Joaquin St., 1st
FL, #150
Stockton, CA 95202**
Creditor's mailing address

**4916 Saint Andrews Drive, Stockton, CA 95219**

Describe the lien
**Tax Lien**
Is the creditor an insider or related party?
■ No

Creditor's email address, if known
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 6 | **San Mateo County** | Describe debtor's property that is subject to a lien | **$18,528.87** | **$742,427.00** |
|---|---|---|---|---|

Debtor    **Grand View Financial LLC**
Name

Case number (if know)

| | |
|---|---|
| Creditor's Name | **690 Heather Court Pacifica, CA 94044** |
| **Tax Collector** | |
| **555 County Center** | |
| **Redwood City, CA 94063** | |
| Creditor's mailing address | **Describe the lien** |
| | **Tax Lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.4 7 | **San Mateo County** | **Describe debtor's property that is subject to a lien** | **$931.88** | **$690,701.00** |
|---|---|---|---|---|
| | Creditor's Name | **185 Linden Avenue, San Bruno, CA 94066** | | |
| | **Tax Collector** | | | |
| | **555 County Center** | | | |
| | **Redwood City, CA 94063** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Tax Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.4 8 | **San Mateo County** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$829,984.00** |
|---|---|---|---|---|
| | Creditor's Name | **324 Manor Drive, Pacifica, CA 94044** | | |
| | **Tax Collector** | | | |
| | **555 County Center** | | | |
| | **Redwood City, CA 94063** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Notice Purposes Only** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 19 of 31

| Debtor | **Grand View Financial LLC** | | Case number (if know) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | | | |
| ■ No | ☐ Contingent | | | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | | | |
| | ☐ Disputed | | | | |

| 2.4 9 | **Santa Barbara** | Describe debtor's property that is subject to a lien | **$319.06** | **$361,382.00** |
|---|---|---|---|---|
| | Creditor's Name | **1622 Janele Lane** | | |
| | **Treasurer - Tax Collector POB 579 Santa Barbara, CA 93102-0579** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Tax Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.5 0 | **SBMC Mortgage** | Describe debtor's property that is subject to a lien | **$862,500.00** | **$1,075,120.00** |
|---|---|---|---|---|
| | Creditor's Name | **485 La Costa Ave., Encinitas, CA 92024** | | |
| | **14761 Califa St. Van Nuys, CA 91411** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | **2006** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **2162** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| 2.5 1 | **Solano County** | Describe debtor's property that is subject to a lien | **$2,452.88** | **$318,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **124 Illinois Street, Vallejo, CA 94590** | | |
| | **Treasurer - Tax Collector 675 Texas St., Suite 2700 Fairfield, CA 94533** | | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 20 of 31

| Debtor | **Grand View Financial LLC** | | Case number (if know) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Creditor's mailing address | **Describe the lien** | | |
|---|---|---|---|
| | **Tax Lien** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.5 2 | **Solano County** | **Describe debtor's property that is subject to a lien** | **$6,692.28** | **$524,978.00** |
|---|---|---|---|---|
| | Creditor's Name | **7394 N Meridian Lane, Vacaville, CA 95688** | | |
| | **Treasurer - Tax Collector** | | | |
| | **675 Texas St., Suite 2700** | | | |
| | **Fairfield, CA 94533** | | | |

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **Tax Lien** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 3 | **Southstar Funding LLC** | **Describe debtor's property that is subject to a lien** | **$408,700.00** | **$361,382.00** |
|---|---|---|---|---|
| | Creditor's Name | **1622 Janelle Lane** | | |
| | **400 Northridge Road, Ste 1000** | **Santa Maria, CA 93458** | | |
| | **Atlanta, GA 30350** | | | |

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **Deed of Trust** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| **2006** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| **7243** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

Debtor   **Grand View Financial LLC**                              Case number (if know)
         Name

■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
  including this creditor and its relative   ■ Disputed
  priority.

---

| 2.5 4 | **Spokane County Treasurer**<br>Creditor's Name<br><br>**1116 Broadway Ave.**<br>**Spokane, WA 99260**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**24604 E. Maxwell Lane, Liberty Lake, WA**<br>**99019**<br><br>Describe the lien | **$5,617.40** | **$386,325.00** |
|---|---|---|---|---|

Is the creditor an insider or related party?

■ No

Creditor's email address, if known      ☐ Yes
                                         **Is anyone else liable on this claim?**

**Date debt was incurred**               ■ No
                                         ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
  including this creditor and its relative   ☐ Disputed
  priority.

---

| 2.5 5 | **Spokane County Treasurer**<br>Creditor's Name<br><br>**1116 Broadway Ave.**<br>**Spokane, WA 99260**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**4129 S. Conklin Rd., Greenacres, WA 99016** | **$2,496.20** | **$523,151.00** |
|---|---|---|---|---|

**Describe the lien**
**Tax Lien**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known      ☐ Yes
                                         **Is anyone else liable on this claim?**

**Date debt was incurred**               ■ No
                                         ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
  including this creditor and its relative   ☐ Disputed
  priority.

---

| 2.5 6 | **Stearns Lending**<br>**Incorporated**<br>Creditor's Name<br>**4 Hutton Centre Drive**<br>**Suite 500**<br>**Santa Ana, CA 92707**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**24604 E. Maxell Lane**<br>**Liberty Lake, WA 99019**<br><br>Describe the lien<br>**Deed of Trust** | **$359,000.00** | **$523,151.00** |
|---|---|---|---|---|

Debtor     **Grand View Financial LLC**                                Case number (if known)
           Name

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known          □ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
**2005**
**Last 4 digits of account number**         □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**1579**
**Do multiple creditors have an             As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
                                            □ Contingent
■ No
                                            □ Unliquidated
□ Yes. Specify each creditor,
including this creditor and its relative    ■ Disputed
priority.

---

| 2.5 | **Suntrust Mortgage, Inc.** | Describe debtor's property that is subject to a lien | $356,200.00 | $461,361.00 |
| 7 | Creditor's Name | **38303 Kearsage Mill Road** | | |

**901 Semmes Avenue**
**Richmond, VA 23224**

Creditor's mailing address          **Describe the lien**
                                    **Deed of Trust**
                                    **Is the creditor an insider or related party?**

                                    ■ No

Creditor's email address, if known  □ Yes
                                    **Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No
**2006**
**Last 4 digits of account number** □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**7458**
**Do multiple creditors have an     As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
                                    □ Contingent
■ No
                                    □ Unliquidated
□ Yes. Specify each creditor,
including this creditor and its relative ■ Disputed
priority.

---

| 2.5 | **Trident Financial Group,** | | | |
| 8 | **Inc.** | Describe debtor's property that is subject to a lien | $325,000.00 | $960,742.00 |
| | Creditor's Name | **3217 Acalanes Avenue** | | |

**1001 Bay Hill Dr., Ste 108**
**San Bruno, CA 94066**

Creditor's mailing address          **Describe the lien**
                                    **Deed of Trust**
                                    **Is the creditor an insider or related party?**

                                    ■ No

Creditor's email address, if known  □ Yes
                                    **Is anyone else liable on this claim?**

**Date debt was incurred**          ■ No
**2004**
**Last 4 digits of account number** □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**5731**
**Do multiple creditors have an     As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 23 of 31

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Debtor  **Grand View Financial LLC**                                Case number (if know)
        Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
  including this creditor and its relative  ■ Disputed
  priority.

| 2.5 9 | **Ventura County Tax Collector** | | $2,909.74 | $505,393.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
306 W. Oak Street, Ojai, CA 93023

**800 South Victoria Ave**
**Ventura, CA 93009-1290**

Creditor's mailing address          Describe the lien
                                    **Tax Lien**
                                    Is the creditor an insider or related party?

                                    ■ No
Creditor's email address, if known  ☐ Yes
                                    Is anyone else liable on this claim?

Date debt was incurred              ■ No
                                    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an       As of the petition filing date, the claim is:
interest in the same property?      Check all that apply
■ No                                ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
  including this creditor and its relative  ☐ Disputed
  priority.

| 2.6 0 | **Ventura County Treasurer-Tax Collec** | | $11,316.86 | $990,993.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
6020 Heatherton Drive, Somis, CA 93066

**800 S. Victoria Ave.**
**Ventura, CA 93009**

Creditor's mailing address          Describe the lien
                                    **Tax Lien**
                                    Is the creditor an insider or related party?

                                    ■ No
Creditor's email address, if known  ☐ Yes
                                    Is anyone else liable on this claim?

Date debt was incurred              ■ No
                                    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an       As of the petition filing date, the claim is:
interest in the same property?      Check all that apply
■ No                                ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
  including this creditor and its relative  ☐ Disputed
  priority.

| 2.6 1 | **Ventura County Treasurer-Tax Collec** | | $5,812.95 | $511,127.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
303 Gorrion Avenue, Ventura, CA 93004

**800 S. Victoria Ave.**
**Ventura, CA 93009**

Creditor's mailing address          Describe the lien
                                    **Tax Lien**

Debtor    **Grand View Financial LLC**                                                 Case number (if know)
          Name

|  | Is the creditor an insider or related party? |
|  | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.6 2 | **Ventura County Treasurer-Tax Collec** Creditor's Name | Describe debtor's property that is subject to a lien | **$297.03** | **$580,000.00** |

**800 S. Victoria Ave.
Ventura, CA 93009**

| Creditor's mailing address | **Describe the lien** |
|  | **Tax Lien** |
|  | **Is the creditor an insider or related party?** |
|  | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |

**428 Georgetown Avenue, Ventura, CA 93003**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.6 3 | **Washington Mutual Bank** Creditor's Name | Describe debtor's property that is subject to a lien | **$787,300.00** | **$1,340,000.00** |

**2273 N. Valley Parkway, Ste 14
Henderson, NV 89014**

| Creditor's mailing address | **Describe the lien** |
|  | **Deed of Trust** |
|  | **Is the creditor an insider or related party?** |
|  | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2008** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **6926** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

**5555 Thayer Lane
San Ramon, CA 94582**

Debtor    **Grand View Financial LLC**                                        Case number (if know)
          Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,     ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

**2.6
4**  **Washington Mutual Bank**      Describe debtor's property that is subject to a lien    **$500,000.00**    **$1,458,519.00**
Creditor's Name                    **716 Spruce Street**
                                   **Boulder, CO 80302**
**400 East Main St.**
**CA 95290**

Creditor's mailing address         Describe the lien
                                   **Deed of Trust**
                                   Is the creditor an insider or related party?
                                   ■ No
Creditor's email address, if known ☐ Yes
                                   Is anyone else liable on this claim?

Date debt was incurred             ■ No
**2003**                           ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number
**3496**
Do multiple creditors have an      As of the petition filing date, the claim is:
interest in the same property?     Check all that apply
■ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

**2.6
5**  **Washington Mutual Bank**      Describe debtor's property that is subject to a lien    **$956,000.00**    **$793,507.00**
Creditor's Name                    **44300 Lighthouse Road**
**1400 South Douglas Rd.,**        **Point Arena, CA 95468**
**Ste 100**
**Anaheim, CA 92806**
Creditor's mailing address         Describe the lien
                                   **Deed of Trust**
                                   Is the creditor an insider or related party?
                                   ■ No
Creditor's email address, if known ☐ Yes
                                   Is anyone else liable on this claim?

Date debt was incurred             ■ No
**2007**                           ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number
**6677**
Do multiple creditors have an      As of the petition filing date, the claim is:
interest in the same property?     Check all that apply
■ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

**2.6
6**  **Wells Fargo Home
Mortgage**                         Describe debtor's property that is subject to a lien    **$445,000.00**    **$218,516.00**
Creditor's Name                    **5734 Marvon Road**
                                   **East Jordan, MI 49727**
**P.O. Box 10335**
**Des Moines, IA 50306-0335**
Creditor's mailing address         Describe the lien
                                   **Deed of Trust**

---

Debtor    **Grand View Financial LLC**                                    Case number (if know)
           Name

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2005** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **7891** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.6 7 | **World Savings Bank** | Describe debtor's property that is subject to a lien | $324,000.00 | $321,579.00 |
|---|---|---|---|---|

Creditor's Name

**1901 Harrison Street
Oakland, CA 94612**

| | |
|---|---|
| | **1130 North Edison Street
Stockton, CA 95203** |
| Creditor's mailing address | **Describe the lien** |
| | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2005** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **7195** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.6 8 | **World Savings Bank** | Describe debtor's property that is subject to a lien | $438,750.00 | $353,453.00 |
|---|---|---|---|---|

Creditor's Name

**1901 Harrison Street
Oakland, CA 94612**

| | |
|---|---|
| | **3943 Upton Court
Stockton, CA 95206** |
| Creditor's mailing address | **Describe the lien** |
| | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2006** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9504** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 27 of 31

| Debtor | **Grand View Financial LLC** | Case number (if know) | | |
| | Name | | | |

---

| 2.6 9 | **World Savings Bank, FSB** | Describe debtor's property that is subject to a lien | $530,395.00 | $561,951.00 |
|---|---|---|---|---|
| | Creditor's Name | **1102 Penniman Drive** | | |
| | **1901 Harrison Street** | **El Dorado Hills, CA 95762** | | |
| | **Oakland, CA 94612** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **2005** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **4008** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

---

| 2.7 0 | **World Savings Bank, FSB** | Describe debtor's property that is subject to a lien | $432,000.00 | $386,235.00 |
|---|---|---|---|---|
| | Creditor's Name | **4129 South Conklin Road** | | |
| | **1901 Harrison Street** | **Greenacres, WA 99016** | | |
| | **Oakland, CA 94612** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **2006** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **7831** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

---

| 2.7 1 | **World Savings Bank, FSB** | Describe debtor's property that is subject to a lien | $376,500.00 | $296,538.00 |
|---|---|---|---|---|
| | Creditor's Name | **9092 Chianti Circle** | | |
| | **1901 Harrison Street** | **Stockton, CA** | | |
| | **Oakland, CA 94612** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |

---

Debtor    **Grand View Financial LLC**                                                Case number (if know)
          Name

| 2006<br>Last 4 digits of account number | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| --- | --- | --- | --- |
| 2013 | | | |
| Do multiple creditors have an<br>interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated<br>■ Disputed | | |

| 2.7<br>2 | **World Savings Bank, FSB** | Describe debtor's property that is subject to a lien | **$712,500.00** | **$804,873.00** |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **4916 Saint Andrews Drive** | | |
| | **1901 Harrison Street**<br>**Oakland, CA 94612** | **Stockton, CA 95219** | | |
| | Creditor's mailing address | Describe the lien<br>**Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | **2004** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | 2015 | | | |
| | Do multiple creditors have an<br>interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated<br>■ Disputed | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$25,067,997.
60**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
| --- | --- | --- |
| **Aztec Foreclosure Corporation**<br>**949 South Coast Drive**<br>**Costa Mesa, CA 92626** | Line **2.17** | |
| **Aztec Foreclosure Corporation**<br>**949 South Coast Drive**<br>**Costa Mesa, CA 92626** | Line **2.25** | |
| **Bank of America**<br>**1800 Tapo Canyon Road**<br>**Simi Valley, CA 93063-6712** | Line **2.16** | |
| **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19850** | Line **2.9** | |

| Debtor | Grand View Financial LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **BSI Financial**<br>**314 S. Franklin St.**<br>**Titusville, PA 16354-2168** | Line __2.15__ |
| **BSI Financial**<br>**314 S. Franklin St.**<br>**Titusville, PA 16354-2168** | Line __2.14__ |
| **Caliber Home Loans**<br>**P.O. Box 509063**<br>**Dallas, TX 75261** | Line __2.63__ |
| **Chase**<br>**P.O. Box 183222**<br>**Columbus, OH 43218-3222** | Line __2.64__ |
| **Clear Recon Corporation**<br>**4375 Jutland Drive #200**<br>**San Diego, CA 92117-3600** | Line __2.69__ |
| **Clear Recon Corporation**<br>**4375 Jutland Drive #200**<br>**San Diego, CA 92117-3600** | Line __2.26__ |
| **Federal Home Loan Mortgage**<br>**8200 Jones Branch Drive**<br>**Mclean, VA 22102-3107** | Line __2.21__ |
| **Flagstar Bank**<br>**5151 Corporate Drive**<br>**Troy, MI 48098-2639** | Line __2.58__ |
| **JP Morgan Chase, N.A.**<br>**7720 16th Street, #300**<br>**Phoenix, AZ 85020-7404** | Line __2.53__ |
| **Mortgageit, Inc.**<br>**33 Maiden Lane**<br>**New York, NY 10038** | Line __2.65__ |
| **Nationstar Mortgage**<br>**Customer Service**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | Line __2.18__ |
| **Nationstar Mortgage**<br>**Customer Service**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | Line __2.19__ |
| **Nationstar Mortgage LLC**<br>**8950 Cypress Waters Blvd.**<br>**Coppell, TX 75019-4620** | Line __2.24__ |
| **Nationstar Mortgage LLC**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | Line __2.3__ |
| **Nationstar Mortgage LLC**<br>**350 Highland Drive**<br>**Lewisville, TX 75067** | Line __2.30__ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Grand View Financial LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **OCWEN Loan Servicing**<br>**P.O. Box 24738**<br>**West Palm Beach, FL 33416-4738** | Line __2.34__ |
| **Ocwen Loan Servicing**<br>**3451 Hammond Venue**<br>**Waterloo, IA 50702-5345** | Line __2.2__ |
| **Quality Loan Service Corporation**<br>**411 Ivy Street**<br>**San Diego, CA 92101-2108** | Line __2.17__ |
| **Wells Fargo Home Mortgage**<br>**P.O. Box 10335**<br>**Des Moines, IA 50306-0335** | Line __2.70__ |
| **Wells Fargo Home Mortgage**<br>**P.O. Box 10335**<br>**Des Moines, IA 50306-0335** | Line __2.72__ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Grand View Financial LLC**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288,222.60 |
|---|---|---|---|
| | **Angela Leung** | ■ Contingent | |
| | **3217 Acalanes Avenue** | ☐ Unliquidated | |
| | **Lafayette, CA 94549-3206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $438,455.50 |
|---|---|---|---|
| | **Daniel Golden** | ■ Contingent | |
| | **21360 Crestwind Drive** | ☐ Unliquidated | |
| | **San Marcos, CA 92078-5000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230,680.50 |
|---|---|---|---|
| | **Darren & Dana Ladd** | ■ Contingent | |
| | **38303 Kearsarge Mill Road** | ☐ Unliquidated | |
| | **Alta, CA 95715** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $348,923.50 |
|---|---|---|---|
| | **David & Leah Manaoat** | ■ Contingent | |
| | **102 Sonora Court** | ☐ Unliquidated | |
| | **Oakley, CA 94561-3953** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Grand View Financial LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deutsche Bank National Trust Company**
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482,923.80 |
|---|---|---|---|

**E. Greg Somerville**
4916 Saint Andrews Drive
Stockton, CA 95219-1917

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402,000.00 |
|---|---|---|---|

**Ellen & Clyde Davenport**
5555 Thayer Lane
San Ramon, CA 94582-3067

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Federal National Mortgage Association**
14221 Dallas Parkway, Suite 1000
Dallas, TX 75254-2946

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231,795.00 |
|---|---|---|---|

**Frank & Susan Tombarelli**
24604 E Maxwell Lane
Liberty Lake, WA 99019-8543

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428,777.80 |
|---|---|---|---|

**Frankie Cheung**
1765 Valdez Way
Fremont, CA 94539-3662

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262,489.00 |
|---|---|---|---|

**Gary & Johanna Lohse**
7394 N Meridian Road
Vacaville, CA 95688-9607

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Grand View Financial LLC** | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142,035.40 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Gerald & Bardel Belford** | ■ Contingent | |
| | **5734 Marvon Road** | ☐ Unliquidated | |
| | **East Jordan, MI 49727-9051** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,535.60 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Harold Fuhrmann** | ■ Contingent | |
| | **1953 Village Court** | ☐ Unliquidated | |
| | **Ione, CA 95640-9800** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $759,984.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Heather Hartig** | ■ Contingent | |
| | **324 Manor Drive** | ☐ Unliquidated | |
| | **Pacifica, CA 94044** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **INTERNAL REVENUE SERVICE** | ■ Contingent | |
| | **CENTRALIZED INSOLVENCY OPERATIONS** | ☐ Unliquidated | |
| | **PO BOX 7346** | ☐ Disputed | |
| | **PHILADELPHIA, PA 19101-7346** | Basis for the claim: **For Notice Purposes Only** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176,726.50 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Jamael Dudley & Traci Harris** | ■ Contingent | |
| | **3943 Upton Court** | ☐ Unliquidated | |
| | **Stockton, CA 95206-6088** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215,024.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **James Roohan** | ■ Contingent | |
| | **485 La Costa Avenue** | ☐ Unliquidated | |
| | **Encinitas, CA 92024-1114** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447,687.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **James Yocum** | ■ Contingent | |
| | **3417 Danner Circle** | ☐ Unliquidated | |
| | **Birmingham, AL 35243** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Grand View Financial LLC**                                    Case number (if known)
     Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313,890.60 |
|---|---|---|---|

**John & Sonja Tombarelli**
**4129 South Conklin Road**
**Greenacres, WA 99016-9789**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Law Offices: Al West**
**700 N. Pacific Coast Hwy # 201**
**Redondo Beach, CA 90277**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

**Basis for the claim:  For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274,764.80 |
|---|---|---|---|

**Leslie Edwards**
**17287 W. Summerfield Road**
**Post Falls, ID 83854**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,258,519.00 |
|---|---|---|---|

**Lorraine Moller**
**2525 Arapahoe, Suite 500**
**Boulder, CO 80302-6720**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $396,397.20 |
|---|---|---|---|

**Marc & Michelle Griffith**
**6020 Heatherton Drive**
**Somis, CA 93066-9611**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,810.40 |
|---|---|---|---|

**Marcus Green**
**8769 Hillery Drive**
**San Diego, CA 92126-2860**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,157.20 |
|---|---|---|---|

**Maritza Luz Vega**
**306 West Oak Street**
**Ojai, CA 93023-2555**

■ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

| Debtor | **Grand View Financial LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$159,000.00** |
|---|---|---|---|

**Monica Lam**
**124 Illinois Street**
**Vallejo, CA 94590-3854**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Camuso, CPA**
**Camuso CPA PLLC**
**PO Box 9212**
**Charlotte, NC 28299**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$123,000.00** |
|---|---|---|---|

**Rachael Lenau**
**1421 Franklin Street SE**
**Grand Rapids, MI 49506-3329**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$196,682.85** |
|---|---|---|---|

**Rajiv & Gina Wadhwa**
**1102 Penniman Drive**
**El Dorado Hills, CA 95762-5211**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127,781.75** |
|---|---|---|---|

**Raymond & Cheryl Gutierrez**
**303 Gorrion Avenue**
**Ventura, CA 93004-1330**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$145,000.00** |
|---|---|---|---|

**Raymond & Cheryl Gutierrez**
**428 Georgetown Avenue**
**Ventura, CA 93003-2124**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$133,398.50** |
|---|---|---|---|

**Richard Guriel**
**733 Beyer Way**
**San Diego, CA 92154-2268**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

Schedule E/F: Creditors Who Have Unsecured Claims
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Grand View Financial LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$444,339.35** |
|---|---|---|---|

**Robert & Pamela Gabriel**
**18 Sherman Avenue**
**Greenwich, CT 06830-6046**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,132,650.00** |

**Robert & Pamela Gabriel**
**21 Richmond Hill Road**
**Greenwich, CT 06831-2525**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$629,146.70** |

**Robert & Pamela Gabriel**
**3 Sayles Street**
**Greenwich, CT 06807-2142**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$233,890.80** |

**Robert Borbonus**
**2015 Cedar Street**
**Ramona, CA 92065-1351**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$371,213.50** |

**Robert Burns**
**690 Heather Court**
**Pacifica, CA 94044-2141**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$158,701.40** |

**Robert Roberts & Timothy Brey**
**44300 Lighthouse Road**
**Point Arena, CA 95468**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$374,577.00** |

**Robert Sedler**
**5173 WARING ROAD, #117**
**San Diego, CA 92120**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note (re 9651 McCool Lane, Santee, CA 92071)**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Grand View Financial LLC**                          Case number (if known)
Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,307.60 |
|---|---|---|---|

**Savon Phon**
**9092 Chianti Circle**
**Stocton, CA 95212-3816**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sharp Financial LLC**
**8939 S Sepulveda Bvld Suite 102**
**Los Angeles, CA 90045-3605**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,789.50 |
|---|---|---|---|

**Shriley Hanes**
**1130 N Edison Street**
**Stockton, CA 95203-2319**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $654,800.00 |
|---|---|---|---|

**Stella Tan**
**4525-4527 Lincoln Way**
**San Francisco, CA 94122-1128**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,140.20 |
|---|---|---|---|

**Steven Ho**
**185 Linden Avenue**
**San Bruno, CA 94066-5407**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243,064.80 |
|---|---|---|---|

**Steven Vaughn**
**543 East Midlake Drive**
**Draper, UT 84020-7821**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273,000.00 |
|---|---|---|---|

**Sunil & L. Lori Wadhwa**
**747 Sturbridge Drive**
**Folsom, CA 95630-6166**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Grand View Financial LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$234,898.30** |
|---|---|---|---|
| | **Timothy Johnston**<br>**5115 Curtis Blvd**<br>**Port St John, FL 32927-3166** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94,536.40** |
|---|---|---|---|
| | **Tyrone & Bobbi Jo Valkansas**<br>**1422 Hemlock Avenue**<br>**Imperial Beach, CA 91932-3808** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the<br>related creditor (if any) listed? | Last 4 digits of<br>account number, if<br>any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b. + | $  14,647,718.05 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  14,647,718.05 |

**Fill in this information to identify the case:**

Debtor name    **Grand View Financial LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

| | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | **SEE EXHIBIT SCHEDULE G** |

UNEXPIRED LEASES

EXHIBIT SCHEDULE G

| Tenant Last | Tenant First | Address | City | State | Zip | Term Remaining | Subject Property |
|---|---|---|---|---|---|---|---|
| Belford | Gerald E II, Bardel L | 5734 Marvon Road | East Jordan | MI | 49727 | Month to Month | Same |
| Borbonus | Robert | 2015 Cedar | Ramona | CA | 92065 | Month to Month | Same |
| Burns | Robert L. | 690 Heather Court | Pacifica | CA | 94044 | Month to Month | Same |
| Cheung | Frankie | 1765 Valdez Way | Fremont | CA | 94539 | Month to Month | Same |
| Davenport | Ellen, Clyde | 5555 Thayer Lane | San Ramon | CA | 94582 | EXPIRED | Same |
| Dudley;Harris | Jamael; Traci | 3943 Upton Ct | Stockton | CA | 95206 | Month to Month | Same |
| Edwards | Leslie | 17287 W. Summerfield Rd | Post Falls | ID | 83854 | Month to Month | Same |
| Fuhrmann | Harold R | 1953 Village Court | Ione | CA | 95640 | Month to Month | Same |
| Gabriel | Robert, Pamela | 21 Richmond Hill | Greenwich | CT | 06831 | Month to Month | Same |
| Gabriel | Robert, Pamela | 3 Sayles Street | Greenwich | CT | 06807 | Month to Month | Same |
| Gabriel | Robert, Pamela | 18 Sherman Avenue | Greenwich | CT | 06830 | Month to Month | Same |
| Golden | Daniel | 21360 Crestwind Drive | San Marcos | CA | 92078 | EXPIRED | Same |
| Green | Marcus | 8769 Hillery Drive | San Diego | CA | 92126 | EXPIRED | Same |
| Griffith | Marc J, Michelle P. | 6020 Heatherton Drive | Somis | CA | 93066 | EXPIRED | Same |
| Guriel | Richard T, Adela C | 733 Beyer Way | San Diego | CA | 92154 | EXPIRED | Same |
| Gutierrez | Raymond Jr, Cheryl A. | 303 Gorrion Avenue | Ventura | CA | 93004 | EXPIRED | Same |
| Gutierrez | Raymond Jr, Cheryl A. | 428 Georgetown Avenue | Ventura | CA | 93003 | EXPIRED | Same |
| Hanes | Shirley | 1130 N Edison Street | Stockton | CA | 95203 | Month to Month | Same |
| Hartig | Heather | 324 Manor Drive | Pacifica | CA | 94044 | Month to Month | Same |
| Ho | Simon | 185 Linden Avenue | San Bruno | CA | 94066 | Month to Month | Same |
| Johnston | Timothy J | 5115 Curtis Boulevard | Port St. Johns | FL | 32927 | Month to Month | 1622 Janelle Lane, Santa Maria CA 93458 |
| Ladd | Darren L., Danna N. | 38303 Kearsarge Mill Road | Alta | CA | 95715 | Month to Month | Same |
| Lam | Monica K. | 124 Illinois Street | Vallejo | CA | 94590 | Month to Month | Same |
| Lenau | Rachel B | 1421 Franklin St. SE | Grand Rapids | MI | 49506 | Month to Month | Same |
| Leung | Angela | 3217 Acalanes Avenue | Lafayette | CA | 94549 | EXPIRED | Same |
| Lohse | Gary, Johanna | 7394 N Meridian Lane | Vacaville | CA | 95688 | Month to Month | Same |
| Manaoat | David T,Leah T | 102 Sonora Court | Oakley | CA | 94561 | Month to Month | Same |
| Moller | Lorraine | 2525 Arapahoe, Suite 409 | Boulder | CO | 80302 | Month to Month | 716 Spruce Street, Boulder, CO 80302 |
| Phon | Savun | 9092 Chianti Circle | Stockton | CA | 95212 | EXPIRED | Same |
| Roberts | Robert | 44300 Lighthouse Road | Point Arena | CA | 95468 | EXPIRED | Same |
| Roohan | James R. | 485 La Costa Avenue | Encinitas | CA | 92024 | Month to Month | Same |
| Sedlar | Robert | 9651 Maccool Lane | Santee | CA | 92071 | Month to Month | Same |
| Somerville | E. Greg | 4916 Saint Andrews Drive | Stockton | CA | 95219 | Month to Month | Same |
| Tan | Stella | 4525-4527 Lincoln Way | San Francisco | CA | 94122 | Month to Month | Same |

UNEXPIRED LEASES

| Tenant Last | Tenant First | Address | City | State | Zip | Term Remaining | Subject Property |
|---|---|---|---|---|---|---|---|
| Tombarelli | Frank, Susan | 24604 E Maxwell Lane | Liberty Lake | WA | 99019 | Month to Month | Same |
| Tombarelli | John P, Sonja | 4129 S. Conklin Road | Greenacres | WA | 99016 | Month to Month | Same |
| Valkanas | Tyrone, Bobbie Jo | 1422 Hemlock Avenue | Imperial Bea | CA | 91932 | EXPIRED | Same |
| Vaughn | Steven r, Debbra L. | 543 Midlake Drive | Draper | UT | 84020 | Month to Month | Same |
| Vega | Maritza Luz | 306 W Oak Street | Ojai | CA | 93023 | EXPIRED | Same |
| Wadhwa | Rajiv, Gina M | 1102 PenninmanDrive | El Dorado Hi | CA | 95762 | EXPIRED | Same |
| Wadhwa | Sunil K., L.Lori | 747 Sturbridge Drive | Folsom | CA | 95630 | EXPIRED | Same |
| Yocum | James | 3417 Danner Circle | Birmingham | AL | 35243 | Month to Month | Same |

EXHIBIT SCHEDULE G

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Grand View Financial LLC** | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **SEE EXHIBIT SCHEDULE H** | | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| | Last | First | Property Address | City | State | P Zip | County |
|---|---|---|---|---|---|---|---|
| 1 | Belford | Gerald E., Bardel L. | 5734 Marvon Road | East Jordan | MI | 49727 | Charlevoix |
| 2 | Borbonus | Robert | 2015 Cedar Street | Ramona | CA | 92065 | San Diego |
| 3 | Burns | Robert L. | 690 Heahter Court | Pacifica | CA | 94044 | San Mateo |
| 4 | Cheung | Frankie S., May Y. | 1765 Valdez Way | Fremont | CA | 94539 | Alameda |
| 5 | Davenport | Ellen, Clyde | 5555 Thayer Lane | San Ramon | CA | 94582 | Contra Costa |
| 6 | Dudley;Harris | Jamael; Traci | 3943 Upton Court | Stockton | CA | 95206 | San Joaquin |
| 7 | Edwards | Leslie | 17287 W. Summerfield Rd | Post Falls | ID | 83854 | Kootenai |
| 8 | Fuhrmann | Harold R | 1953 Village Court | Ione | CA | 95640 | Amador |
| 9 | Gabriel | Robert, Pamela | 21 Richmond Hill | Greenwich | CT | 06831 | Fairfield |
| 10 | Gabriel | Robert, Pamela | 3 Sayles Street | Greenwich | CT | 06807 | Fairfield |
| 11 | Gabriel | Robert, Pamela | 18 Sherman Avenue | Greenwich | CT | 06830 | Fairfield |
| 12 | Golden | Daniel | 21360 Crestwind Drive | San Marcos | CA | 92078 | San Diego |
| 13 | Green | Marcus A. | 8769 Hillery Drive | San Diego | CA | 92126 | San Diego |
| 14 | Griffith | Marc J, Michelle P. | 6020 Heatherton Drive | Somis | CA | 93066 | Ventura |
| 15 | Guriel | Richard T, Adela C | 733 Beyer Way | San Diego | CA | 92154 | San Diego |
| 16 | Gutierrez | Raymond Jr, Cheryl A. | 303 Gorrion Avenue | Ventura | CA | 93004 | Ventura |
| 17 | Gutierrez | Raymond Jr, Cheryl A. | 428 Georgetown Avenue | Ventura | CA | 93003 | Ventura |
| 18 | Hanes | Shirley | 1130 N Edison St | Stockton | CA | 95203 | San Joaquin |
| 19 | Hartig | Heather | 324 Manor Drive | Pacifica | CA | 94944 | San Mateo |
| 20 | Ho | Simon % Steven | 185 Linden Avenue | San Bruno | CA | 94066 | San Mateo |
| 21 | Johnston | Timothy J | 1622 Janele Lane | Santa Maria | CA | 93458 | Santa Barbara |
| 22 | Ladd | Darren L. , Danna N. | 38303 Kearsarge Mill Rd. | Alta | CA | 95701 | Placer |
| 23 | Lam | Monica K. | 124 Illinois Street | Vallejo | CA | 94590 | Solano |
| 24 | Lenau | Rachel B. | 1421 Franklin St. SE | Grand Rapids | MI | 49506 | Kent |
| 25 | Leung | Angela | 3217 Acalanes Avenue | Lafayette | CA | 94549 | Contra Costa |
| 26 | Lohse | Gary R., Johanna C. | 7394 N Meridian Road | Vacaville | CA | 95688 | Solano |
| 27 | Manaoat | David T, Leah T. | 102 Sonora Court | Oakley | CA | 94561 | Contra Costa |
| 28 | Moller | Lorraine | 716 Spruce Street | Boulder | CO | 80302 | Boulder |
| 29 | Phon | Savun | 9092 Chianti Circle | Stockton | CA | 95212 | San Joaquin |
| 30 | Roberts | Robert | 44300 Lighthouse Rd | Point Arena | CA | 95468 | Mendocino |
| 31 | Roohan | James R. | 485 La Costa Avenue | Encinitas | CA | 92024 | San Diego |
| 32 | Sedlar | Robert | 9651 Maccool Lane | Santee | CA | 92071 | San Diego |
| 33 | Somerville | E. Greg | 4916 Saint Andrews Drive | Stockton | CA | 95219 | San Joaquin |
| 34 | Tan | Stella | 4525-4527 Lincoln Way | San Francisco | CA | 94122 | San Francisco |
| 35 | Tombarelli | Frank & Susan | 24604 E. Maxwell Lane | Liberty Lake | WA | 99019 | Spokane |
| 36 | Tombarelli | John P, Sonja | 4129 S. Conklin Road | Greenacres | WA | 99016 | Spokane |
| 37 | Valkanas | Tyrone & Bobbie Joe | 1422 Hemlock Avenue | Imperial Beach | CA | 91932 | SanDiego |
| 38 | Vaughn | Steven r, Debbra L. | 543 Midlake Drive | Draper | UT | 84020 | Salt Lake |
| 39 | Vega | Maritza Luz | 306 W Oak Street | Ojai | CA | 93023 | Ventura |
| 40 | Wadhwa | Rajiv, Gina M | 1102 PennimanDrive | El Dorado Hills | CA | 95762 | El Dorado |
| 41 | Wadhwa | Sunil K., L.Lori | 747 Sturbridge Drive | Folsom | CA | 95630 | Sacramento |
| 42 | Yocum | James | 3417 Danner Circle | Birmingham | AL | 35243 | Jefferson |

The above-listed former owners of the above-listed properties are allegedly co-debtors on the alleged claims listed in Schedule D purportedly secured by the above-listed properties.

**Fill in this information to identify the case:**

Debtor name      **Grand View Financial LLC**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other   **Rent** | **$176,713.72** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Rent** | **$176,948.72** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **Grand View Financial LLC**                                              Case number *(if known)*

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Benficial Financial Services, LLC**<br>5716 Corsa Ave., Ste 110<br>Westlake Village, CA 91362<br>**Affiliate** | 9/12/16,<br>1/14/17 | **$345.00** | **LLC Fees, UST Quarterly Fees** |
| 4.2.  **Upscale Investments, LLC**<br>11755 Wilshire Blvd., Ste. 1250-170<br>Los Angeles, CA 90025<br>**Affiliate** | 9/2/16,<br>10/2/16,<br>11/2/16,<br>12/2/16,<br>1/7/17,<br>2/7/17,<br>2/8/17,<br>3/7/17,<br>4/7/17,<br>5/7/17,<br>6/7/17,<br>7/7/17, | **$2,939.00** | **Virtual Office Monthly Fee, Mail Service, BK Filing Fee, UST Quarterly Fees** |
| 4.3.  **Sharp Financial, LLC**<br>8939 S. Sepulveda Blvd.<br>Los Angeles, CA 90045<br>**Affiliate** | 9/12/16,<br>9/1/16,<br>10/1/16,<br>11/1/16,<br>12/1/16,<br>12/22/16,<br>1/1/17,<br>1/14/17,<br>2/1/17,<br>3/1/17,<br>4/1/17,<br>5/1/17,<br>6/1/17,<br>6/26/17,<br>7/1/17, 7/4/17 | **$2,869.00** | **LLC Filing Fees, Virtual Office Fee, Mail Service, UST Quarterly Fees, BK Filing Fee** |
| 4.4.  **Premium Capital, LLC**<br>5716 Corsa Ave., Ste 110<br>Westlake Village, CA 91362<br>**Affiliate** | 1/14/17,<br>1/15/17,<br>5/5/17,<br>9/28/16,<br>10/19/16 | **$5,031.00** | **Wyoming Secretary of State Fees, BK Filing Fees, UST Quarterly Fees** |
| 4.5.  **North Park Investments, LLC**<br>5716 Corsa Ave., Ste 110<br>Westlake Village, CA 91362<br>**Affiliate** | 10/18/16,<br>10/20/16,<br>12/5/16,<br>12/20/16,<br>1/18/17,<br>4/11/17,<br>5/5/17,<br>6/16/17, | **$3,928.00** | **Secretary of State Fees, Registered Agent Fees, BK Filing Fees, UST Quarterly Fees** |
| 4.6.  **Refreshing Resources, LLC**<br>5716 Corsa Ave., Ste 110<br>Westlake Village, CA 91362<br>**Affiliate** | 6/12/17,<br>6/13/17,<br>6/14/17 | **$3,254.00** | **Secretary of State Fees, Registered Agent Fees, BK Filing Fees** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Grand View Financial LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.7. **SEE ALSO EXHIBIT SOFA 4** | | $0.00 | **TRANSFERS OF DEEDS OF TRUST TO AFFILIATES** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **SEE EXHIBIT SOFA 5** | | | **$8,400,081.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **SEE EXHIBIT SOFA 7** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

DEEDS OF TRUST

| Affiliate Name | Property Address | City | State | Zip | Date TD Recorded |
|---|---|---|---|---|---|
| | | | | | |
| NORTH PARK INVESTMENTS LLC | 5734 MARVON ROAD | EAST JORDAN | MI | 49727 | 12.20.16 |
| UPSCALE FINANCIAL LLC | 5734 MARVON ROAD | EAST JORDAN | MI | 49727 | 6.29.16 |
| SHARP FINANCIAL LLC | 5734 MARVON ROAD | EAST JORDAN | MI | 49727 | 6.29.16 |
| PREMIUM CAPITAL LLC | 5734 MARVON ROAD | EAST JORDAN | MI | 49727 | 6.29.16 |
| BENEFICIAL FINANCIAL SERVICES | 5734 MARVON ROAD | EAST JORDAN | MI | 49727 | 6.29.16 |
| NORTH PARK INVESTMENTS LLC | 2015 CEDAR STREET | RAMONA | CA | 92065 | 12 16.16 |
| PREMIUM CAPITAL LLC | 2015 CEDAR STREET | RAMONA | CA | 92065 | 8.23.16 |
| SHARP FINANCIAL LLC | 2015 CEDAR STREET | RAMONA | CA | 92065 | 9.2.16 |
| REFRESHING RESOURCES LLC | 2015 CEDAR STREET | RAMONA | CA | 92065 | 6.26.17 |
| UPSCALE FINANCIAL LLC | 2015 CEDAR STREET | RAMONA | CA | 92065 | 2.14.17 |
| REFRESHING RESOURCES LLC | 690 HEATHER COURT | PACIFICA | CA | 94044 | 6.19.17 |
| BENEFICIAL FINANCIAL SERVICES | 690 HEATHER COURT | PACIFICA | CA | 94044 | 6.17.16 |
| UPSCALE FINANCIAL LLC | 690 HEATHER COURT | PACIFICA | CA | 94044 | 6.8.16 |
| SHARP FINANCIAL LLC | 690 HEATHER COURT | PACIFICA | CA | 94044 | 6.8.16 |
| PREMIUM CAPITAL LLC | 690 HEATHER COURT | PACIFICA | CA | 94044 | 6.8.16 |
| NORTH PARK INVESTMENTS LLC | 690 HEATHER COURT | PACIFICA | CA | 94044 | 1.30.17 |
| NORTH PARK INVESTMENTS LLC | 1765 VALDEZ WAY | FREMONT | CA | 94539 | 2.16.17 |
| UPSCALE FINANCIAL LLC | 1765 VALDEZ WAY | FREMONT | CA | 94539 | 2.16.17 |
| BENEFICIAL FINANCIAL SERVICES | 1765 VALDEZ WAY | FREMONT | CA | 94539 | 8.1.16 |
| PREMIUM CAPITAL LLC | 1765 VALDEZ WAY | FREMONT | CA | 94539 | 8.1.16 |
| SHARP FINANCIAL LLC | 1765 VALDEZ WAY | FREMONT | CA | 94539 | 8.1.16 |
| NORTH PARK INVESTMENTS LLC | 5555 THAYER LANE | SAN RAMON | CA | 94582 | 2.16.17 |
| UPSCALE FINANCIAL LLC | 5555 THAYER LANE | SAN RAMON | CA | 94582 | 6.17.16 |
| SHARP FINANCIAL LLC | 5555 THAYER LANE | SAN RAMON | CA | 94582 | 6.17.16 |
| PREMIUM CAPITAL LLC | 5555 THAYER LANE | SAN RAMON | CA | 94582 | 6.17.16 |
| BENEFICIAL FINANCIAL SERVICES | 5555 THAYER LANE | SAN RAMON | CA | 94582 | 6.17.16 |
| REFRESHING RESOURCES LLC | 3943 UPTON COURT | STOCKTON | CA | 95206 | 6.15.17 |
| UPSCALE FINANCIAL LLC | 3943 UPTON COURT | STOCKTON | CA | 95206 | 6.6.17 |
| SHARP FINANCIAL LLC | 3943 UPTON COURT | STOCKTON | CA | 95206 | 6.28.17 |
| NORTH PARK INVESTMENTS LLC | 17287 W SUMMERFIELD ROAD | POST FALLS | ID | 83854 | 12.19.26 |
| UPSCALE FINANCIAL LLC | 17287 W SUMMERFIELD ROAD | POST FALLS | ID | 83854 | 6.28.16 |
| SHARP FINANCIAL LLC | 17287 W SUMMERFIELD ROAD | POST FALLS | ID | 83854 | 6.28.16 |
| PREMIUM CAPITAL LLC | 17287 W SUMMERFIELD ROAD | POST FALLS | ID | 83854 | 6.28.16 |
| BENEFICIAL FINANCIAL SERVICES | 17287 W SUMMERFIELD ROAD | POST FALLS | ID | 83854 | 6.28.16 |
| NORTH PARK INVESTMENTS LLC | 1953 VILLAGE COURT | IONE | CA | 95640 | 2.2 17 |
| UPSCALE FINANCIAL LLC | 1953 VILLAGE COURT | IONE | CA | 95640 | 5.18.16 |
| SHARP FINANCIAL LLC | 1953 VILLAGE COURT | IONE | CA | 95640 | 5.18.16 |
| PREMIUM CAPITAL LLC | 1953 VILLAGE COURT | IONE | CA | 95640 | 5.18.16 |
| SHARP FINANCIAL LLC | 3 SAYLES | GREENWICH | CT | 6807 | 7.3.17 |
| PREMIUM CAPITAL LLC | 3 SAYLES | GREENWICH | CT | 6807 | 12.2.16 |
| NORTH PARK INVESTMENTS LLC | 3 SAYLES | GREENWICH | CT | 6807 | 12.21.16 |
| UPSCALE FINANCIAL LLC | 3 SAYLES | GREENWICH | CT | 6807 | 3.2.17 |
| NORTH PARK INVESTMENTS LLC | 18 SHERMAN AVENUE | GREENWICH | CT | 6830 | 12.21.16 |
| SHARP FINANCIAL LLC | 18 SHERMAN AVENUE | GREENWICH | CT | 6830 | 7.3.17 |
| UPSCALE FINANCIAL LLC | 18 SHERMAN AVENUE | GREENWICH | CT | 6830 | 3.2.17 |
| SHARP FINANCIAL LLC | 21 RICHMOND HILL ROAD | GREENWICH | CT | 6831 | 7.3.17 |
| PREMIUM CAPITAL LLC | 21 RICHMOND HILL ROAD | GREENWICH | CT | 6831 | 9.19.16 |
| NORTH PARK INVESTMENTS LLC | 21 RICHMOND HILL ROAD | GREENWICH | CT | 6831 | 12.21.16 |
| UPSCALE FINANCIAL LLC | 21 RICHMOND HILL ROAD | GREENWICH | CT | 6831 | 3.2.17 |
| REFRESHING RESOURCES LLC | 21360 CRESTWIND DRIVE | SAN MARCOS | CA | 92078 | 6.26.17 |
| NORTH PARK INVESTMENTS LLC | 8769 HILLERY DRIVE | SAN DIEGO | CA | 92126 | 2.14.17 |
| BENEFICIAL FINANCIAL SERVICES | 6020 HEATHERTON DRIVE | SOMIS | CA | 93066 | 6.24.16 |
| UPSCALE FINANCIAL LLC | 6020 HEATHERTON DRIVE | SOMIS | CA | 93066 | 5.17.16 |
| SHARP FINANCIAL LLC | 6020 HEATHERTON DRIVE | SOMIS | CA | 93066 | 5.17.16 |
| PREMIUM CAPITAL LLC | 6020 HEATHERTON DRIVE | SOMIS | CA | 93066 | 5.17.16 |
| NORTH PARK INVESTMENTS LLC | 6020 HEATHERTON DRIVE | SOMIS | CA | 93066 | 1.30.17 |
| REFRESHING RESOURCES LLC | 6020 HEATHERTON DRIVE | SOMIS | CA | 93066 | 6.14.17 |
| BENEFICIAL FINANCIAL SERVICES | 733 BEYER WAY | SAN DIEGO | CA | 92154 | 6.21.16 |
| UPSCALE FINANCIAL LLC | 733 BEYER WAY | SAN DIEGO | CA | 92154 | 5.24.16 |
| SHARP FINANCIAL LLC | 733 BEYER WAY | SAN DIEGO | CA | 92154 | 5.24.16 |
| PREMIUM CAPITAL LLC | 733 BEYER WAY | SAN DIEGO | CA | 92154 | 5.24.16 |
| NORTH PARK INVESTMENTS LLC | 428 GEORGETOWN AVENUE | VENTURA | CA | 93003 | 3.15.17 |
| UPSCALE FINANCIAL LLC | 428 GEORGETOWN AVENUE | VENTURA | CA | 93003 | 5.17.16 |
| SHARP FINANCIAL LLC | 428 GEORGETOWN AVENUE | VENTURA | CA | 93003 | 5.17.16 |
| PREMIUM CAPITAL LLC | 428 GEORGETOWN AVENUE | VENTURA | CA | 93003 | 5.17.16 |
| BENEFICIAL FINANCIAL SERVICES | 428 GEORGETOWN AVENUE | VENTURA | CA | 93003 | 6.24.16 |
| NORTH PARK INVESTMENTS LLC | 303 GORRION AVENUE | VENTURA | CA | 93004 | 3.15.17 |

| UPSCALE FINANCIAL LLC | 303 GORRION AVENUE | VENTURA | CA | 93004 | 5.17.16 |
|---|---|---|---|---|---|
| SHARP FINANCIAL LLC | 303 GORRION AVENUE | VENTURA | CA | 93004 | 5.17.16 |
| PREMIUM CAPITAL LLC | 303 GORRION AVENUE | VENTURA | CA | 93004 | 5.17.16 |
| BENEFICIAL FINANCIAL SERVICES | 303 GORRION AVENUE | VENTURA | CA | 93004 | 6.24.16 |
| UPSCALE FINANCIAL LLC | 1130 N EDISON STREET | STOCKTON | CA | 95203 | 2.15.17 |
| REFRESHING RESOURCES LLC | 1130 N EDISON STREET | STOCKTON | CA | 95203 | 6.15.17 |
| NORTH PARK INVESTMENTS LLC | 1130 N EDISON STREET | STOCKTON | CA | 95203 | 12.12.16 |
| REFRESHING RESOURCES LLC | 185 LINDEN AVENUE | SAN BRUNO | CA | 94066 | 6.19.17 |
| SHARP FINANCIAL LLC | 185 LINDEN AVENUE | SAN BRUNO | CA | 94066 | 8.1.16 |
| NORTH PARK INVESTMENTS LLC | 185 LINDEN AVENUE | SAN BRUNO | CA | 94066 | 12.12.16 |
| PREMIUM CAPITAL LLC | 185 LINDEN AVENUE | SAN BRUNO | CA | 94066 | 8.1.16 |
| BENEFICIAL FINANCIAL SERVICES | 185 LINDEN AVENUE | SAN BRUNO | CA | 94066 | 7.29.16 |
| UPSCALE FINANCIAL LLC | 185 LINDEN AVENUE | SAN BRUNO | CA | 94066 | 2.16.17 |
| NORTH PARK INVESTMENTS LLC | 1622 JANELLE LANE | SANTA MARIA | CA | 93458 | 12.16.16 |
| UPSCALE FINANCIAL LLC | 1622 JANELLE LANE | SANTA MARIA | CA | 93458 | 7.8.16 |
| SHARP FINANCIAL LLC | 1622 JANELLE LANE | SANTA MARIA | CA | 93458 | 7.8.16 |
| PREMIUM CAPITAL LLC | 1622 JANELLE LANE | SANTA MARIA | CA | 93458 | 7.8.16 |
| BENEFICIAL FINANCIAL SERVICES | 1622 JANELLE LANE | SANTA MARIA | CA | 93458 | 7.8.16 |
| UPSCALE FINANCIAL LLC | 124 ILLINOIS STREET | VALLEJO | CA | 94590 | 2.16.17 |
| NORTH PARK INVESTMENTS LLC | 124 ILLINOIS STREET | VALLEJO | CA | 94590 | 12.13.16 |
| REFRESHING RESOURCES LLC | 124 ILLINOIS STREET | VALLEJO | CA | 94590 | 6.15.17 |
| PREMIUM CAPITAL LLC | 1421 FRANKLIN STREET SE | GRAND RAPIDS | MI | 49506 | 11.22.16 |
| NORTH PARK INVESTMENTS LLC | 1421 FRANKLIN STREET SE | GRAND RAPIDS | MI | 49506 | 11.22.16 |
| UPSCALE FINANCIAL LLC | 1421 FRANKLIN STREET SE | GRAND RAPIDS | MI | 49506 | 2.11.17 |
| NORTH PARK INVESTMENTS LLC | 3217 ACALANES AVENUE | LAFAYETTE | CA | 94549 | 1.24.17 |
| UPSCALE FINANCIAL LLC | 3217 ACALANES AVENUE | LAFAYETTE | CA | 94549 | 6.17.16 |
| SHARP FINANCIAL LLC | 3217 ACALANES AVENUE | LAFAYETTE | CA | 94549 | 6.17.16 |
| PREMIUM CAPITAL LLC | 3217 ACALANES AVENUE | LAFAYETTE | CA | 94549 | 6.17.16 |
| BENEFICIAL FINANCIAL SERVICES | 3217 ACALANES AVENUE | LAFAYETTE | CA | 94549 | 6.17.16 |
| SHARP FINANCIAL LLC | 7394 N MERIDIAN ROAD | VACAVILLE | CA | 95688 | 6.28.17 |
| REFRESHING RESOURCES LLC | 7394 N MERIDIAN ROAD | VACAVILLE | CA | 95688 | 6.15.17 |
| PREMIUM CAPITAL LLC | 7394 N MERIDIAN ROAD | VACAVILLE | CA | 95688 | 10.11.16 |
| UPSCALE FINANCIAL LLC | 7394 N MERIDIAN ROAD | VACAVILLE | CA | 95688 | 2.16.17 |
| NORTH PARK INVESTMENTS LLC | 7394 N MERIDIAN ROAD | VACAVILLE | CA | 95688 | 12.13.16 |
| NORTH PARK INVESTMENTS LLC | 102 SONORA COURT | OAKLEY | CA | 94561 | 1.24.17 |
| UPSCALE FINANCIAL LLC | 102 SONORA COURT | OAKLEY | CA | 94561 | 2.16.17 |
| NORTH PARK INVESTMENTS LLC | 716 SPRUCE STREET | BOULDER | CO | 80302 | 12.20.16 |
| UPSCALE FINANCIAL LLC | 716 SPRUCE STREET | BOULDER | CO | 80302 | 6.16.16 |
| SHARP FINANCIAL LLC | 716 SPRUCE STREET | BOULDER | CO | 80302 | 6.16.16 |
| PREMIUM CAPITAL LLC | 716 SPRUCE STREET | BOULDER | CO | 80302 | 6.16.16 |
| BENEFICIAL FINANCIAL SERVICES | 716 SPRUCE STREET | BOULDER | CO | 80302 | 6.16.16 |
| BENEFICIAL FINANCIAL SERVICES | 9092 CHIANTI CIRCLE | STOCKTON | CA | 95212 | 6.23.16 |
| UPSCALE FINANCIAL LLC | 9092 CHIANTI CIRCLE | STOCKTON | CA | 95212 | 5.17.16 |
| SHARP FINANCIAL LLC | 9092 CHIANTI CIRCLE | STOCKTON | CA | 95212 | 5.17.16 |
| PREMIUM CAPITAL LLC | 9092 CHIANTI CIRCLE | STOCKTON | CA | 95212 | 5.17.16 |
| NORTH PARK INVESTMENTS LLC | 9092 CHIANTI CIRCLE | STOCKTON | CA | 95212 | 1.24.17 |
| NORTH PARK INVESTMENTS LLC | 44300 LIGHTHOUSE ROAD | POINT ARENA | CA | 94568 | 2.1.17 |
| BENEFICIAL FINANCIAL SERVICES | 44300 LIGHTHOUSE ROAD | POINT ARENA | CA | 94568 | 2.1.17 |
| REFRESHING RESOURCES LLC | 44300 LIGHTHOUSE ROAD | POINT ARENA | CA | 94568 | 6.15.17 |
| UPSCALE FINANCIAL LLC | 44300 LIGHTHOUSE ROAD | POINT ARENA | CA | 94568 | 2.1.17 |
| REFRESHING RESOURCES LLC | 9651 MACCOOL LANE | SANTEE | CA | 92071 | 6.26.17 |
| UPSCALE FINANCIAL LLC | 9651 MACCOOL LANE | SANTEE | CA | 92071 | 5.24.16 |
| SHARP FINANCIAL LLC | 9651 MACCOOL LANE | SANTEE | CA | 92071 | 5.24.16 |
| PREMIUM CAPITAL LLC | 9651 MACCOOL LANE | SANTEE | CA | 92071 | 5.24.16 |
| BENEFICIAL FINANCIAL SERVICES | 9651 MACCOOL LANE | SANTEE | CA | 92071 | 6.21.16 |
| NORTH PARK INVESTMENTS LLC | 9651 MACCOOL LANE | SANTEE | CA | 92071 | 2.14.17 |
| NORTH PARK INVESTMENTS LLC | 4916 SAINT ANDREWS DRIVE | STOCKTON | CA | 95219 | 1.24.17 |
| BENEFICIAL FINANCIAL SERVICES | 4916 SAINT ANDREWS DRIVE | STOCKTON | CA | 95219 | 6.23.16 |
| UPSCALE FINANCIAL LLC | 4916 SAINT ANDREWS DRIVE | STOCKTON | CA | 95219 | 5.13.16 |
| SHARP FINANCIAL LLC | 4916 SAINT ANDREWS DRIVE | STOCKTON | CA | 95219 | 5.13.16 |
| PREMIUM CAPITAL LLC | 4916 SAINT ANDREWS DRIVE | STOCKTON | CA | 95219 | 5.13.16 |
| REFRESHING RESOURCES LLC | 4916 SAINT ANDREWS DRIVE | STOCKTON | CA | 95219 | 6.15.17 |
| NORTH PARK INVESTMENTS LLC | 4916 SAINT ANDREWS DRIVE | STOCKTON | CA | 95219 | 1.24.17 |
| UPSCALE FINANCIAL LLC | 4525-4527 LINCOLN WAY | SAN FRANCISCO | CA | 94122 | 6.2.16 |
| SHARP FINANCIAL LLC | 4525-4527 LINCOLN WAY | SAN FRANCISCO | CA | 94122 | 6.2.16 |
| PREMIUM CAPITAL LLC | 4525-4527 LINCOLN WAY | SAN FRANCISCO | CA | 94122 | 6.2.16 |
| BENEFICIAL FINANCIAL SERVICES | 4525-4527 LINCOLN WAY | SAN FRANCISCO | CA | 94122 | 6.23.16 |
| NORTH PARK INVESTMENTS LLC | 4525-4527 LINCOLN WAY | SAN FRANCISCO | CA | 94122 | 12.12.16 |
| NORTH PARK INVESTMENTS LLC | 4129 S CONKLIN ROAD | GREENACRES | WA | 99016 | 12.19.16 |
| UPSCALE FINANCIAL LLC | 4129 S CONKLIN ROAD | GREENACRES | WA | 99016 | 7.1.16 |

DEEDS OF TRUST

| SHARP FINANCIAL LLC | 4129 S CONKLIN ROAD | GREENACRES | WA | 99016 | 7.1.16 |
|---|---|---|---|---|---|
| PREMIUM CAPITAL LLC | 4129 S CONKLIN ROAD | GREENACRES | WA | 99016 | 7.1.16 |
| BENEFICIAL FINANCIAL SERVICES | 4129 S CONKLIN ROAD | GREENACRES | WA | 99016 | 7.1.16 |
| NORTH PARK INVESTMENTS LLC | 24604 E MAXWELL LANE | LIBERTY LAKE | WA | 99019 | 12.19.16 |
| UPSCALE FINANCIAL LLC | 24604 E MAXWELL LANE | LIBERTY LAKE | WA | 99019 | 2.21.17 |
| UPSCALE FINANCIAL LLC | 1422 HEMLOCK AVENUE | IMPERIAL BEACH | CA | 91932 | 2.14.17 |
| NORTH PARK INVESTMENTS LLC | 1422 HEMLOCK AVENUE | IMPERIAL BEACH | CA | 91932 | 12.29.16 |
| UPSCALE FINANCIAL LLC | 543 E MIDLAKE DRIVE | DRAPER | UT | 84020 | 6.30.16 |
| SHARP FINANCIAL LLC | 543 E MIDLAKE DRIVE | DRAPER | UT | 84020 | 6.30.16 |
| PREMIUM CAPITAL LLC | 543 E MIDLAKE DRIVE | DRAPER | UT | 84020 | 6.30.16 |
| BENEFICIAL FINANCIAL SERVICES | 543 E MIDLAKE DRIVE | DRAPER | UT | 84020 | 6.30.16 |
| UPSCALE FINANCIAL LLC | 306 W OAK STREET | OJAI | CA | 93023 | 6.24.16 |
| SHARP FINANCIAL LLC | 306 W OAK STREET | OJAI | CA | 93023 | 6.24.16 |
| PREMIUM CAPITAL LLC | 306 W OAK STREET | OJAI | CA | 93023 | 6.24.16 |
| BENEFICIAL FINANCIAL SERVICES | 306 W OAK STREET | OJAI | CA | 93023 | 6.24.16 |
| REFRESHING RESOURCES LLC | 306 W OAK STREET | OJAI | CA | 93023 | 6.14.17 |
| NORTH PARK INVESTMENTS LLC | 306 W OAK STREET | OJAI | CA | 93023 | 1.30.17 |
| UPSCALE FINANCIAL LLC | 1102 PENNIMAN DRIVE | EL DORADO HILLS | CA | 95762 | 7.7.16 |
| SHARP FINANCIAL LLC | 1102 PENNIMAN DRIVE | EL DORADO HILLS | CA | 95762 | 7.7.16 |
| PREMIUM CAPITAL LLC | 1102 PENNIMAN DRIVE | EL DORADO HILLS | CA | 95762 | 7.7.16 |
| BENEFICIAL FINANCIAL SERVICES | 1102 PENNIMAN DRIVE | EL DORADO HILLS | CA | 95762 | 7.7.16 |
| REFRESHING RESOURCES LLC | 1102 PENNIMAN DRIVE | EL DORADO HILLS | CA | 95762 | 6.16.17 |
| NORTH PARK INVESTMENTS LLC | 1102 PENNIMAN DRIVE | EL DORADO HILLS | CA | 95762 | 12.13.16 |
| NORTH PARK INVESTMENTS LLC | 747 STURBRIDGE DRIVE | FOLSOM | CA | 95630 | 1.24.17 |
| UPSCALE FINANCIAL LLC | 747 STURBRIDGE DRIVE | FOLSOM | CA | 95630 | 5.13.16 |
| SHARP FINANCIAL LLC | 747 STURBRIDGE DRIVE | FOLSOM | CA | 95630 | 5.13.16 |
| PREMIUM CAPITAL LLC | 747 STURBRIDGE DRIVE | FOLSOM | CA | 95630 | 5.13.16 |
| REFRESHING RESOURCES LLC | 747 STURBRIDGE DRIVE | FOLSOM | CA | 95630 | 6.16.17 |
| BENEFICIAL FINANCIAL SERVICES | 747 STURBRIDGE DRIVE | FOLSOM | CA | 95630 | 6.23.16 |

ALLEGED FORECLOSURES

| Original Creditor | Address | Property Address | City | State | Zip | County | TDUS | Prop FMV |
|---|---|---|---|---|---|---|---|---|
| MIT LENDING | 33 MAIDEN LANE, 6TH FLR, NEW YORK NY 10038 | 2015 Cedar Street | Ramona | CA | 92065 | San Diego | 5.3.17 | $ 584,727.00 |
| WORLD SAVINGS BANK, FSB, ITS SUCCESSORS AND/OR ASSIGNEES | 1901 HARRISON STREET, OAKLAND, CA 94612 | 3943 Upton Court | Stockton | CA | 95206 | San Joaquin | 4.27.17 | $ 353,543.00 |
| ACCUBANC MORTGAGE A DIVISION OF NATIONAL CITY BANK OF INDIANA | 3232 NEWMARK DRIVE/MIAMISBURG, OH 45342 | 8769 Hillery Drive | San Diego | CA | 92126 | San Diego | 11.14.16 | $ 569,368.00 |
| COUNTRYWIDE BANK FSB | 1199 NORTH FAIRFAX ST, STE 500, ALEXANDRIA, VA 22314 | 6020 Heatherton Drive | Somis | CA | 93066 | Ventura | 9.7.16 | $ 990,993.00 |
| AFFILIATED FUNDING CORPORATION | 5 HUTTON CENTER DRIVE STE 1100, SANTA ANA, CA 92707 | 303 Gormon Avenue | Ventura | CA | 93004 | Ventura | 5.4.17 | $ 511,127.00 |
| WASHINGTON MUTUAL BANK, FA | 400 EAST MAIN STREET, STOCKTON, CA 95290 | 716 Spruce Street | Boulder | CO | 80302 | Boulder | 8.2.17 | $ 1,458,519.00 |
| WASHINGTON MUTUAL BANK | 1400 SOUTH DOUGLASS ROAD, STE 100, ANAHEIM, CA 92806 | 44300 Lighthouse Road | Point Arena | CA | 95468 | Mendocino | 11.4.16 | $ 793,507.00 |
| SBMC MORTGAGE | 14761 CALIFA STREET, VAN NUYS, CA 91411 | 485 La Costa Avenue | Encinitas | CA | 92024 | San Diego | 11.28.16 | $ 1,075,120.00 |
| WORLD SAVINGS BANK, FSB, ITS SUCCESSORS AND/OR ASSIGNEES | 1901 HARRISON STREET, OAKLAND, CA 94612 | 4129 S. Conklin Road | Greenacres | WA | 99016 | Spokane | 6.9.17 | $ 523,151.00 |
| GREEN POINT MORTGAGE FUNDING, INC | 100 WOOD HOLLOW DRIVE, NOVATO, CA 94945 | 1422 Hemlock Avenue | Imperial Beach | CA | 91932 | San Diego | 12.30.16 | $ 472,682.00 |
| COUNTRYWIDE BANK, NA | 1199 NORTH FAIRFAX ST STE 500, ALEXANDRIA VA 22314 | 306 W Oak Street | Ojai | CA | 93023 | Ventura | 11.17.16 | $ 505,393.00 |
| WORLD SAVINGS BANK, FSB, ITS SUCCESSORS AND/OR ASSIGNEES | 1901 HARRISON STREET, OAKLAND, CA 94612 | 1102 Pennman Drive | El Dorado Hills | CA | 95762 | El Dorado | 6.1.17 | $ 561,951.00 |
| TOTAL | | | | | | | | $ 8,400,081.00 |

THE DEBTOR DISPUTES THE VALIDITY OF ANY FORECLOSURES ON PROPERTY IN WHICH THE DEBTOR HAD AN INTEREST, BECAUSE, AMONG OTHER THINGS, THE DEBTOR DISPUTES THE VALIDITY OF THE UNDERLYING ALLEGED SECURED CLAIM AND/OR TRUST DEED OF THE FORECLOSING CREDITOR

EXHIBIT SOFA 5

GVF PLAINTIFF

| Case Title | Case Number | Nature of Case | Court Name — SUPERIOR COURT OF CALIFORNIA | Status | Writ Issued | |
|---|---|---|---|---|---|---|
| GVF v BORHONUS | 37-2016-00035501-CL-UD-CTL | UNLAWFUL DETAINER | COUNTY OF SAN DIEGO CENTRAL COURTHOUSE | POST JUDGMENT | 3.6.17 | UNSATISFIED |
| GVF v BURNS | 16UDL00353 | UNLAWFUL DETAINER | COUNTY OF SAN MATEO, SOUTHERN BRANCH | ACTIVE | | JUDGMENT & WRIT VACATED 12.12.16 |
| GVF v CHEUNG | HG16839883 | UNLAWFUL DETAINER | COUNTY OF ALAMEDA, HAYWARD HALL OF JUSTICE | POST JUDGMENT | 3.15.17 | UNSATISFIED |
| GVF v FUHRMANN | 16-CV-9836 | UNLAWFUL DETAINER | COUNTY OF AMADOR, JACKSON BRANCH | CLOSED | 11.10.16 | UNSATISFIED |
| GVF v GREEN | 37-2017-00000041-CL-UD-CTL | UNLAWFUL DETAINER | COUNTY OF SAN DIEGO CENTRAL COURTHOUSE | POST JUDGMENT | 1.18.17 | WRIT VACATED RULING FOR PNC BANK |
| GVF v GRIFFITH | 56-2016-00487161-CL-UD-VTA | UNLAWFUL DETAINER | COUNTY OF VENTURA, VENTURA HALL OF JUSTICE | POST JUDGMENT | 11.14.16 | CASE REASSIGNED TO D22 EFFECTIVE 2.11.17 |
| GVF v HANES | STK-CV-UDR-2016-11483 | UNLAWFUL DETAINER | COUNTY OF SAN JOAQUIN, STOCKTON COURTHOUSE | DISPOSED | 12.12.16 | UNSATISFIED |
| GVF v HO | 161D L0054 | UNLAWFUL DETAINER | COUNTY OF SAN MATEO, SOUTHERN BRANCH | ACTIVE | 12.27.16 | UNSATISFIED |
| GVF v LAM | FCM152436 | UNLAWFUL DETAINER | COUNTY OF SOLANO, OLD SOLANO COURTHOUSE | VACATE-VACATED | 1.19.17 | UNSATISFIED |
| GVF v LEUNG | MS16-0606 | UNLAWFUL DETAINER | COUNTY OF CONTRA COSTA, WAKEFIELD TAYLOR COURTHOUSE | VACATED | 10.19.16 | UNSATISFIED |
| GVF v LOHSE | FCM152435 | UNLAWFUL DETAINER | COUNTY OF SOLANO, OLD SOLANO COURTHOUSE | VACATE-VACATED | 1.19.17 | UNSATISFIED |
| GVF v PHON | STK-CV-UDR-2016-10031 | UNLAWFUL DETAINER | COUNTY OF SAN JOAQUIN, STOCKTON COURTHOUSE | DISPOSED | 11.7.16 | UNSATISFIED |
| GVF v ROBERTS | MCUK-CVUD-16-13354 | UNLAWFUL DETAINER | COUNTY OF MENDOCINO, MAIN COURTHOUSE | LEVIED EVICTION 4.3.17 | 2.27.17 | |
| GVF v JACOBS | 37-2016-00030448-CL-UD-CTL | UNLAWFUL DETAINER | COUNTY OF SAN DIEGO CENTRAL COURTHOUSE | POST JUDGMENT | 9.22.16 | UNSATISFIED |
| GVF v SOMERVILLE | STK-CV-UDR-2016-10030 | UNLAWFUL DETAINER | COUNTY OF SAN JOAQUIN, STOCKTON COURTHOUSE | DISPOSED | 11.21.16 | UNSATISFIED |
| GVF v TAN | CUD-16-657104 | UNLAWFUL DETAINER | COUNTY OF SAN FRANCISCO, CIVIC CENTER COURTHOUSE | | 1.3.17 | UNSATISFIED |
| GVF v CRAWLEY | 37-2017-00000034-CL-UD-CTL | UNLAWFUL DETAINER | COUNTY OF SAN DIEGO CENTRAL COURTHOUSE | | | |
| GVF v VEGA | 56-2016-00487934-CL-UD-VTA | UNLAWFUL DETAINER | COUNTY OF VENTURA, VENTURA HALL OF JUSTICE | POST JUDGMENT | 11.14.16 | LEVIED EVICTION 5.19.17 CANCELLED  WRIT RECALLED |
| GVF v WADHWA | PCU20160268 | UNLAWFUL DETAINER | COUNTY OF EL DORADO, CAMERON PARK BRANCH | POST JUDGMENT | 11.4.16 | UNSATISFIED |
| GVF v WADHWA | 161D05996 | UNLAWFUL DETAINER | COUNTY OF SACRAMENTO, CAROL MILLER JUSTICE CENTER | LEVIED EVICTION 4.3.17 | 11.4.16 | UNSATISFIED |

EXHIBIT SOFA 7

GVF DEFENDANT

| Case Title | Case Number | Nature of Case | Court Name SUPERIOR COURT OF CALIFORNIA: | Status |
|---|---|---|---|---|
| BROOKSIDE GOLF COMMUNITY ASSOC v GVF et. al | STK-CV-UOCT-2016-12846 | JUDICIAL FORECLOSURE | COUNTY OF SAN JOAQUIN, STOCKTON COURTHOUSE | 3 6 17 |
| FERREYRA, CORNELISON v VEGA, GVF | 56-2017-00495920-CLI-UD-VTA | UNLAWFUL DETAINER | COUNTY OF VENTURA, VENTURA, HALL OF JUSTICE | DISMISSED W/O PREJUDICE POST JUDGMENT |
| RENOVATION RESOLUTIONS LLC v GVF et al | 16-CIV-02705 | QUIET TITLE, SLANDER OF TITLE, TRESPASS TO LAND, ABUSE OF PROCESS | COUNTY OF SAN MATEO, NORTHERN BRANCH | ACTIVE FOR PLAINTIFF $2040 |
| CAM XI TRUST v GRIFFITH, GVF | 56-2016-00486872-CL-UD-VTA | UNLAWFUL DETAINER | COUNTY OF VENTURA, VENTURA, HALL OF JUSTICE | |
| AKA CONSULTING v WADHWA, GVF | PCU201601 90 | UNLAWFUL DETAINER | COUNTY OF EL DORADO, CAMERON PARK COURT | |
| CHRISTIAN TRUST v WADHWA, GVF | 16UD05677 | UNLAWFUL DETAINER | COUNTY OF SACRAMENTO, CAROL MILLER JUSTICE CENTER | |
| PNC BANK v GVF | 37-2017-00035990-CU-OR-CTL | LIS PENDENS | COUNTY OF SAN DIEGO, CENTRAL | PENDING |
| ...G v TRIDENT FINANCIAL, GVF et al | CIVMSC16-01641 | LIS PENDENS | COUNTY OF CONTRA COSTA, WAKEFIELD TAYLOR COURTHOUSE | ACTIVE |

EXHIBIT SOFA 7

| Debtor | **Grand View Financial LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any transfers of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene, Neale, Bender, Yoo & Brill 1250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067** | | **7/24/2017** | **$100,000.00** |
| | **Email or website address lnbyb.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Law Offices: Al West 700 N. Pacific Coast Hwy # 201 Redondo Beach, CA 90277** | | **4/6/17 - $35,000 4/11/17 - $15,000** | **$50,000.00** |
| | **Email or website address** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Grand View Financial LLC** | | Case number *(if known)* | |

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

**Address**                                                             **Dates of occupancy**
                                                                        **From-To**

14.1.  **1712 PIONEER AVENUE STE 500**                                  **Formation of Debtor - Present**
       **Cheyenne, WY 82001**

---

**Part 8:    Health Care Bankruptcies**

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |

---

**Part 9:    Personally Identifiable Information**

### 16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |

### 19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| **Depository institution name and address** | **Names of anyone with access to it Address** | **Description of the contents** | **Do you still have it?** |

| Debtor   **Grand View Financial LLC** | | Case number *(if known)* | |
|---|---|---|---|

#### 20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Do you still have it?** |
|---|---|---|---|

---

Part 11:   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

#### 21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

Part 12:   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■ No.
  □ Yes. Provide details below.

| **Case title** | **Court or agency name and address** | **Nature of the case** | **Status of case** |
|---|---|---|---|
| **Case number** | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  □ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  □ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

---

Part 13:   **Details About the Debtor's Business or Connections to Any Business**

#### 25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Grand View Financial LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| **Business name address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Steve Rogers**<br>**7 W 41ST AVENUE #248**<br>**San Mateo, CA 94403** | **Formation of Debtor**<br>**- Present** |
| 26a.2. | **Patrick Camuso, CPA**<br>**Camuso CPA PLLC**<br>**PO Box 9212**<br>**Charlotte, NC 28299** | **Formation of Debtor**<br>**- Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **Steve Rogers**<br>**7 W 41ST AVENUE #248**<br>**San Mateo, CA 94403** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steve Rogers** | **7 W 41ST AVENUE #248**<br>**San Mateo, CA 94403** | **Managing Member, Vice President** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rob Sedlar** | **5173 WARING ROAD, #117**<br>**San Diego, CA 92120** | **President** | **0%** |

Debtor   **Grand View Financial LLC**                                          Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■   No
☐   Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■   No
☐   Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■   No
☐   Yes. Identify below.

Name of the parent corporation                                          Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■   No
☐   Yes. Identify below.

Name of the parent corporation                                          Employer Identification number of the parent corporation

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 17, 2017**

/s/ Steve Rogers                                          Steve Rogers
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **Grand View Financial LLC**                                              Case No.

                                                    Debtor(s)          Chapter      **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................................................  $ **100,000.00***

    Prior to the filing of this statement I have received ............................................................  $ **100,000.00***

    Balance Due ....................................................................................................................  $ **0.00***

2.  $ **1,717.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Matters which are outside of LNBYB's specialization.**


    **\* Retainer and filing fee only.  Any unpaid balance to be paid by the Debtor or the estate.**

In re    **Grand View Financial LLC**                                    Case No. _____

_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 17, 2017**                                **/s/ Todd M. Arnold**
*Date*                                             **Todd M. Arnold 221868**
                                                   *Signature of Attorney*
                                                   **Levene, Neale, Bender, Yoo & Brill LLP**
                                                   **10250 Constellation Blvd.**
                                                   **Suite 1700**
                                                   **Los Angeles, CA 90067**
                                                   **(310) 229-1234**
                                                   *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Todd M. Arnold**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: 221868 | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>     **Grand View Financial LLC** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br>Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __10__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 17, 2017**                               **/s/ Steve Rogers**
_____                        _____
                                                        Sigantuare of Debtor 1

Date: _____                  _____
                                                        Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____                  _____
                                                        Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                      **F 1007-1.MAILING.LIST.VERIFICATION**

Grand View Financial LLC
6601 Center Drive West
Suite 500-8354
Los Angeles, CA 90045

Todd M. Arnold
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Accubbanc Mortgage a Div. of
City Bank of Indiana
3232 Newmark Drive
Miamisburg, OH 45342

Affiliated Funding Corporation
5 Hutton Center Drive, Suite 1100
Santa Ana, CA 92707

Amador County Tax Collector
810 Court Street
Jackson, CA 95642-2132

America's Wholesale Lender
4500 Park Granada
Calabasas, CA 91302-1613

American Mortgage Network
POB 85463
San Diego, CA 92186

Angela Leung
3217 Acalanes Avenue
Lafayette, CA 94549-3206

Aztec Foreclosure Corporation
949 South Coast Drive
Costa Mesa, CA 92626


Bank of America
10850 White Rock Road, 1st Fl.
Rancho Cordova, CA 95670


Bank of America
1800 Tapo Canyon Road
Simi Valley, CA 93063-6712


Bank of America
P.O. Box 15726
Wilmington, DE 19850


BSI Financial
314 S. Franklin St.
Titusville, PA 16354-2168


Caliber Home Loans
P.O. Box 509063
Dallas, TX 75261


Central Pacific Mortgage Co.
950 Iron Point Road, Ste 200
Folsom, CA 95630


Chase
P.O. Box 183222
Columbus, OH 43218-3222

City of Grand Rapids
Treasurer
300 Monroe Ave. NW
Grand Rapids, MI 49503-2296


Clear Recon Corporation
4375 Jutland Drive #200
San Diego, CA 92117-3600


Community Lending Incorporated
640 Jarvis Drive, Suite 200
Morgan Hill, CA 95037


Contra Costa Tax Collector
625 Court Street, RM 100
Martinez, CA 94553


Countrywide
P.O. Box 10219
Van Nuys, CA 91410-0219


Countrywide Bank FSB
1199 North Fairfax St., Ste 500
Alexandria, VA 22314


Countrywide Home Loans, Inc.
4500 Park Granada, MSN#SVB-314
Calabasas, CA 91302


Daniel Golden
21360 Crestwind Drive
San Marcos, CA 92078-5000

Darren & Dana Ladd
38303 Kearsarge Mill Road
Alta, CA 95715


David & Leah Manaoat
102 Sonora Court
Oakley, CA 94561-3953


Deutsche Bank National Trust Company
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607


E. Greg Somerville
4916 Saint Andrews Drive
Stockton, CA 95219-1917


El Dorado County
Treasurer-Tax Collector
360 Fair Lane
Placerville, CA 95667


Ellen & Clyde Davenport
5555 Thayer Lane
San Ramon, CA 94582-3067


Federal Home Loan Mortgage
8200 Jones Branch Drive
Mclean, VA 22102-3107


Federal National Mortgage Association
14221 Dallas Parkway, Suite 1000
Dallas, TX 75254-2946

First Magnus Financial Corp.
603 North Wilmot Road
Tucson, AZ 85711

First Metropolitan Funding Corp.
7136 Haskell Avenue
Suite 205
Van Nuys, CA 91406

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639

Frank & Susan Tombarelli
24604 E Maxwell Lane
Liberty Lake, WA 99019-8543

Frankie Cheung
1765 Valdez Way
Fremont, CA 94539-3662

Gary & Johanna Lohse
7394 N Meridian Road
Vacaville, CA 95688-9607

Gerald & Bardel Belford
5734 Marvon Road
East Jordan, ML 49727-9051

Green Point Mortgage Funding
1901 East Voorhees, Suite C
Danville, IL 61834

Harold Fuhrmann
1953 Village Court
Ione, CA 95640-9800


Heather Hartig
324 Manor Drive
Pacifica, CA 94044


Homecoming Financial Network, Inc.
4350 Von Karman Ave, # 100
Newport Beach, CA 92660


Homecoming Financial Network, Inc.
4350 Von Karman Ave. #100
Newport Beach, CA 92660


HSBC Mortgage Corp.
2929 Walden Avenue
Depew, NY 14043


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


Jamael Dudley & Traci Harris
3943 Upton Court
Stockton, CA 95206-6088


James Roohan
485 La Costa Avenue
Encinitas, CA 92024-1114

James Yocum
3417 Danner Circle
Birmingham, AL 35243

Jefferson County
Treasurer & Tax Collector
716 Richard Arrington Jr. Blvd. N
Birmingham, AL 35203

John & Sonja Tombarelli
4129 South Conklin Road
Greenacres, WA 99016-9789

JP Morgan Chase, N.A.
7720 16th Street, #300
Phoenix, AZ 85020-7404

Kootenai County Treasurer
451 Government Way
Coeur D Alene, ID 83814

Law Offices: Al West
700 N. Pacific Coast Hwy # 201
Redondo Beach, CA 90277

Lehman Brothers
400 Professional Drive
Gaithersburg, MD 20879

Lehman Brothers Bank, FSD
3400 118th Street SW #285
Lynnwood, WA 98037

Leslie Edwards
17287 W. Summerfield Road
Post Falls, ID 83854


Lorraine Moller
2525 Arapahoe, Suite 500
Boulder, CO 80302-6720


Marc & Michelle Griffith
6020 Heatherton Drive
Somis, CA 93066-9611


Marcus Green
8769 Hillery Drive
San Diego, CA 92126-2860


Maritza Luz Vega
306 West Oak Street
Ojai, CA 93023-2555


MIT Lending
33 Maiden Lane
New York, NY 10038


Monica Lam
124 Illinois Street
Vallejo, CA 94590-3854


Mortgageit, Inc.
33 Maiden Lane
New York, NY 10038

Nations Direct Mortgage LLC
18200 Von Karman, Suite 250
Irvine, CA 92612

Nationstar Mortgage
Customer Service
350 Highland Drive
Lewisville, TX 75067

Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067

OCWEN Loan Servicing
P.O. Box 24738
West Palm Beach, FL 33416-4738

Ocwen Loan Servicing
3451 Hammond Venue
Waterloo, IA 50702-5345

Patrick Camuso, CPA
Camuso CPA PLLC
PO Box 9212
Charlotte, NC 28299

Placer County Tax Collector
2976 Richardson Dr.
Auburn, CA 95603

Premium Capital Funding LLC, dba
Topdot Mortgage
125 Jericho Turnpike
Jericho, NY 11753

Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101-2108

Rachael Lenau
1421 Franklin Street SE
Grand Rapids, MI 49506-3329

Rajiv & Gina Wadhwa
1102 Penniman Drive
EI Dorado Hills, CA 95762-5211

Raymond & Cheryl Gutierrez
303 Gorrion Avenue
Ventura, CA 93004-1330

Raymond & Cheryl Gutierrez
428 Georgetown Avenue
Ventura, CA 93003-2124

Renasant Bank
600 Century Park South, Ste 200
Birmingham, AL 35226

Richard Guriel
733 Beyer Way
San Diego, CA 92154-2268

Robert & Pamela Gabriel
18 Sherman Avenue
Greenwich, CT 06830-6046

Robert & Pamela Gabriel
21 Richmond Hill Road
Greenwich, CT 06831-2525

Robert & Pamela Gabriel
3 Sayles Street
Greenwich, CT 06807-2142

Robert Borbonus
2015 Cedar Street
Ramona, CA 92065-1351

Robert Burns
690 Heather Court
Pacifica, CA 94044-2141

Robert Roberts & Timothy Brey
44300 Lighthouse Road
Point Arena, CA 95468

Robert Sedler
5173 WARING ROAD, #117
San Diego, CA 92120

Sacramento County Tax
Collection Division
700 H Street #1710
Sacramento, CA 95814

San Diego
Treasurer-Tax Collector
1600 Pacific Coast Hwy RM 162
San Diego, CA 92101

SAN DIEGO COUNTY
TREASURER-TAX COLLECTOR
1600 Pacific Coast Hwy
San Diego, CA 92101

San Francisco
Treasurer & Tax Collector
1 Dr Carlton B Goodlett Pl
San Francisco, CA 94102

San Joaquin County
Treasurer-Tax Collector
44 N. San Joaquin St., 1st FL, #150
Stockton, CA 95202

San Mateo County
Tax Collector
555 County Center
Redwood City, CA 94063

Santa Barbara
Treasurer - Tax Collector
POB 579
Santa Barbara, CA 93102-0579

Savon Phon
9092 Chianti Circle
Stocton, CA 95212-3816

SBMC Mortgage
14761 Califa St.
Van Nuys, CA 91411

SEE EXHIBIT SCHEDULE G


SEE EXHIBIT SCHEDULE H


Sharp Financial LLC
8939 S Sepulveda Bvld Suite 102
Los Angeles, CA 90045-3605


Shriley Hanes
1130 N Edison Street
Stockton, CA 95203-2319


Solano County
Treasurer - Tax Collector
675 Texas St., Suite 2700
Fairfield, CA 94533


Southstar Funding LLC
400 Northridge Road, Ste 1000
Atlanta, GA 30350


Spokane County Treasurer
1116 Broadway Ave.
Spokane, WA 99260


Stearns Lending Incorporated
4 Hutton Centre Drive
Suite 500
Santa Ana, CA 92707

Stella Tan
4525-4527 Lincoln Way
San Francisco, CA 94122-1128

Steven Ho
185 Linden Avenue
San Bruno, CA 94066-5407

Steven Vaughn
543 East Midlake Drive
Draper, UT 84020-7821

Sunil & L. Lori Wadhwa
747 Sturbridge Drive
Folsom, CA 95630-6166

Suntrust Mortgage, Inc.
901 Semmes Avenue
Richmond, VA 23224

Timothy Johnston
5115 Curtis Blvd
Port St John, FL 32927-3166

Trident Financial Group, Inc.
1001 Bay Hill Dr., Ste 108
San Bruno, CA 94066

Tyrone & Bobbi Jo Valkansas
1422 Hemlock Avenue
Imperial Beach, CA 91932-3808

Ventura County Tax Collector
800 South Victoria Ave
Ventura, CA 93009-1290

Ventura County Treasurer-Tax Collec
800 S. Victoria Ave.
Ventura, CA 93009

Washington Mutual Bank
2273 N. Valley Parkway, Ste 14
Henderson, NV 89014

Washington Mutual Bank
400 East Main St.
CA 95290

Washington Mutual Bank
1400 South Douglas Rd., Ste 100
Anaheim, CA 92806

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335

World Savings Bank
1901 Harrison Street
Oakland, CA 94612

World Savings Bank, FSB
1901 Harrison Street
Oakland, CA 94612

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Todd M. Arnold**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **221868** | FOR COURT USE ONLY |
|---|---|
| ☑ *Attorney for: Debtor and Debtor in Possession* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**Grand View Financial LLC**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11** |
|---|---|
| Plaintiff(s), | |
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  __Steve Rogers__ , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

---
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

 ☑ I am the president or other officer or an authorized agent of the Debtor corporation

 ☐ I am a party to an adversary proceeding

 ☐ I am a party to a contested matter

 ☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
       class of the corporation's(s') equity interests:
       *[For additional names, attach an addendum to this form.]*

 b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**August 17, 2017**                                     By:  **/s/ Steve Rogers**
Date                                                         Signature of Debtor, or attorney for Debtor

                                                       Name:  **Steve Rogers**
                                                             Printed name of Debtor, or attorney for
                                                             Debtor

---

December 2012                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos. State Bar No. & Email Address<br>**Todd M. Arnold**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**221868**<br><br>Attorney for: Debtor | CASE NO.:<br>CHAPTER: 11<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>   **Grand View Financial LLC**<br><br>                                    Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

| | | |
|---|---|---|
| ✓ | Petition, statement of affairs, schedules or lists | Date Filed: **August 17, 2017** |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Other *(specify)*: _____ | Date Filed: _____ |

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**August 17, 2017**
_____
Date:

_____
Signature (handwritten) of authorized signatory of Filing Party

**Steve Rogers**
_____
Printed name of authorized signatory of Filing Party

**Managing Member**
_____
Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part I - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

**August 17, 2017**
_____
Date:

_____
Signature (handwritten) of attorney for Filing Party

**Todd M. Arnold 221868**
_____
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December.2015                                                                                    F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL