1  Larry D. Webb Sbn 229344
   Law Offices of Larry Webb
2  484 Mobil; Suite 43
   Camarillo, Ca 93010
3  Phone 805 987 1400:
   Fax    805 987 2866
4  Email Webblaw@gmail.com
   Attorney for Interested Party STELLA TAN
5

**FILED & ENTERED**

**MAY 24 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

6

7           UNITED STATES BANKRUPTCY COURT          **CHANGES MADE BY COURT**
            CENTRAL DISTRICT OF CALIFORNIA
8                 LOS ANGELES DIVISION

9

10 | In re:                            | Chapter 11
11 |                                   |
   | Grand View Financial LLC          | Case No.  2:17-bk-20125-RK
12 |                                   |
   |         Debtor.                   | ORDER DENYING APPROVAL OF
13 |                                   | DEBTOR'S NOTICE OF LISTING OF REAL
   |                                   | PROPERTY LOCATED AT 4525-4527
14 |                                   | LINCOLN WAY, SAN FRANCISCO, CA
   |                                   | 94122
15 |                                   |
16 |                                   | Hearing:
   |                                   | Date:    May 22, 2018
17 |                                   | Time:    2:30 p.m.
   |                                   | Place:   Courtroom 1675
18 |                                   |          255 E Temple Street
   |                                   |          Los Angeles Ca 90012
19

20      On May 22, 2018 at 2:30 PM the Debtor's Notice of Listing of Real Property located at

21 4525-4527 Lincoln Way, San Francisco, CA 94122, which was opposed by Interested Party

22 Stella Tan, came on regular notice for hearing in Courtroom 1675 of the United States

23 Bankruptcy Court located at 255 East Temple Street, Los Angeles Ca 90012.  Larry Webb

24 appeared for Movant Stella Tan, Todd M. Arnold appeared for the debtor and debtor in

   possession, Grand View Financial LLC.

25 //

26

27

28 5/24/2018 8:55 AM

The Court having reviewed and considered the Notice of listing, Opposition, Notice of Hearing and Reply, denies approval of the notice of listing for the reasons stated in the opposition and as stated by the court on the record that the notice of listing, a precursor to sale of the property, is not a reasonable exercise of business judgment of the debtor in possession since title is in dispute in pending litigation before this court, and therefore, the court orders as follows:

THE COURT HEREBY ORDERS:

1. The Notice of Listing for sale of the Real Property located at 4525-4527 Lincoln Way, San Francisco, CA 94122 is disapproved.

2. Debtor may not list the Real Property located at 4525-4527 Lincoln Way, San Francisco, CA 94122 for sale until the litigation of the title dispute, Adversary Number 2:17-ap-01535-RK, is resolved by this court.

3. All real estate sale signage is ordered immediately removed from the real property located at 4525-4527 Lincoln Way, San Francisco, CA 94122.  Failure to immediately remove the sale signage may be deemed a contempt of court and may subject debtor and its agents to sanctions.

IT IS SO ORDERED.

###

Date: May 24, 2018

_____
Robert Kwan
United States Bankruptcy Judge