

**FILED**

**JUL 3 0 2018**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GRAND VIEW FINANCIAL, LLC,<br><br>        Debtor and Debtor in Possession. | Case No. 2:17-bk-20125-RK<br><br>Chapter 11<br><br>**CORRESPONDENCE FROM DARREN AND DANNA LADD RE: DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER:**<br>**(1) APPROVING THE SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITH THE EXCEPTION OF ENUMERATED EXCLUSIONS, SUBJECT TO OVERBID,**<br>**(2) FINDING THAT THE BUYER IS GOOD FAITH PURCHASER,**<br>**(3) APPROVING BIDDING PROCEDURES AND BREAK-UP FEE,**<br>**(4) AUTHORIZING AND APPROVING THE PAYMENT OF CERTAIN CLAIMS FROM SALE PROCEEDS, AND**<br>**(5) WAIVING THE FOURTEEN-DAY STAY PERIOD SET FORTH IN BANKRUPTCY RULE 6004(h)**<br><br>    <u>Hearing</u><br>    Date: August 7, 2018<br>    Time: 2:30 p.m.<br>    Place: Courtroom 1675 |

July 24,2018

The Honorable Robert Kwan

Your Honor,

I give you NOTICE of some relevant information since it concerns my property. 38303
Kearsarge Mill Rd., Alta, Ca., case # 2:17-bk-20125-RK, currently slated for Chapter 11 case
with Grandview Financial LLC.
We are the subjects named on the Note of the Foreclosure with the bank on the above named
property which we wish to address ourselves.
*We requested Grandview Financial LLC that we desired to leave the program as per our
agreement, when we first entered into the program. We have sent a cease and desist letter stating
thus so and demanded the return of the Deed to be returned to us. Exhibit 1.
*We have been contacted by the Federal Housing Authorities who indicated that Grandview
Financial LLC. program is fraudulent and which confirmed our wish to be released from the

program. Grandview Financial LLC has NOT complied with our wishes.
*We feel pressured and under threat and duress by Grandview Financial LLC by their
acquiescence and non-answer to our demand.
*We reserve our right to not continue with the sale. The Federal Housing Authority is still
actively investigation Grandview Financial LLC. It is not our desire to be connected with any
illegal activities.
* Grandview Financial LLC did advise us that we could discontinue the program at any time and
the Deed of Trust would accordingly be returned. If this was not the case, we would not have
knowingly, willingly and voluntarily agreed to be part of their program.
*There was no meeting of the minds and the agreement/contract is therefore broken.

Please, take this Notice in consideration.

Respectfully,

Darren & Danna Ladd

All Rights Reserved,

SEE ATTACHED
CALIFORNIA JURAT

# CALIFORNIA JURAT CERTIFICATE

> A notary or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of **CALIFORNIA**
County of **PLACER**

Subscribed and sworn to (or affirmed) before me on this

_28th_ day of _July_, 20_18_, by
Day              Month                      Year

(1)_Danna Ladd_
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,) (and

(2)_Darren Ladd_
Name of Signer

TERRI A. LOUIE
COMM. # 2150055
NOTARY PUBLIC - CALIFORNIA
SOLANO COUNTY
COMM. EXPIRES MAY 20, 2020

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

_Terri A. Louie_
Signature of Notary Public

Place Notary Seal Above

———————————— OPTIONAL ————————————
*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document*

**Description of Attached Document**

Title or Type of Document: _Affidavit_

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

July 04, 2018

TO GRAND VIEW FINANCIAL LLC
8939 S. SUPULVEDA BLVD.STE. 103
LOS ANGELES, CA 90045

DEAR STEVE ROGERS, RAMONA ACTURUS AND ANY RELATED AGENTS

PLEASE CONSIDER THIS NOTICE OF MY REQUEST FOR YOU AND YOUR AGENTS
AND COMPANY INCLUDING ALL RELATED ENTITIES TO CEASE AND DISIST WITH
YOUR PROGRAM AND MY INTEREST IN PROPERTY.

MY ATTORNEY AND ACCOUNTANT WILL BE WORKING ON THIS MATTER WITH ME
TO RECONCILE EACH PRIOR CALENDAR YEAR FOR IRS TAX REPORTING
PURPOSES.

PLEASE PROVIDE ME A STATEMENT 1099 I ALL PAYMENTS CREDITED TO MY
ACCOUNT TO DATE.

PLEASE RETURN NOTARIZED DEED TO US.

RESPECTFULLY

DARREN LADD
DANNA LADD

EXHIBIT 1

July 16,2018

Todd Arnold
C/O Grand View Financial LLC

Todd

    Yourself and all other agents of GV have neglected to acknowledge the 2 points in the letter previously sent to GV, Steve Rogers, Robert Sedlar. By this silence I/we accept this silence as your agreement with us "Darren &Danna Ladd" that it is our right to Cease & Desist this reset program in it's entirety. If you willfully go forward your doing it unlawfully and at your own demise. What exactly is the basis in the asset? Also, transfer our deed back to us promptly.

Respectfully

Darren & Danna Ladd

EXHIBIT __1__

PLACER, County Recorder
RYAN RONCO
**DOC- 2018-0047508-00**
Servicelink Title Agency Inc.
TUESDAY, JUL 3, 2018  11:06:20

| MIC | $3.00 | AUT | $5.00 | SBS | $4.00 |
| ERD | $1.00 | SB2 | $75.00 | REC | $13.00 |
| ADD | $0.00 | | | | |

Ttl Pd   $101.00   Rcpt # 02701571
CLK98CV282/GV/1-5

RECORDING REQUESTED BY:

ServiceLink

AND WHEN RECORDED MAIL TO:

**Prestige Default Services**
**1920 Old Tustin Ave.**
**Santa Ana, California 92705**
**Phone: 949-427-2010**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No.: **17-0832**       Loan No.: ***215       APN: **062-520-016-000**

## IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**[PURSUANT TO CIVIL CODE § 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR]**

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION**, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is **$170,294.76** as of **7/2/2018**, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in





EXHIBIT 1