Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

FOR COURT USE ONLY

**Todd M. Arnold 221868**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
**221868 CA**

☐ *Individual appearing without attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

**Grand View Financial LLC**

CASE NO.: 2-17-bk-20125-RK

CHAPTER: 11

**SUMMARY OF AMENDED SCHEDULES,**
**MASTER MAILING LIST,**
**AND/OR STATEMENTS**
**[LBR 1007-1(c)]**

Debtor(s)

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B    ☐ Schedule C    ☑ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☑ Other (specify)    Amended Master Mailing List with only new alleged creditors

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    10/16/18

*Steve Rogers*

**Steve Rogers, Managing Member**
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 1      **F 1007-1.1.AMENDED.SUMMARY**

**PLEASE TAKE NOTICE** that **ONLY** amended items are included in these Amended Schedules.

**PLEASE TAKE NOTICE** that the claims of creditors receiving these Amended Schedules have had their claims added and/or amended.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOUR CLAIM IS LISTED ON THESE AMENDED SCHEDULES AND IT IS NOT LISTED AS DISPUTED, CONTINGENT, UNLIQUIDATED OR UNKNOWN, THEN YOUR CLAIM IS DEEMED FILED IN THE AMOUNT SET FORTH IN THESE AMENDED SCHEDULES. 11 U.S.C. § 1111(A). BUT, IF YOUR CLAIM IS LISTED AS DISPUTED, CONTINGENT, UNLIQUIDATED OR UNKNOWN, OR IF YOU DISAGREE WITH THE AMOUNT OR DESCRIPTION OF YOUR CLAIM, THEN YOU <u>MUST</u> TIMELY FILE A PROOF OF CLAIM WITHIN THIRTY (30) DAYS OF THE FILING OF THESE AMENDED SCHEDULES, WHICH IS <u>NOVEMBER 15, 2018</u>.**

Debtor name    **Grand View Financial LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:17-bk-20125-RK**

■ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.
   **All cash or cash equivalents owned or controlled by the debtor**      Current value of debtor's interest

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. Does the debtor own any investments?

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:** Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:** Real property

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1858 C Street, Pine Mountain Valley, GA 31823** | Grant Deed | $149,500.00 | Comparable sale | $299,000.00 |
| 55.2. **8772 Chickadee Lane, Clovis, CA 93619** | Deed of Trust | $215,000.00 | Comparable sale | $460,000.00 |

56. Total of Part 9.     $759,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
■ No
☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 10:** Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

■ No. Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $759,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $759,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $759,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **America's Wholesale Lender** | | $0.00 | $974,000.00 |
|---|---|---|---|---|

**Creditor's Name**

**4500 Park Granada**
**MSN# SVB-314**
**Calabasas, CA 91302-1613**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**185 Linden Avenue**
**San Bruno, CA 94066**

Creditor's email address, if known

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**2006**
Last 4 digits of account number
**5151**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

| 2.2 | **AMERICAN BROKERS CONDUIT** | | $0.00 | $460,000.00 |
|---|---|---|---|---|

Creditor's Name

**538 BROADHOLLOW ROAD**
**Melville, NY 11747**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**8772 Chickadee Lane, Clovis, CA 93619**

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**4/4/2007**
Last 4 digits of account number
**2598**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **American Mortgage Network** | Describe debtor's property that is subject to a lien | $0.00 | $950,000.00 |
|-----|-------------------------------|-----------------------------------------------------|-------|-------------|

Creditor's Name

**POB 85463**
**San Diego, CA 92186**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**21360 Crestwood Dr., San Marcos, CA 92078**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2007**
Last 4 digits of account number
**1451**
Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.4 | **Bank of America** | Describe debtor's property that is subject to a lien | $0.00 | $839,000.00 |
|-----|---------------------|-----------------------------------------------------|-------|-------------|

Creditor's Name

**10850 White Rock Road,**
**1st Fl.**
**Rancho Cordova, CA 95670**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**324 Manor Drive, Pacifica, CA 94044**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2007**
Last 4 digits of account number
**7866**
Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.5 | **Central Pacific Mortgage Co.** | Describe debtor's property that is subject to a lien | $0.00 | $285,000.00 |
|-----|----------------------------------|-----------------------------------------------------|-------|-------------|

Creditor's Name

**950 Iron Point Road, Ste 200**
**Folsom, CA 95630**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**1953 Village Court**
**Lone, CA 95640**

Describe the lien

Deed of Trust

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**2006**

**Last 4 digits of account number**

**2872**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.6 | **CHASE MANHATTAN MORTGAGE CORP** | Describe debtor's property that is subject to a lien | $0.00 | $299,000.00 |

Creditor's Name

**343 THORNALL ST**
**Edison, NJ 08837**

Creditor's mailing address

**1858 C Street, Pine Mountain Valley, GA 31823**

Describe the lien

**Alleged Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**2/2/2007**

**Last 4 digits of account number**

**3360**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.7 | **Countrywide Bank FSB** | Describe debtor's property that is subject to a lien | $0.00 | $518,000.00 |

Creditor's Name

**1199 North Fairfax St., Ste 500**
**Alexandria, VA 22314**

Creditor's mailing address

**543 East Midlake Drive**
**Draper, UT 84020**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**2007**

**Last 4 digits of account number**

**9419**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.8 | **Countrywide Home Loans, Inc.** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien    $0.00    **$744,000.00**

**4500 Park Granada, MSN#SVB-314 Calabasas, CA 91302**

Creditor's mailing address

**18 Sherman Avenue Greenwich, CT 06830**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2005**

**Last 4 digits of account number**
**6119**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.9 | **First Magnus Financial Corp.** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien    $0.00    **$466,000.00**

**603 North Wilmot Road Tucson, AZ 85711**

Creditor's mailing address

**9651 Maccool Lane Santee, CA 92071**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2007**

**Last 4 digits of account number**
**7666**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 0 | **Lehman Brothers Bank, FSD** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien    $0.00    **$716,000.00**

**3400 118th Street SW #285 Lynnwood, WA 98037**

Creditor's mailing address

**17287 West Summerfield Road Post Falls, ID 83854**

Describe the lien
**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2005**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**6129**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.1 1 | **Suntrust Mortgage, Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $476,000.00 |

Creditor's Name

**38303 Kearsage Mill Road**
**Alta, CA 95701**

**901 Semmes Avenue**
**Richmond, VA 23224**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2006**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7458**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.1 2 | **Washington Mutual Bank** | Describe debtor's property that is subject to a lien | $0.00 | $578,000.00 |

Creditor's Name

**44300 Lighthouse Road**
**Point Arena, CA 95468**

**1400 South Douglas Rd.,**
**Ste 100**
**Anaheim, CA 92806**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2007**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**6677**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **World Savings Bank** | Describe debtor's property that is subject to a lien | $0.00 | $328,000.00 |

Creditor's Name

**1901 Harrison Street
Oakland, CA 94612**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**1130 North Edison Street**
**Stockton, CA 95203**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2005**
**Last 4 digits of account number**
**7195**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.         $0.00

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **ALLIANCE TITLE AND ESCROW**<br>**1270 NORTHWOOD CENTER**<br>Coeur D Alene, ID 83814 | Line  2.33 | |
| Bank of America<br>1800 Tapo Canyon Road<br>Simi Valley, CA 93063-6712 | Line  2.19 | |
| Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19850 | Line  2.11 | |
| BANK OF AMERICA, N.A.<br>150 N COLLEGE ST, NC1-028-17-06<br>Charlotte, NC 28255 | Line  2.19 | |
| BANK OF AMERICA, N.A.<br>150 N COLLEGE ST, NC1-028-17-06<br>Charlotte, NC 28255 | Line  2.9 | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| BANK OF AMERICAN, NA, ALLEGED SUCCESSOR BY MERGER TO BAC 8609 WESTWOOD CENTER Vienna, VA 22183 | Line 2.7 |
| BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP 4004 BELT LINE RD. STE 100 Addison, TX 75001 | Line 2.70 |
| BOUNLET LOUVAN 411 IVY ST San Diego, CA 92101 | Line 2.68 |
| C T CORPORATION 111 EIGHTH AVE. 13TH FLR New York, NY 10011 | Line 2.5 |
| C T CORPORATION 111 EIGHTH AVE. 13TH FLR New York, NY 10011 | Line 2.24 |
| C T CORPORATION 111 EIGHTH AVE. 13TH FLR New York, NY 10011 | Line 2.9 |
| C T CORPORATION SYSTEM 111 EIGHTH AVE. 13TH FLR New York, NY 10011 | Line 2.11 |
| CALIFORNIA RECONVEYANCE COMPANY 9200 OAKDALE AVE Chatsworth, CA 91311 | Line 2.68 |
| CITIMORTGAGE, INC PO BOX 30509 Tampa, FL 33631 | Line 2.11 |
| Clear Recon Corporation 4375 Jutland Drive #200 San Diego, CA 92117-3600 | Line 2.5 |
| Clear Recon Corporation 4375 Jutland Drive #200 San Diego, CA 92117-3600 | Line 2.24 |
| CSC - LAWYERS INCORPORATION SERVICE 2710 GATEWAY OAKS DRIVE, STE 150N Sacramento, CA 95833 | Line 2.70 |
| CSC-LAWYERS INC. SERVICE 2710 GATEWAY OAKS DR, STE 150N Sacramento, CA 95833 | Line 2.33 |
| Federal Home Loan Mortgage 8200 Jones Branch Drive Mclean, VA 22102-3107 | Line 2.24 |
| FEDERAL HOME LOAN MORTGAGE CORP 8200 JONES BRANCH DR Mc Lean, VA 22102 | Line 2.9 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

FEDERAL NATIONAL MORTGAGE ASSOC.
1689 ENTERPRISE CIRCLE NORTH
STE 228                                          Line  2.11
Temecula, CA 92590

FEDERAL NATIONAL SERVICES, LLC
565 SOUTH MASON RD, STE 405                      Line  2.19
Katy, TX 77450

FIRST AMERICAN TITLE
1901 E VORHEES ST. SUITE C                       Line  2.7
Danville, IL 61834

GENPACT REGISTERED AGENT, INC.
15420 LAGUNA CANYON RD, STE 100                  Line  2.5
Irvine, CA 92618

GENPACT REGISTERED AGENT, INC.
15420 LAGUNA CANYON RD, STE 100                  Line  2.19
Irvine, CA 92618

GENPACT REGISTERED AGENT, INC.
15420 LAGUNA CANYON RD, STE 100                  Line  2.24
Irvine, CA 92618

GENPACT REGISTERED AGENT, INC.
15420 LAGUNA CANYON RD, STE 100                  Line  2.11
Irvine, CA 92618

GENPACT REGISTERED AGENT, INC.
15420 LAGUNA CANYON RD, STE 100                  Line  2.22
Irvine, CA 92618

GENPACT REGISTERED AGENT, INC.
15420 LAGUNA CANYON RD, STE 100                  Line  2.33
Irvine, CA 92618

GENPACT REGISTERED AGENT, INC.
15420 LAGUNA CANYON RD, STE 100                  Line  2.60
Irvine, CA 92618

GENPACT REGISTERED AGENT, INC.
15420 LAGUNA CANYON RD, STE 100                  Line  2.8
Irvine, CA 92618

GEORGE G. GAN
782 BIRCH CT                                     Line  2.9
Galt, CA 95632

GOLDEN WEST SAVINGS ASSN SERVICE CO
2730 GATEWAY OAKS DR. STE 100                    Line  2.70
Sacramento, CA 95833

INEZ RAM-HALLY
20783 JACKASS HILL RD                            Line  2.9
Sonora, CA 95370

J.P. MORGAN CHASE BANK, N.A.
1770 4TH AVE                                     Line  2.8
San Diego, CA 92101

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | | |
|---|---|---|
| **JP MORGAN CHASE BANK**<br>3415 VISION DR<br>Columbus, OH 43219 | Line | 2.68 |
| **JP MORGAN CHASE BANK**<br>700 KANSAS LANE, MC 8000<br>Monroe, LA 71203 | Line | 2.68 |
| **JP MORGAN CHASE BANK, N.A.**<br>3800 N CENTRAL AVE, STE 460<br>Phoenix, AZ 85012 | Line | 2.68 |
| **LEHMAN BROTHERS BANK, FSB**<br>327 INVERNESS DRIVE SOUTH<br>ENGLEWOOD, CO 80122 | Line | 2.33 |
| McCarthy & Holthus, LLP<br>Rebecca L. Lang, Esq.<br>1770 Fourth Avenue<br>San Diego, CA 92101 | Line | 2.68 |
| **MERS**<br>POB 2026<br>Flint, MI 48501 | Line | 2.5 |
| **MERS**<br>POB 2026<br>Flint, MI 48501 | Line | 2.11 |
| **MERS**<br>POB 2026<br>Flint, MI 48501 | Line | 2.60 |
| **MERS**<br>POB 2026<br>Flint, MI 48501 | Line | 2.8 |
| **MERS**<br>POB 2026<br>Flint, MI 48501 | Line | 2.7 |
| **MERS, INC.**<br>POB 2026<br>Flint, MI 48501 | Line | 2.19 |
| **MERS, INC.**<br>POB 2026<br>Flint, MI 48501 | Line | 2.24 |
| **MERS, INC.**<br>POB 2026<br>Flint, MI 48501 | Line | 2.33 |
| **MERS, INC.**<br>POB 2026<br>Flint, MI 48501 | Line | 2.8 |
| **MERS, INC. AS MORTGAGEE**<br>POB 2026<br>Flint, MI 48501 | Line | 2.22 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| MICHAEL J ENG, ESQ (ATTY FOR GAN)<br>1250 OAKMEAD PKWY, STE 210<br>Sunnyvale, CA 94085 | Line  2.9 |
| MICHAEL J. BERGER (ATTY FOR GAN)<br>9454 WILSHIRE BLVD, 6TH FLR<br>Beverly Hills, CA 90212 | Line  2.9 |
| MORTGAGE ELECTRONIC REGISTRATION<br>POB 2026<br>Flint, MI 48501 | Line  2.5 |
| Mortgageit, Inc.<br>33 Maiden Lane<br>New York, NY 10038 | Line  2.68 |
| Nationstar Mortgage<br>Customer Service<br>350 Highland Drive<br>Lewisville, TX 75067 | Line  2.22 |
| Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd.<br>DALLAS, TX 75019-4620 | Line  2.5 |
| Nationstar Mortgage LLC<br>350 Highland Drive<br>Lewisville, TX 75067 | Line  2.33 |
| NATIONSTAR MORTGAGE LLC<br>8950 CYPRESS WATER BLVD.<br>DALLAS, TX 75019 | Line  2.33 |
| Northwest Trustee Services Inc.<br>BK Dept.<br>13555 36th Street, Suite 100<br>Bellevue, WA 98006 | Line  2.33 |
| NORTHWEST TRUSTEE SERVICES, INC.<br>POB 997<br>Bellevue, WA 98009 | Line  2.33 |
| PRLAP, INC.<br>150 N COLLEGE ST, NC1-028-17-06<br>Charlotte, NC 28255 | Line  2.9 |
| Quality Loan Service Corporation<br>411 Ivy Street<br>San Diego, CA 92101-2108 | Line  2.68 |
| Quality Loan Service Corporation<br>411 Ivy Street<br>San Diego, CA 92101-2108 | Line  2.7 |
| RECONTRUST COMPANY, N.A.<br>225 WEST HILLCREST DR., MSN TO-02<br>Thousand Oaks, CA 91360 | Line  2.5 |
| SERVICE OF PROCESS SECRETARY OF<br>STATE<br>1019 BRAZOS, ROOM 105<br>Austin, TX 78701 | Line  2.19 |

SERVICE OF PROCESS SECRETARY OF
STATE   JAMES E. RUDDER BUILDING
1019 BRAZOS, ROOM 105
Austin, TX 78701

Line  2.70

SOUTHWEST COUNTRYWIDE
565 SOUTH MESA RD, STE 405
Katy, TX 77450

Line  2.19

STEWART T. MATHESON
648 EAST FIRST SOUTH
Salt Lake City, UT 84102

Line  2.19

THE PRENTICE-HALL CORPORATION
(CO257078)
251 LITTLE FALLS DR
Wilmington, DE 19808

Line  2.70

THE WOLF FIRM
ALAN STEVEN WOLF
2955 MAIN ST. 2ND FLR
Irvine, CA 92614

Line  2.8

THE WOLF FIRM
2955 MAIN ST. 2ND FLR
Irvine, CA 92614

Line  2.8

U.S. BANK NATIONAL ASSOCIATION
700 KANSAS LANE, MC8000
Monroe, LA 71203

Line  2.8

US BANK NATIONAL ASSOCIATION
1800 TAPO CANYON RD
Simi Valley, CA 93063

Line  2.5

US BANK NATIONAL ASSOCIATION
GEORGINA THOMAS
633 W. 5TH ST., 24TH FLR
Los Angeles, CA 90071

Line  2.5

US BANK NATIONAL ASSOCIATION
GEORGINA THOMAS
633 W. 5TH ST., 24TH FLR
Los Angeles, CA 90071

Line  2.60

US BANK NATIONAL ASSOCIATION
GEORGINA THOMAS
633 W. 5TH ST., 24TH FLR
Los Angeles, CA 90071

Line  2.8

US BANK TRUST NATIONAL ASSOCIATION
300 EAST DELAWARE AVE, 8TH FLR
Wilmington, DE 19809

Line  2.60

WELLS FARGO HOME MORTGAGE
MAC F2301-02F, 1 HOME CAMPUS
Des Moines, IA 50328

Line  2.70

Attorney or Party Name, Address. Telephone & FAX Nos.,  FOR COURT USE ONLY
State Bar No. & Email Address
**Todd M. Arnold**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
California State Bar Number: **221868**

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

     **Grand View Financial LLC**

CASE NO.:

CHAPTER: **11**

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

     Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __38__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  10/16/18

       *Steve Rogers*
       STEVE ROGERS, MANAGING MEMBER

Date:

       Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  10/16/2018

       /s/ Todd M. Arnold
       Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

ALLIANCE TITLE AND ESCROW
1270 NORTHWOOD CENTER
Coeur D Alene, ID 83814


America's Wholesale Lender
4500 Park Granada
MSN# SVB-314
Calabasas, CA 91302-1613


AMERICAN BROKERS CONDUIT
538 BROADHOLLOW ROAD
Melville, NY 11747


American Mortgage Network
POB 85463
San Diego, CA 92186


Bank of America
10850 White Rock Road, 1st Fl.
Rancho Cordova, CA 95670


Bank of America
1800 Tapo Canyon Road
Simi Valley, CA 93063-6712


Bank of America
P.O. Box 15726
Wilmington, DE 19850


BANK OF AMERICA, N.A.
150 N COLLEGE ST, NC1-028-17-06
Charlotte, NC 28255

BANK OF AMERICAN, NA, ALLEGED
SUCCESSOR BY MERGER TO BAC
8609 WESTWOOD CENTER
Vienna, VA 22183


BARRETT DAFFIN FRAPPIER TREDER
& WEISS, LLP
4004 BELT LINE RD. STE 100
Addison, TX 75001


BOUNLET LOUVAN
411 IVY ST
San Diego, CA 92101


C T CORPORATION
111 EIGHTH AVE. 13TH FLR
New York, NY 10011


C T CORPORATION SYSTEM
111 EIGHTH AVE. 13TH FLR
New York, NY 10011


CALIFORNIA RECONVEYANCE COMPANY
9200 OAKDALE AVE
Chatsworth, CA 91311


Central Pacific Mortgage Co.
950 Iron Point Road, Ste 200
Folsom, CA 95630


CHASE MANHATTAN MORTGAGE CORP
343 THORNALL ST
Edison, NJ 08837

```
CITIMORTGAGE, INC
PO BOX 30509
Tampa, FL 33631


Clear Recon Corporation
4375 Jutland Drive #200
San Diego, CA 92117-3600


Countrywide Bank FSB
1199 North Fairfax St., Ste 500
Alexandria, VA 22314


Countrywide Home Loans, Inc.
4500 Park Granada, MSN#SVB-314
Calabasas, CA 91302


CSC - LAWYERS INCORPORATION SERVICE
2710 GATEWAY OAKS DRIVE, STE 150N
Sacramento, CA 95833


CSC-LAWYERS INC. SERVICE
2710 GATEWAY OAKS DR, STE 150N
Sacramento, CA 95833


Federal Home Loan Mortgage
8200 Jones Branch Drive
Mclean, VA 22102-3107


FEDERAL HOME LOAN MORTGAGE CORP
8200 JONES BRANCH DR
Mc Lean, VA 22102
```

```
FEDERAL NATIONAL MORTGAGE ASSOC.
1689 ENTERPRISE CIRCLE NORTH
 STE 228
Temecula, CA 92590


FEDERAL NATIONAL SERVICES, LLC
565 SOUTH MASON RD, STE 405
Katy, TX 77450


FIRST AMERICAN TITLE
1901 E VORHEES ST. SUITE C
Danville, IL 61834


First Magnus Financial Corp.
603 North Wilmot Road
Tucson, AZ 85711


GENPACT REGISTERED AGENT, INC.
15420 LAGUNA CANYON RD, STE 100
Irvine, CA 92618


GEORGE G. GAN
782 BIRCH CT
Galt, CA 95632


GOLDEN WEST SAVINGS ASSN SERVICE CO
2730 GATEWAY OAKS DR. STE 100
Sacramento, CA 95833


INEZ RAM-HALLY
20783 JACKASS HILL RD
Sonora, CA 95370
```

J.P. MORGAN CHASE BANK, N.A.
1770 4TH AVE
San Diego, CA 92101


JP MORGAN CHASE BANK
3415 VISION DR
Columbus, OH 43219


JP MORGAN CHASE BANK
700 KANSAS LANE, MC 8000
Monroe, LA 71203


JP MORGAN CHASE BANK, N.A.
3800 N CENTRAL AVE, STE 460
Phoenix, AZ 85012


LEHMAN BROTHERS BANK, FSB
327 INVERNESS DRIVE SOUTH
ENGLEWOOD, CO 80122


Lehman Brothers Bank, FSD
3400 118th Street SW #285
Lynnwood, WA 98037


McCarthy & Holthus, LLP
Rebecca L. Lang, Esq.
1770 Fourth Avenue
San Diego, CA 92101


MERS
POB 2026
Flint, MI 48501

```
MERS, INC.
POB 2026
Flint, MI 48501


MERS, INC. AS MORTGAGEE
POB 2026
Flint, MI 48501


MICHAEL J ENG, ESQ  ATTY FOR GAN
1250 OAKMEAD PKWY, STE 210
Sunnyvale, CA 94085


MICHAEL J. BERGER  ATTY FOR GAN
9454 WILSHIRE BLVD, 6TH FLR
Beverly Hills, CA 90212


MORTGAGE ELECTRONIC REGISTRATION
POB 2026
Flint, MI 48501


Mortgageit, Inc.
33 Maiden Lane
New York, NY 10038


Nationstar Mortgage
Customer Service
350 Highland Drive
Lewisville, TX 75067


Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
DALLAS, TX 75019-4620
```

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067


NATIONSTAR MORTGAGE LLC
8950 CYPRESS WATER BLVD.
DALLAS, TX 75019


Northwest Trustee Services Inc.
BK Dept.
13555 36th Street, Suite 100
Bellevue, WA 98006


NORTHWEST TRUSTEE SERVICES, INC.
POB 997
Bellevue, WA 98009


PRLAP, INC.
150 N COLLEGE ST, NC1-028-17-06
Charlotte, NC 28255


Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101-2108


RECONTRUST COMPANY, N.A.
225 WEST HILLCREST DR., MSN TO-02
Thousand Oaks, CA 91360


SERVICE OF PROCESS SECRETARY OF
STATE
1019 BRAZOS, ROOM 105
Austin, TX 78701

SERVICE OF PROCESS SECRETARY OF
STATE   JAMES E. RUDDER BUILDING
1019 BRAZOS, ROOM 105
Austin, TX 78701


SOUTHWEST COUNTRYWIDE
565 SOUTH MESA RD, STE 405
Katy, TX 77450


STEWART T. MATHESON
648 EAST FIRST SOUTH
Salt Lake City, UT 84102


Suntrust Mortgage, Inc.
901 Semmes Avenue
Richmond, VA 23224


THE PRENTICE-HALL CORPORATION
 CO257078
251 LITTLE FALLS DR
Wilmington, DE 19808


THE WOLF FIRM
ALAN STEVEN WOLF
2955 MAIN ST. 2ND FLR
Irvine, CA 92614


THE WOLF FIRM
2955 MAIN ST. 2ND FLR
Irvine, CA 92614


U.S. BANK NATIONAL ASSOCIATION
700 KANSAS LANE, MC8000
Monroe, LA 71203

US BANK NATIONAL ASSOCIATION
1800 TAPO CANYON RD
Simi Valley, CA 93063


US BANK NATIONAL ASSOCIATION
GEORGINA THOMAS
633 W. 5TH ST., 24TH FLR
Los Angeles, CA 90071


US BANK TRUST NATIONAL ASSOCIATION
300 EAST DELAWARE AVE, 8TH FLR
Wilmington, DE 19809


Washington Mutual Bank
1400 South Douglas Rd., Ste 100
Anaheim, CA 92806


WELLS FARGO HOME MORTGAGE
MAC F2301-02F, 1 HOME CAMPUS
Des Moines, IA 50328


World Savings Bank
1901 Harrison Street
Oakland, CA 94612

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **AMENDED SCHEDULES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 16, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold     tma@lnbyb.com
- Michael Jay Berger     michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Matthew R. Clark     bankruptcyecfs@gmail.com, mclark@ecf.courtdrive.com
- Theron S Covey     tcovey@rasflaw.com, CAECF@tblaw.com
- Jered T Ede     jede@hallgriffin.com, cgallardo@hallgriffin.com
- Sean C Ferry     sferry@ecf.courtdrive.com, bkyecf@rasflaw.com
- Todd S Garan     ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Can Guner     cguner@rasflaw.com
- Jamie D Hanawalt     ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com
- Matthew S Henderson     matthew.henderson@piblaw.com, marian.flores@piblaw.com
- Laurie Howell     laurie.howell@tflglaw.com
- Chi L Ip     filing@lawyer4property.com, jenny@lawyer4property.com
- Merdaud Jafarnia     bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Ian Landsberg     ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- Megan E Lees     caecf@tblaw.com, MEL@ecf.inforuptcy.com
- Richard D Marks     RDMarks@rdmpc.com
- Angie M Marth     amarth@logs.com, ssali@logs.com
- Erin M McCartney     bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
- Vinod Nichani     vinod@nichanilawfirm.com, vnichani1978@gmail.com
- Michael G Olinik     michael@oliniklaw.com, rachael@callahanfirm.com
- David M Poitras     dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- Kelly M Raftery     bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Cassandra J Richey     cdcaecf@bdfgroup.com
- Christopher O Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Edward G Schloss     egs2@ix.netcom.com
- Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
- Edward A Treder     cdcaecf@bdfgroup.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Larry D Webb     Webblaw@gmail.com, larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com
- Sharon Z. Weiss     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Bethany Wojtanowicz     bethanyw@w-legal.com, BNC@w-legal.com
- Hatty K Yip     hatty.yip@usdoj.gov
- Kristin A Zilberstein     ecfnotifications@ghidottilaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: On **October 16, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 16, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 16, 2018 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**

ALLIANCE TITLE AND ESCROW
1270 NORTHWOOD CENTER
Coeur D Alene, ID 83814

AMERICAN BROKERS CONDUIT
538 BROADHOLLOW ROAD
Melville, NY 11747

American Mortgage Network
POB 85463
San Diego, CA 92186

America's Wholesale Lender
4500 Park Granada
MSN# SVB-314
Calabasas, CA 91302-1613

Bank of America
10850 White Rock Road, 1st Fl.
Rancho Cordova, CA 95670

Bank of America
1800 Tapo Canyon Road
Simi Valley, CA 93063-6712

Bank of America
P.O. Box 15726
Wilmington, DE 19850

BANK OF AMERICA, N.A.
150 N COLLEGE ST, NC1-028-17-06
Charlotte, NC 28255

BANK OF AMERICAN, NA,
ALLEGED
SUCCESSOR BY MERGER TO BAC
8609 WESTWOOD CENTER
Vienna, VA 22183

BARRETT DAFFIN FRAPPIER
TREDER
& WEISS, LLP
4004 BELT LINE RD. STE 100
Addison, TX 75001

BOUNLET LOUVAN
411 IVY ST
San Diego, CA 92101

C T CORPORATION
111 EIGHTH AVE. 13TH FLR
New York, NY 10011

C T CORPORATION SYSTEM
111 EIGHTH AVE. 13TH FLR
New York, NY 10011

CALIFORNIA RECONVEYANCE
COMPANY
9200 OAKDALE AVE
Chatsworth, CA 91311

Central Pacific Mortgage Co.
950 Iron Point Road, Ste 200
Folsom, CA 95630

CHASE MANHATTAN MORTGAGE
CORP
343 THORNALL ST
Edison, NJ 8837

CITIMORTGAGE, INC
PO BOX 30509
Tampa, FL 33631

Clear Recon Corporation
4375 Jutland Drive #200
San Diego, CA 92117-3600

Countrywide Bank FSB
1199 North Fairfax St., Ste 500
Alexandria, VA 22314

Countrywide Home Loans, Inc.
4500 Park Granada, MSN#SVB-314
Calabasas, CA 91302

CSC - LAWYERS INCORPORATION
SERVICE
2710 GATEWAY OAKS DRIVE, STE
150N
Sacramento, CA 95833

CSC-LAWYERS INC. SERVICE
2710 GATEWAY OAKS DR, STE
150N
Sacramento, CA 95833

Federal Home Loan Mortgage
8200 Jones Branch Drive
Mclean, VA 22102-3107

FEDERAL HOME LOAN
MORTGAGE CORP
8200 JONES BRANCH DR
Mc Lean, VA 22102

FEDERAL NATIONAL MORTGAGE
ASSOC.
1689 ENTERPRISE CIRCLE NORTH
STE 228
Temecula, CA 92590

FEDERAL NATIONAL SERVICES,
LLC
565 SOUTH MASON RD, STE 405
Katy, TX 77450

FIRST AMERICAN TITLE
1901 E VORHEES ST. SUITE C
Danville, IL 61834

First Magnus Financial Corp.
603 North Wilmot Road
Tucson, AZ 85711

GENPACT REGISTERED AGENT,
INC.
15420 LAGUNA CANYON RD, STE
100
Irvine, CA 92618

GEORGE G. GAN
782 BIRCH CT
Galt, CA 95632

GOLDEN WEST SAVINGS ASSN
SERVICE CO
2730 GATEWAY OAKS DR. STE 100
Sacramento, CA 95833

INEZ RAM-HALLY
20783 JACKASS HILL RD
Sonora, CA 95370

J.P. MORGAN CHASE BANK, N.A.
1770 4TH AVE
San Diego, CA 92101

JP MORGAN CHASE BANK
3415 VISION DR
Columbus, OH 43219

JP MORGAN CHASE BANK
700 KANSAS LANE, MC 8000
Monroe, LA 71203

JP MORGAN CHASE BANK, N.A.
3800 N CENTRAL AVE, STE 460
Phoenix, AZ 85012

LEHMAN BROTHERS BANK, FSB
327 INVERNESS DRIVE SOUTH
ENGLEWOOD, CO 80122

Lehman Brothers Bank, FSD
3400 118th Street SW #285
Lynnwood, WA 98037

McCarthy & Holthus, LLP
Rebecca L. Lang, Esq.
1770 Fourth Avenue
San Diego, CA 92101

MERS
POB 2026
Flint, MI 48501

MERS, INC.
POB 2026
Flint, MI 48501

MERS, INC. AS MORTGAGEE
POB 2026
Flint, MI 48501

MICHAEL J ENG, ESQ (ATTY FOR
GAN)
1250 OAKMEAD PKWY, STE 210
Sunnyvale, CA 94085

MICHAEL J. BERGER (ATTY FOR
GAN)
9454 WILSHIRE BLVD, 6TH FLR
Beverly Hills, CA 90212

MORTGAGE ELECTRONIC
REGISTRATION
POB 2026
Flint, MI 48501

Mortgageit, Inc.
33 Maiden Lane
New York, NY 10038

Nationstar Mortgage
Customer Service
350 Highland Drive
Lewisville, TX 75067

Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
DALLAS, TX 75019-4620

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067

NATIONSTAR MORTGAGE LLC
8950 CYPRESS WATER BLVD.
DALLAS, TX 75019

Northwest Trustee Services Inc.
BK Dept.
13555 36th Street, Suite 100
Bellevue, WA 98006

NORTHWEST TRUSTEE SERVICES,
INC.
POB 997
Bellevue, WA 98009

PRLAP, INC.
150 N COLLEGE ST, NC1-028-17-06
Charlotte, NC 28255

Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101-2108

RECONTRUST COMPANY, N.A.
225 WEST HILLCREST DR., MSN
TO-02
Thousand Oaks, CA 91360

SERVICE OF PROCESS SECRETARY
OF
STATE
1019 BRAZOS, ROOM 105
Austin, TX 78701

SERVICE OF PROCESS SECRETARY
OF
STATE   JAMES E. RUDDER
BUILDING
1019 BRAZOS, ROOM 105
Austin, TX 78701

SOUTHWEST COUNTRYWIDE
565 SOUTH MESA RD, STE 405
Katy, TX 77450

STEWART T. MATHESON
648 EAST FIRST SOUTH
Salt Lake City, UT 84102

Suntrust Mortgage, Inc.
901 Semmes Avenue
Richmond, VA 23224

THE PRENTICE-HALL
CORPORATION
(CO257078)
251 LITTLE FALLS DR
Wilmington, DE 19808

THE WOLF FIRM
ALAN STEVEN WOLF
2955 MAIN ST. 2ND FLR
Irvine, CA 92614

THE WOLF FIRM
2955 MAIN ST. 2ND FLR
Irvine, CA 92614

U.S. BANK NATIONAL
ASSOCIATION
700 KANSAS LANE, MC8000
Monroe, LA 71203

US BANK NATIONAL
ASSOCIATION
1800 TAPO CANYON RD
Simi Valley, CA 93063

US BANK NATIONAL
ASSOCIATION
GEORGINA THOMAS
633 W. 5TH ST., 24TH FLR
Los Angeles, CA 90071

US BANK TRUST NATIONAL
ASSOCIATION
300 EAST DELAWARE AVE, 8TH
FLR
Wilmington, DE 19809

Washington Mutual Bank
1400 South Douglas Rd., Ste 100
Anaheim, CA 92806

WELLS FARGO HOME MORTGAGE
MAC F2301-02F, 1 HOME CAMPUS
Des Moines, IA 50328

World Savings Bank
1901 Harrison Street
Oakland, CA 94612