| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TODD M. ARNOLD (SBN 221868)<br>LEVENE, NEALE, BENDER, YOO & BRILL LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA  90067<br>Telephone: (310) 229-1234 / Fax: (310) 229-1244<br>Email: tma@lnbyb.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>GRAND VIEW FINANCIAL, LLC,<br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-20125-RK<br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 11/28/2018 | **Time:** 2:30 pm |
|---|---|
| **Location:** Courtroom 1675, 255 E. Temple Street, Los Angeles, CA  90012 | |

**Type of Sale**:  ☒ Public    ☐ Private        **Last date to file objections**: 11/14/2018

**Description of property to be sold**:
Residential Real Property Located at 124 Illinois St., Vallejo, CA 94590

See https://www.redfin.com/CA/Vallejo/124-Illinois-St-94590/home/2227309

**Terms and conditions of sale**:
See Sale Terms set forth in Notice attached hereto.

**Proposed sale price**: $370,000, subject to overbid, with an initial overbid of no less than $380,000 per the Overbid Procedures set forth in Notice attached hereto.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 1                                          **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):**

See Overbid Procedures set forth in Notice attached hereto.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Date:  November 28, 2018
Time:  11:00 a.m.
Place:  Courtroom 1675
255 E. Temple Street
Los Angeles, CA  90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Broker - KW Commercial, c/o W. Darrow Fiedler, 23670 Hawthorne Blvd., Suite 100, Torrance, California, 90505
Phone:  310-600-0757, Email: wdarrowfiedler@gmail.com

Debtor's Attorneys - Levene, Neale, Bender, Yoo & Brill L.L.P., Todd M. Arnold, 10250 Constellation Boulevard, Suite 1700 Los Angeles, California 90067
Telephone: (310) 229-1234, Facsimile: (310) 229-1244, Email: tma@lnbyb.com

Date:  11/07/2018

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*              Page 2              **F 6004-2.NOTICE.SALE**

TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA  90067
Telephone: (310) 229-1234 / Fax: (310) 229-1244
Email: tma@lnbyb.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GRAND VIEW FINANCIAL, LLC,<br><br>  Debtor and Debtor in Possession. | Case No.: 2:17-bk-20125-RK<br><br>Chapter 11 Case<br><br>**NOTICE OF DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER:**<br>**(1) APPROVING THE SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITH THE EXCEPTION OF ENUMERATED EXCLUSIONS, SUBJECT TO OVERBID,**<br>**(2) FINDING THAT THE BUYER IS GOOD FAITH PURCHASER,**<br>**(3) APPROVING BIDDING PROCEDURES AND BREAK-UP FEE,**<br>**(4) AUTHORIZING AND APPROVING THE PAYMENT OF CERTAIN CLAIMS FROM SALE PROCEEDS, AND**<br>**(5) WAIVING THE FOURTEEN-DAY STAY PERIOD SET FORTH IN BANKRUPTCY RULE 6004(h);**<br>**MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS IN SUPPORT THEREOF**<br><br><u>Hearing</u><br>Date:   November 28, 2018<br>Time:   11:00 a.m.<br>Place:  Courtroom 1675<br>            255 E. Temple Street<br>            Los Angeles, CA  90012 |

1

**PLEASE TAKE NOTICE** that a hearing will be held on the above-referenced date, time, and location to consider the concurrently filed motion (the "Motion") of Grand View Financial, LLC, the debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), for the entry of an order (the "Sale Order"):

(1) pursuant to 11 U.S.C. §§ 363(b) and (f), approving the sale of the Debtor's residential real property located at 124 Illinois St., Vallejo, CA 94590 (the "Illinois Property") to (a) Rajesh Sharma (the "Buyer"), free and clear of any and all liens, claims, encumbrances, and interests, with the exception of Items 1 and 4-10 (the "Excepted Items") set forth in the preliminary title report for the Property (the "Title Report"), a true and correct copy of which is attached to the motion as **Exhibit "1,"** for a purchase price of $370,000 (the "Purchase Price"), pursuant to the Counteroffer re Purchase and Sale of 124 Illinois St., Vallejo, CA 94590 (the "Purchase Agreement"), a true and correct copy of which is attached to the motion as **Exhibit "2,"** subject to overbid (each an "Overbid" and collectively the "Overbids") pursuant to the overbid procedures (the "Overbid Procedures") set forth below and any auction (the "Auction") conducted pursuant to the Overbid Procedures, or (b) the winning overbidder (each an "Overbidder" and collectively the "Overbidders") at the Auction;

(2) pursuant to 11 U.S.C. § 363(m) finding that the Buyer or any winning Overbidder at the Auction confirmed as the winning bidder for the Illinois Property is a "good faith" purchaser entitled to the protections afforded under 11 U.S.C. § 363(m);

(3) approving the following Overbid Procedures and break-up fee (the "Break-Up Fee"):

- **Date, Time, and Location of the Auction:** The Auction shall be held concurrently with the hearing on the Motion, as follows:

　　　　**Date: November 28, 2018
　　　　Time: 11:00 a.m.
　　　　Place: Courtroom 1675
　　　　　　　255 E. Temple Street
　　　　　　　Los Angeles, CA  90012**

2

- **Initial Overbid Amount:** The Purchase Price of $370,000, plus *at least* $10,000 more (*i.e.*, at least $380,000) (the "Initial Overbid Amount");

- **Qualification of Overbidders:** In order for any prospective Overbidder to have the right to bid at the Auction, the prospective Overbidder must, **within three (3) business days prior to the Auction**, (a) provide to counsel for the Debtor, Levene, Neale, Bender, Yoo & Brill L.L.P., c/o Todd M. Arnold, 10250 Constellation Boulevard, Suite 1700 Los Angeles, California 90067, Telephone: (310) 229-1234 Facsimile: (310) 229-1244, Email: tma@lnbyb.com ("LNBYB"), a signed proposed purchase agreement (each an "Overbid Purchase Agreement"), in substantially and materially the same form as the Purchase Agreement,[1] redlined to show any changes, with such purchase agreement not to contain any financing, inspection, due diligence, or other contingencies (other than the entry of the Sale Order approving the sale of the Illinois Property to the Overbidder), and including, a removal of all contingencies (other than the entry of the Sale Order approving the sale of the Illinois Property to the Overbidder) pursuant to CAR Form CR 14.C, and with a minimum purchase price of at least the Initial Overbid Amount of $380,000; (b) submit a deposit in the amount of 10% of the Initial Overbid Amount set forth in the Overbid Purchase Agreement by cashiers' check or wire into a segregated trust account maintained by LNBYB, who will provide wire instructions on request; (c) demonstrate that the prospective Overbidder has sufficient funds or financing to close the transaction within fifteen (15) calendar days of the entry of the Sale Order approving the prospective Overbidder and the sale of

---

[1] LNBYB will provide a copy of the Purchase Agreement in Word to any parties interested in submitting an Overbid.

Case 2:17-bk-20125-RK    Doc 339    Filed 11/07/18    Entered 11/07/18 16:53:13    Desc
Main Document    Page 6 of 11

the Illinois Property to the Overbidder; and (d) agree that the prospective Overbidder's deposit will be non-refundable if the prospective Overbidder is the winning bidder at the Auction and fails to close the purchase of the Illinois Property within fifteen (15) calendar following the date of entry of the Sale Order – regardless of whether an appeal has been filed of the Sale Order, provided there is no entered stay pending appeal of either of the foregoing orders (*i.e.*, no final order requirement).

- **Overbidding Increments and Considerations in Determining the Winning Bidder at Any Auction:** In order to qualify to bid at the Auction, any Overbid Purchase Agreement is required to include an Initial Overbid Amount of at least $380,000. Subsequent overbids at the Auction must be in increments of $1,000 or amounts that are wholly divisible by $1,000. The Debtor, in consultation with its professionals, will select the highest and best offer and recommend Court approval of the sale of the Illinois Property to the Buyer or any qualified Overbidder that, in the opinion of the Debtor, in consultation with its professionals, has made the highest and best offer for the Illinois Property.

- **Break-Up Fee:** In the event the Buyer is not the successful bidder at the Auction and an Overbidder closes a purchase of the Illinois Property, the Debtor shall pay a $5,000 Break-Up Fee (approximately 1.4% of the Purchase Price) to the Buyer upon the close of escrow;

(4) authorizing the Debtor to pay from the proceeds of the sale of the Illinois Property (a) any pre-closing real property taxes secured by the Illinois Property allocated to the Debtor, (b) the 6% commission owed to the Debtor's broker, Keller Williams Realty and KW Commercial (the "Primary Broker") and associated Keller Williams Realty and KW Commercial offices located throughout the United States ("Associated Brokers" and, together with Primary Broker, the "Broker"), and any cooperating broker, pursuant to the Purchase Agreement and the Debtor's application to employ the Broker, which was

4

approved by the Court, and (c) any other customary escrow closing fees and charges allocated to the Debtor;

(5) waiving the 14-day stay period set forth in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure ("FRBP") to enable the sale of the Illinois Property to close as quickly as possible; and

(6) providing such other relief as is appropriate under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that the principal terms and conditions of the proposed sale to the Buyer, subject to overbid, include the following:[2]

- Name of Buyer: Rajesh Sharma (*i.e.*, the "Buyer").
- Asset: The Illinois Property.
- Purchase Price: $370,000 subject to overbid pursuant to the Overbid Procedures.
- Deposit: $11,000 (3% of the Purchase Price)
- Estimated Costs of Sale: Total of 8% comprised of a 6% commission for the Debtor's broker, plus any outstanding real property taxes, plus other customary closing costs.
- Condition of Asset/Property: "As-is" and "Where is."
- Contingencies: The Purchase Agreement contained a due diligence period that expired on October 1, 2018. All contingencies have now been lifted other than the entry of the Sale Order approving the sale of the Illinois Property to the Buyer.
- Other Terms: The sale is subject to the Overbid Procedures and Break-Up Fee set forth above. Further, the Debtor's sale of the Illinois Property shall be free and clear of any and all liens, claims, encumbrances, and interests, other than the Excepted Items, which non-excepted liens, claims, encumbrances, and interests the Debtor believes are limited to (a) Items 2, 3, 11, 12, 17, 18 and 19 of the Title Report, which are liens securing claims for (i) unpaid real property taxes owed to Solano County (the "County") and (ii)

---

[2] This is a summary only. To the extent there is any inconsistency between this summary and the terms of the Purchase Agreement, the terms of the Purchase Agreement shall govern.

unpaid assessments owed to the city of Vallejo (the "City"), all of which total approximately $4,700 and will be paid from escrow upon closing, (b) Item 13 of the Title Report, which is a purported lien allegedly securing an alleged loan from Nations Direct Mortgage, LLC ("Nations Direct") that was later allegedly transferred to PennyMac Loan Services, LLC ("PennyMac LLC"), but which claim and lien, will attach to the proceeds from the sale of the Illinois Property with the same extent, validity, and priority as such claim and lien had prior to the sale, and (c) Items 14-16 of the Title Report, which are deeds of trust (the "Affiliate DOTs") issued by the Debtor to certain of its affiliates (the "Affiliates") that were deemed to be released, reconveyed, terminated, and expunged from title pursuant to an order of the Court.

- Potential Tax Consequences: The Debtor will have to pay applicable capital gains taxes stemming from the sale of the Illinois Property after applicable deductions and exemptions.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon 11 U.S.C. §§ 105(a), 363(b), (f), and (m), FRBP 2002 and 6004, any applicable Local Bankruptcy Rules (the "LBR"), the Memorandum of Points and Authorities and Declarations in support of and annexed to the Motion, as well as the exhibits thereto (together, the "Memorandum, Declarations, and Exhibits"), this notice of the Motion, all other evidence duly admitted by the Court in connection with consideration of the Motion, the record in this case, and the arguments and statements of counsel to be made at the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion, Memorandum, Declarations, and Exhibits can be obtained (1) from the Clerk of the Court during regular business hours, (2) electronically through the Court's PACER system, or (3) by making a written request for such documents to the Debtor's counsel, whose contact information is on the first page of this Notice of Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(f), any opposition to the Motion must (1) be in writing and include all reasons and evidence in support

1  of the opposition, (2) be filed at least fourteen (14) days prior to the hearing on the Motion, and

2  (3) be served on the United States Trustee and counsel for the Debtor.

3        **PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h), the Court

4  may deem the failure of any party to file a timely opposition to the Motion to constitute consent

5  to the granting of the Motion and the relief requested herein.

6        **WHEREFORE**, the Debtor respectfully requests that this Court enter a Sale Order

7  providing the relief requested in paragraphs (1) through (6) of the above Motion.

8  Dated: November 7, 2018          GRAND VIEW FINANCIAL, LLC

10  By:   */s/ Todd M. Arnold*
        TODD M. ARNOLD
11         LEVENE, NEALE, BENDER, YOO
          & BRILL L.L.P.
12         Attorneys for Debtor and
        Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 7, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyb.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Matthew R. Clark    bankruptcyecfs@gmail.com, mclark@ecf.courtdrive.com
- Theron S Covey    tcovey@rasflaw.com, CAECF@tblaw.com
- Jered T Ede    jede@hallgriffin.com, cgallardo@hallgriffin.com
- Sean C Ferry    sferry@ecf.courtdrive.com, bkyecf@rasflaw.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Can Guner    cguner@rasflaw.com
- Jamie D Hanawalt    ecfcacb@aldridgepite.com, jhanawalt@ecf.inforuptcy.com
- Matthew S Henderson    matthew.henderson@piblaw.com, marian.flores@piblaw.com
- Laurie Howell    laurie.howell@tflglaw.com
- Chi L Ip    filing@lawyer4property.com, jenny@lawyer4property.com
- Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Ian Landsberg    ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- Megan E Lees    caecf@tblaw.com, MEL@ecf.inforuptcy.com
- Richard D Marks    RDMarks@rdmpc.com
- Angie M Marth    amarth@logs.com, ssali@logs.com
- Erin M McCartney    bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
- Vinod Nichani    vinod@nichanilawfirm.com, vnichani1978@gmail.com
- Michael G Olinik    michael@oliniklaw.com, rachael@callahanfirm.com
- David M Poitras    dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- Kelly M Raftery    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Cassandra J Richey    cdcaecf@bdfgroup.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Edward G Schloss    egs2@ix.netcom.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Edward A Treder    cdcaecf@bdfgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Bethany Wojtanowicz    bethanyw@w-legal.com, BNC@w-legal.com
- Hatty K Yip    hatty.yip@usdoj.gov
- Kristin A Zilberstein    ecfnotifications@ghidottilaw.com

**2. SERVED BY UNITED STATES MAIL**: On **November 7, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 7, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY**
Honorable Robert N. Kwan
United States Bankruptcy Court
255 E. Temple Street, Suite 1682
/ Courtroom 1675
Los Angeles, CA 90012

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 7, 2018 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**